IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br>Defendant | ) | CA 06 362 S<br>No.<br><br>Judge:<br><br>(Removal of Case No. PC 06-3734 filed in the Providence County Superior Court of Rhode Island) |

**AFFIDAVIT**

JOSEPH DiMAIO, ESQ., being first duly sworn on oath, deposes and says that:

1. He is the attorney for the Defendants in this cause;

2. He has prepared and read the petition for removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the petition for removal are true and correct.

Attorney for Defendants,
GENERAL ELECTRIC CORPORATION and
MIDEA USA, INC.

Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9106 (fax)
contact@mckinnonharwood.com

Subscribed and sworn to before me
this 9 day of August, 2006.

Notary Public
my comm expires 1-26-09