**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, | : | |
| As Subrogee of ALBERTO CARVALHAL | : | |
| | : | |
| VS. | : | CA 06-362 S |
| | : | |
| GENERAL ELECTRIC COMPANY, and | : | |
| MIDEA USA, INC. | : | |

**ENTRY OF APPEARANCE**

Now comes Joseph-Anthony DiMaio, Esq. of the Law Firm of McKinnon & Harwood and hereby enters his appearance on behalf of the Defendants, General Electric Company, and MIDEA USA, Inc.

Defendants,
By Counsel,

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9106 (fax)
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Erik Loftus, Law Office of Stuart Blackburn, Two Concorde Way, P.O. Box 608, Windsor Locks, CT 06096, and Richard A. van Tienhoven, Kevin S. Cotter, van Tienhoven & Cotter, LTD., 312 South Main Street, Providence, RI 02903 on the 9th day of August 2006.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.