STATE C HODE ISLAND AND PROVIDENCE PLAN ,ONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3734 THE HARTFORD INSURANCE CO V GENERAL ELECTRIC CO

Filing Date: 07-14-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE
Status Date: 08-09-2006

Plaintiff: THE HARTFORD INSURANCE COMPANY
ID: @10851239

Attorney: RICHARD VANTIENHOVEN
Attorney: KEVIN COTTER

Defendant: GENERAL ELECTRIC COMPANY
ID: @10851240

Attorney: JOSEPH DIMAIO

Defendant: MIDEA USA INC.
ID: @10851241

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-14-2006 | COMPLAINT FILED | |
| 07-14-2006 | INITIAL FILING FEE | |
| 07-14-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP230087. |
| 08-09-2006 | ENTRY OF APPEARANCE | Affiliated: DIMAIO, JOSEPH ANTHONY |
| 08-09-2006 | STIPULA FILED,EXTEN OF TIME | |
| 08-09-2006 | NOTICE | OF FILING OF REMOVAL TO US DISTRICT COURT |
| 08-09-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 08-09-2006 | CASE REMVD TO US DISTRICT CT | |
| 08-09-2006 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island