25-9083-00-4

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 06 362 S<br><br>Judge:<br><br>(Removal of Case No. PC 06-3734 filed in the Supreme Court of Rhode Island |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants GENERAL ELECTRIC COMPANY and MIDEA USA, INC., hereby move that RODD E. ELGES be admitted *PRO HAC VICE* in the above case as counsel with local counsel identified below.

GENERAL ELECTRIC COMPANY and MIDEA USA, INC.

By: ______________________
Bar ID No.: 3910 Joseph A. DeMarco
Address: 1168 Newport Avenue
Pawtucket, Rhode Island 02861

DATED: 8/17/06

**ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Illinois and of the following Federal District Court and/or Court of Appeals Bar, United States District Court for the Northern District of Illinois, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than <u>minor</u> traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligations to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in L.R. Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Signature of *Pro Hac Vice* Applicant

Rodd E. Elges 6244471
Print Name State Bar ID#
CLAUSEN MILLER P.C.
Firm Name
10 South La Salle Street
Business Address
Chicago Illinois 60603
312-855-1010 312-606-7500
Tel.# Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Joseph DiMaio 3910
Print Name R.I. Bar ID#
LAW OFFICES OF McKINNON & HARWOOD
Firm and Business Address
1168 Newport Avenue
Pawtucket, Rhode Island 02861

Tel. # 401-723-9655 Fax # 401-722-9106



1073237.1

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date: