**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | | |
|---|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | | |
| VS. | : | C.A. No.: | 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, THE HARTFORD INSURANCE COMPANY, as subrogee of Alberto Carvalhal, hereby moves that ERIK LOFTUS, ESQ., be admitted ***PRO HAC VICE*** in the above case as counsel with local counsel identified below.

The Plaintiff,
The Hartford Insurance Company,
By its attorneys,

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

DATED:

## ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bars of the States of Connecticut and the Commonwealth of Massachusetts and of the United States District Court of Connecticut and United States District Court of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way;

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time, and I have never had my *pro hac vice* status

revoked by any court;

3. I have never been convicted of any crime other than minor traffic offenses;

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months;

5. I understand my obligations to notify this court immediately of any changed circumstances that affect my answers to the preceding questions;

6. I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this court, including the Rules of Professional conduct of the Rhode Island Supreme Court, as adopted by this court as the standard of conduct for all attorneys appearing before it;

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local counsel, as set out in L.R. Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Signature of *Pro Hac Vice* Applicant

Erik Loftus, Esq. – (BBO# 656315)
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116 (860) 292-1221 fax

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350 (401) 454-5170 Fax

***THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal v. GENERAL ELECTRIC COMPANY and MIDEA USA, INC.***

***C.A. No.: 06-362 S***

## ORDER

This motion is hereby ____________________.

______________________
District Judge

_____________
Date