UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal :

VS. : C.A. No.: 06-362S

GENERAL ELECTRIC COMPANY and MIDEA USA, INC. :

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, **THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal**, hereby move that **ERIK LOFTUS**, be admitted ***PRO HAC VICE*** in the above case as counsel with local counsel identified below.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

/s/ Richard A. van Tienhoven - #2628
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax
ravt.ksc@conversent.net

DATED: September 5, 2006

## ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bars of the States of Connecticut and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar, United States District Court of Connecticut and United States District Court of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way;

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time, and I have never had my *pro hac vice* status revoked by any court;

3. I have never been convicted of any crime other than minor traffic offenses;

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months;

5. I understand my obligations to notify this court immediately of any changed circumstances that affect my answers to the preceding questions;

6. I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this court, including the Rules of Professional conduct of the Rhode Island Supreme Court, as adopted by this court as the standard of conduct for all attorneys appearing before it;

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local counsel, as set out in L.R. Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the court's motion or motion of other parties int his case.

/s/ Erik Loftus, Esq. - # 413638
Signature of *Pro Hac Vice* Applicant
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116 (860) 292-1221 fax

I certify that I have read and join in the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Richard A. van Tienhoven - #2628
Signature of Local Counsel
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350 (401) 454-5170 Fax
ravt.ksc@conversent.net

**ORDER**

This motion is hereby ____________________.

______________________________
District Judge

______________________________
Date