**IN THE UNITED STATES DISTRICT COURT**
**FOR RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br>Plaintiff | ) | **No. CA 06-362 S-LDA** |
| v. | ) | |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br>Defendants | ) | **(Consolidation with: CA** 07-007-S-LDA) |

**DEFENDANTS' MOTION TO CONSOLIDATE WITH EUGENIA CARVALHAL VS. GENERAL ELECTRIC COMPANY, AND MIDEA USA, INC.**

**NOW COME**, Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through counsel and hereby move for an order consolidating the within matter with that filed by Eugenia Carvalhal in civil case number "07-007-S-LDA" also pending within this forum. In support of said motion, Defendants attach hereto and make incorporated by reference herein their supporting Memorandum.

Defendants,
By Counsel,

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that on Thursday, January 11, 2007, a true copy of the within, was served upon all counsel of record for the with matter by "CM/ECF" electronic means and in addition to Mark W. Dana, Esq., by e-mail at mwd@mdlawri.com.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio

**IN THE UNITED STATES DISTRICT COURT**
**FOR RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br>Defendants | ) | **No. CA 06-362 S-LDA**<br><br>**(Consolidation with:**<br>**CA** 07-007-S-LDA) |

**<u>MEMORANDUM IN SUPPORT OF:</u>**

**<u>DEFENDANTS' MOTION TO CONSOLIDATE WITH EUGENIA CARVALHAL VS. GENERAL ELECTRIC COMPANY, AND MIDEA USA, INC.</u>**

**NOW COME**, Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through counsel and in support of their motion, hereby state as follows:

1. Eugenia Carvalhal, through Counsel, filed a complaint against these same Defendants. (<u>see</u> <u>EUGENIA CARVALHAL VS. GENERAL ELECTRIC COMPANY, and MIDEA USA, INC</u>, C.A. NO. 07-007-S-LDA, (hereafter "Eugenia's Case"))
2. Attached Exhibit A is a true and accurate copy of the Complaint filed in Eugenia's Case.
3. Litigation in this matter (hereafter "Hartford's Case") arises out of the exact occurrence that is the subject of the litigation in "Eugenia's Case" (*compare* Exhibit A.)
4. Both Hartford's Case and Eugenia's Case are now pending before the exact same Judge within this forum.
5. Liability in Hartford's Case and Eugenia's Case requires expert testimony which does not need to be duplicated.

6. As both cases are relatively young, consolidation will not result in undue delay in either case.

7. The only aspects of proof which may differ between the two cases are those related to damages.

8. Separate trials of the two cases will risk inconsistent judgments.

9. Eugenia Carvalhal, through counsel Mark Dana, Esq., has verbally consented to consolidation.

10. All Defendants in this case, through counsel, consent to consolidation.

11. Consolidation is consistent with Rule 19 of the Federal Rules of Civil Procedure and necessary for the just adjudication of both matters.

Defendants,
By Counsel,

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on Thursday, January 11, 2007, a true copy of the within, was served upon all counsel of record for the with matter by "CM/ECF" electronic means and in addition to Mark W. Dana, Esq., by e-mail at mwd@mdlawri.com.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio