25-9083-00-4

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 06-362 (LDA)<br><br>Judge: |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTIONS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, and hereby files this Memorandum in Support of Their Objections to Plaintiff, EUGENIA CARVALHAL'S Motion to Amend her Complaint. In objecting to Plaintiff's Motion, Defendants state as follows:

1. Plaintiff filed her original Complaint at Law in the Superior Court of Rhode Island on December 14, 2006 (A true and accurate copy of which is attached hereto as Exhibit A).

2. Defendants timely filed a Notice removing Plaintiff's lawsuit to Federal Court. An Order transferring Plaintiff's claim from Rhode Island State Court to the United States District Court for the District of Rhode Island was entered on January 8, 2007.

3. On January 10, 2007, Defendants timely filed their respective Answers and Affirmative Defenses to Plaintiff's Complaint.

4. On March 21, 2007, Plaintiff's counsel filed her Motion to Amend the Complaint. (A true and accurate copy of said Motion is attached hereto as Exhibit "B").

5. Local Rule CV 15 of the United States District Court for the District of Rhode Island requires that :

> Any motion to amend a pleading shall be made promptly after the party seeking to amend first learns the facts that form the basis for the proposed amendment. A motion to amend a pleadings shall be accompanied by:
>
> a. the proposed amended pleading; and
>
> a. a supporting memorandum that explains how the amended pleading differs from the original and why the amendment is necessary.

6. In this instance, Plaintiff's Motion fails to comply with Local Rule CV 15's requirement that a memorandum explaining the proposed amendment and why said amendment is necessary. Because Plaintiff has failed to comply with Local Rule CV 15, Defendants object to the Motion seeking to amend Plaintiff's Complaint. In light of the foregoing Defendants respectfully request that Plaintiff's Motion to Amend her Complaint be denied.

7. Furthermore, Defendants' object to the Amendment of Plaintiff's Complaint because certain discovery has already been completed in this matter, and said Amendment at this late date is prejudicial to the Defendants.

WHEREFORE, these Defendants hereby request that Plaintiff's Motion to Amend filed on March 21, 2007, be denied.

Dated: March 27, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

# APPENDIX

Exhibit A Plaintiff's Original Complaint filed in State Court

Exhibit B Plaintiff's Motion to Amend Complaint.

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 27th day of March, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 27th day of March, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010



1115000.1