# EXHIBIT "A"

**D'Amico, Robert A.**

| | |
|---|---|
| **From:** | RODD E. ELGES [RELGES@clausen.com] |
| **Sent:** | Tuesday, February 20, 2007 11:54 AM |
| **To:** | D'Amico, Robert A.; eloftus@sbcglobal.net |
| **Cc:** | j.a.dimaio@cox.net; ROSANNE ABRAHAM |
| **Subject:** | Carvalhal |

**Gentlemen -**

**Joe DiMaio has conveyed the parties willingness to conduct Mrs. Carvalhal's deposition in the near term.**

**Please advise if any of the following dates will work 2/24, 2/26, or 2/27. We are flexible with regard to start times.**

**If Erik still intends to call her son, Peter, as a witness, we would like to complete his deposition on the same day.**

**Please let me know what dates and times will work. If none of these dates will fly, I might be able to do the deps on 2/23.**

**Thanks in advance.**

**- Rodd**

**312-606-7707**

**D'Amico, Robert A.**

---

**From:** D'Amico, Robert A.
**Sent:** Tuesday, February 20, 2007 4:33 PM
**To:** 'RODD E. ELGES'; 'eloftus@sbcglobal.net'
**Cc:** 'j.a.dimaio@cox.net'; 'ROSANNE ABRAHAM'; Dana, Mark
**Subject:** RE: Carvalhal

Mr. Elges –

We are not available to conduct the depositions on Friday the 23rd, which appears to be the only time that Mr. Loftus is available. There is not sufficient time to shuffle existing commitments and obligations to make this happen on such short notice. We would be able to accommodate this late request, as we did back in December 2006, to another convenient date prior to March 5, 2007.

In the conversation with Mr. DiMaio, we discussed the deposition of my client in conjunction with the possibility of settlement. Although Mr. DiMaio made no representations as to the Defendants' settlement posture, I do believe that this is a reasonable inquiry at this time. While I have no problem attempting to schedule a last minute deposition in advance of the settlement conference, I would like some indication from you as to your position on settlement of the claims.

Bob D'Amico

**D'Amico, Robert A.**

**From:** RODD E. ELGES [RELGES@clausen.com]
**Sent:** Tuesday, February 20, 2007 5:27 PM
**To:** D'Amico, Robert A.; eloftus@sbcglobal.net
**Cc:** j.a.dimaio@cox.net; ROSANNE ABRAHAM; Dana, Mark
**Subject:** RE: Carvalhal

Mr. D'Amico -

We appreciate your ongoing cooperation (and flexibility) regarding the completion of discovery in this matter.

By way of this email, please allow me to ask both you and Mr. Loftus whether getting this deposition done on 2/26/07 is out of the question. I am not sure that date has been expressly ruled out yet.

As for my clients' posture, they are unable to fully evaluate this claim without Mrs. Carvalhal's deposition. My understanding is that no settlement authority will be considered until her dep transcript is in hand. Consequently, it is important that her deposition be completed as far in advance of the March 5th settlement conference as possible.

To that end, if her deposition cannot proceed on 2/26/07, please advise as to your client's availability on 2/28 or 3/01. Once again, thank you (and Mr. Loftus) for your kind assistance in this regard.

- Rodd