# EXHIBIT "B"

**D'Amico, Robert A.**

**From:** RODD E. ELGES [RELGES@clausen.com]
**Sent:** Monday, March 05, 2007 5:26 PM
**To:** D'Amico, Robert A.; eloftus@sbcglobal.net
**Cc:** ROSANNE ABRAHAM
**Subject:** Carvalhal Deps

**Gentlemen -**

**Please advise as to the availability of Mr. Moses, the Carvalhal daughters, and Mrs. Carvalhal for their respective discovery depositions. If possible, we would like to complete all of the deps on the same day.**

**Should you have any questions about this request, please contact me.**

**Thanks.**

**- Rodd**

**D'Amico, Robert A.**

**From:** D'Amico, Robert A.
**Sent:** Monday, March 05, 2007 5:35 PM
**To:** 'RODD E. ELGES'
**Subject:** RE: Carvalhal Deps

**Why are you looking to schedule Mrs. Carvalhal's deposition again?**

**D'Amico, Robert A.**

**From:** RODD E. ELGES [RELGES@clausen.com]
**Sent:** Monday, March 05, 2007 5:39 PM
**To:** D'Amico, Robert A.
**Subject:** Re: Carvalhal Deps

**Need to question her regarding your "emotional distress" claim, which we weren't put on notice of until after her first dep.**