IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. C 06-362 (LDA)<br><br>Judge: |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, and hereby move this Honorable Court for an extension of time in which to complete fact discovery in this case, and in support of said Motion, state as follows:

1. The deadline for completion of fact discovery in this matter is presently set for April 16, 2007.

2. On March 22, 2007, Plaintiffs filed a Motion to Amend their Complaint at Law. Said Motion was granted on April 2, 2007 and required that the Amended Complaint was to be filed by April 13, 2007. Plaintiffs filed their Amended Complaint on April 3, 2007. The April 2, 2007 order further granted Defendants leave of Court to re-depose the Plaintiff, Eugenia Carvalhal, in view of the amendment.

3. On April 2, 2007, Defendants' counsel requested that the Plaintiffs provide proposed dates for the depositions of Plaintiffs' trial witnesses. (A copy of said correspondence is attached hereto and incorporated herein as Exhibit A.) In addition to Eugenia Carvalhal, Defendants' counsel also requested the depositions of The Hartford's five retained witnesses. Since making this initial request, Defendants' counsel has offered to attend depositions on the following dates: April 5,6, 9, 10, 11, 12, 13, 14, 15, and 16th. (True and accurate copies of said correspondence is attached hereto and incorporated herein as Exhibits B and C.)

4. In response, The Hartford has agreed to produce one of its five experts, David Moses. As a professional courtesy, Defendants' counsel has agreed to take Mr. Moses' deposition in Windsor Locks, Connecticut on the afternoon of April 10, 2007. To date, The Hartford has been unable to provide proposed dates for the depositions of their four other experts.

5. Counsel for Plaintiff Eugenia Carvalhal has advised that he is unavailable to attend any depositions in this matter on April 9, 12, or 13th. (A copy of said correspondence is attached hereto and incorporated herein as Exhibit D.) To date, Mrs. Carvalhal's counsel has not proposed any dates for the completion of her supplemental deposition, as authorized by the Court's April 2, 2006 Order.

6. In light of the foregoing, the Defendants hereby request that the deadline for the completion of fact discovery be extended for an additional fourteen (14) days to April 30, 2007.

WHEREFORE, these Defendants hereby request that this Honorable Court extend the time to complete all fact discovery in this matter for an additional 14 days, to and including, April 30, 2007.

Dated: April 4, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 4th day of April, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 4th day of April, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010



1116394.1