# EXHIBIT A

**ROSANNE ABRAHAM**

**From:** RODD E. ELGES
**Sent:** Monday, April 02, 2007 11:19 AM
**To:** eloftus@sbcglobal.net; D'Amico, Robert A.; Dana, Mark
**Cc:** j.a.dimaio@cox.net; ROSANNE ABRAHAM
**Subject:** Carvalhal

Gentlemen -

Please provide the undersigned with proposed deposition dates for any and all trial witnesses that are under your control.

With regard to The Hartford, Erik it is my understanding that you will be producing: David Moses, Hossein Davoodi, Ara Nalbandian, and Michael Cooney. Please advise if I am missing anyone, or if these witnesses are not under your control.

With regard to Eugenia Carvahal's claim, Bob it is my understanding that Eugenia will be your only witness. If this is incorrect, please let me know immediately. In accordance with our prior discussions, we request that you make arrangements to present Mrs. Carvahal's daughter, Maria Fernanda, for a brief discovery deposition.

As the deadline for completion of discovery is April 16th, I will use my best efforts to make myself available on whatever dates you propose. That being said, please note that the following dates are bad: April 5th, April 7th, April 8th, and April 9th.

Please let us know if you have any questions.

Thanks in advance.

- Rodd

Rodd E. Elges
312-606-7707
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, Illinois 60603

This electronic mail and any attachments are PRIVILEGED and CONFIDENTIAL and may be protected by the ATTORNEY-CLIENT PRIVILEGE. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is UNAUTHORIZED. If you have received this electronic mail in error, please notify the sender immediately by calling (312) 606.7707 and delete it from your computer.