# EXHIBIT D

**ROSANNE ABRAHAM**

**From:** D'Amico, Robert A. [rad@dblawri.com]
**Sent:** Monday, April 02, 2007 4:43 PM
**To:** Erik Loftus; RODD E. ELGES; Dana, Mark
**Cc:** j.a.dimaio@cox.net; ROSANNE ABRAHAM
**Subject:** RE: Carvalhal

**I am available to attend the deposition of Mr. Moses on April 10th in Connecticut.**

**As far as identifying any of my witnesses I will do so according to the rules of procedure in response to the outstanding discovery. The only witnesses that are under my control are those that I am representing as attorney of record in this case.**

**I am not available in any respect for depositions on April 9, 2007, April 12, 2007 or April 13, 2007. I find that we have not been provided reasonable notice of Defendants' intention to schedule these depositions under the rules of procedure and the reported case law defining "reasonable notice".**

**Bob D'Amico**

**From:** Erik Loftus [mailto:eloftus@sbcglobal.net]
**Sent:** Monday, April 02, 2007 3:58 PM
**To:** RODD E. ELGES; D'Amico, Robert A.; Dana, Mark
**Cc:** j.a.dimaio@cox.net; ROSANNE ABRAHAM
**Subject:** Re: Carvalhal

Rodd:

Mr. Moses is all set for 4/10 at 3pm. I hope to have The Hartford's complete claim file for you by that time.

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax.

> ----- Original Message -----
> **From:** RODD E. ELGES
> **To:** Erik Loftus ; D'Amico, Robert A. ; Dana, Mark
> **Cc:** j.a.dimaio@cox.net ; ROSANNE ABRAHAM
> **Sent:** Monday, April 02, 2007 1:44 PM
> **Subject:** RE: Carvalhal
>
> Erik -
>
> Thanks for the quick response. Provided that Bob's office is available and doesn't object to proceeding in CT, let's shoot for 3 pm (local time) on 4/10. Please see if we can do some of the other witnesses on 4/11 or 4/13, as I will be out in your neck of the woods at that point.

Unless someone else wants to ask the court to extend the deadline for discovery (Defendants have already gone to that well once), we are reluctant to schedule anything beyond 4/17/07. Thanks.

- Rodd

---

**From:** Erik Loftus [mailto:eloftus@sbcglobal.net]
**Sent:** Monday, April 02, 2007 1:52 PM
**To:** RODD E. ELGES; D'Amico, Robert A.; Dana, Mark
**Cc:** j.a.dimaio@cox.net; ROSANNE ABRAHAM
**Subject:** Re: Carvalhal

Rodd:

Moses and I are available on the following dates April 10, 11, 13, 18, 26, 27. If you want one of the early dates, let me know ASAP. I would prefer to have the deposition at my office in Windsor Locks. Bradley International Airport is minutes away from my office.

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax.

----- Original Message -----
**From:** RODD E. ELGES
**To:** eloftus@sbcglobal.net ; D'Amico, Robert A. ; Dana, Mark
**Cc:** j.a.dimaio@cox.net ; ROSANNE ABRAHAM
**Sent:** Monday, April 02, 2007 11:19 AM
**Subject:** Carvalhal

Gentlemen -

Please provide the undersigned with proposed deposition dates for any and all trial witnesses that are under your control.

With regard to The Hartford, Erik it is my understanding that you will be producing: David Moses, Hossein Davoodi, Ara Nalbandian, and Michael Cooney. Please advise if I am missing anyone, or if these witnesses are not under your control.

With regard to Eugenia Carvahal's claim, Bob it is my understanding that Eugenia will be your only witness. If this is incorrect, please let me know immediately. In accordance with our prior discussions, we request that you make arrangements to present Mrs. Carvahal's daughter, Maria Fernanda, for a brief discovery deposition.

As the deadline for completion of discovery is April 16th, I will use my best efforts to make myself available on whatever dates you propose. That being said, please note that the following dates are bad: April 5th, April 7th, April 8th, and April 9th.

Please let us know if you have any questions.

Thanks in advance.

- Rodd

Rodd E. Elges
312-606-7707
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, Illinois 60603

This electronic mail and any attachments are PRIVILEGED and CONFIDENTIAL and may be protected by the ATTORNEY-CLIENT PRIVILEGE. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, disclosure, copying, or distribution of this electronic mail is UNAUTHORIZED. If you have received this electronic mail in error, please notify the sender immediately by calling (312) 606.7707 and delete it from your computer.