IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. C 06-362 (LDA)<br><br>Judge: |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR PENDING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, and in Reply to Plaintiff, EUGENIA CARVALHAL's Objection to their pending Motion requesting an extension of time in which to complete fact discovery in this case, state as follows:

1. Plaintiff, EUGENIA CARVALHAL's Objection to Defendants' Motion claims that the Defendants failed to provide the parties with "reasonable notice" for the depositions of the experts disclosed by Plaintiff, THE HARTFORD. Plaintiff, EUGENIA CARVALHAL, fails to cite any legal authority to support this assertion. Under Rhode Island State law, parties must be provided with "not less than twenty-four (24) hours, exclusive of Sundays and legal holidays, before the time of taking the deposition" R.I.G.L. § 9-18-3. While not controlling, Rhode Island State law is instructive about local expectations for notice in this instance. Considering that local standard, the Defendants' act of issuing notices to opposing counsel at least eight (8) calendar days prior to the date for the discovery depositions in question was not unreasonable.

2. While the Plaintiff's Objection to the pending Motion requesting an extension of time in which to complete fact discovery repeatedly accuses the Defendants of "dilatory

conduct", the Defendants did not bring this Motion until they were informed that it was the Plaintiffs who would have difficulties producing their witnesses before April 16, 2006.

3. Counsel for Plaintiff, THE HARTFORD, has kindly arranged to present two of the four witnesses they intend to call at trial for their respective discovery deposition prior to the April 16, 2007 deadline. Despite their best efforts, the parties will require additional time to complete the depositions of THE HARTFORD's two remaining trial witnesses. Consequently, the Defendants respectfully reaffirm their request for an extension of the April 16, 2007 discovery deadline.

4. In contrast, despite numerous requests from the Defendants, counsel for Eugenia Carvalhal has not proposed any dates whatsoever for the supplemental deposition of his client authorized by the April 2, 2007 Court Order. Notwithstanding the assertions and recriminations set forth in Plaintiff, EUGENIA CARVALHAL's Objection to Defendants' Motion, her counsel has in fact agreed to present her for a deposition after April 16, 2007. (A copy of the subject correspondence is attached hereto and incorporated herein as Exhibit A.) Despite the Defendants' agreement to limit the scope of Eugenia Carvalhal's supplemental deposition (A copy of the Defendants' reply correspondence is attached hereto and incorporated herein as Exhibit B), her counsel has yet to offer any date on which he is willing to produce his client as required by the April 2, 2007 Court Order.

5. Finally, Plaintiff, EUGENIA CARVALHAL's Objection to Defendants' Motion states that the Defendants' request for more time has been necessitated by the fact that Defendants' counsel is "litigating this matter from the State of Illinois." This inflammatory assertion clearly reaffirms the importance of the Federal Court system. Plaintiff's suggestion that Defendants' counsel's geographical location is the root basis of the Defendants' request for

more time is absurd and offensive. One important rationale for having a Federal Court system is to avoid having justice compromised by the effect of subtle "hometown" bias. As noted in Defendants' Motion, despite being based in Illinois, Defendants' counsel has previously offered to travel to Rhode Island for depositions on April 5, 6, 9, 10, 11, 12, 13, 14, 15, and 16th. Furthermore, at the request of counsel for THE HARTFORD, Defendants' counsel is traveling to Hartford, Connecticut and Boston, Massachusetts, in order to complete the depositions of their experts. Plaintiff, EUGENIA CARVALHAL's claim that the Defendants' request for more time is necessary because the offices of Defendants' counsel are in the State of Illinois is baseless.

6. In light of the foregoing, the Defendants hereby request that the deadline for the completion of fact discovery be extended for an additional fourteen (14) days to April 30, 2007.

WHEREFORE, these Defendants hereby request that this Honorable Court extend the time to complete all fact discovery in this matter for an additional 14 days, to and including, April 30, 2007.

Dated: April 9, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 9th day of April, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 9th day of April, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

Rodd E. Elges/ua

Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010



1116992.1