# EXHIBIT A

## RODD E. ELGES

**From:** D'Amico, Robert A. [rad@dblawri.com]
**Sent:** Friday, April 06, 2007 1:04 PM
**To:** RODD E. ELGES
**Cc:** Erik Loftus; Dana, Mark
**Subject:** RE: Carvalhal

Given the fact that we will be tied up in CT for most of the day on the 10th and in Boston for most of the day on the 13th (a date that I already advised you I was unavailable), coupled with the fact that I have hearings already scheduled on the 9th in federal court and on the 12th in state court in unrelated matters, I don't see how I could possibly be available next week for Mrs. Carvalhal's deposition. I simply cannot rearrange my entire practice and dedicate most of next week to this one case. In light of the recent amendment of our complaint in this matter and the Order from Magistrate Judge Almond giving you leave to conduct Mrs. Carvalhal's deposition, I have no objection to her deposition being scheduled beyond the April 16th deadline. Further, I am reluctant to simply agree to a deposition date without an agreement from you or a protective order from the court that indicates that your questioning shall be limited solely to issues related to the emotional distress claim. You already questioned her for 3 hours and I don't believe that you are entitled to revisit issues you raised or otherwise could have raised in the initial deposition. If we cannot agree on the parameters for the second deposition then you will have to issue a notice of deposition and we will file for a protective order. I will consider this e mail, along with my previous two e mails relative to this issue, as my good faith effort to resolve this dispute with you prior to the filing of a Motion for a Protective Order.

So there is no misunderstanding, I will not consent to any other depositions beyond the formal discovery deadline other than that of Mrs. Carvalhal consistent with Magistrate Judge Almond's Order.

-----Original Message-----
From: RODD E. ELGES [mailto:RELGES@clausen.com]
Sent: Thursday, April 05, 2007 9:15 AM
To: D'Amico, Robert A.; Dana, Mark
Cc: j.a.dimaio@cox.net; ROSANNE ABRAHAM; eloftus@sbcglobal.net
Subject: RE: Carvalhal

Bob -

Per the Court's order, please provide us with proposed dates for part II of Mrs. Carvahal's that will enable us to complete same before 4/16/07.

- Rodd

-----Original Message-----
From: RODD E. ELGES
Sent: Monday, April 02, 2007 8:51 PM
To: 'rad@dblawri.com'; 'eloftus@sbcglobal.net'; 'mwd@dblawri.com'
Cc: 'j.a.dimaio@cox.net'; ROSANNE ABRAHAM
Subject: Re: Carvalhal

That's fine, Bob.

But inasmuch as you have opted to rely upon The Hartford's experts, we need your cooperation to get their depositions done.

Perhaps you will let us proceed in your absence as the Plaintiffs' interest are aligned ? Just a thought.