# EXHIBIT B

**RODD E. ELGES**

**From:** RODD E. ELGES
**Sent:** Friday, April 06, 2007 3:50 PM
**To:** D'Amico, Robert A.
**Cc:** Erik Loftus; Dana, Mark
**Subject:** RE: Carvalhal

Bob -

We have no interest in asking Mrs. Carvalhal questions about the issues covered in her first deposition. Pursuant to the Court's Order, we are entitled to question her about the new issues raised by her Amended Complaint. We agree to limit the scope of our inquiry accordingly.

Inasmuch as you have not explained what subject matter you had in mind when you wrote that you will object to us asking questions about issues we could have "otherwise could have raised in the initial deposition", we cannot agree with such a limitation. Other than that overly broad statement, we agree with the substance of your email as it pertains to the subject matter of Mrs. Carvalhal's deposition.

Please provide us dates prior to April 16 that will not conflict with the other depositions scheduled in this case.

Thanks.

- Rodd

-----Original Message-----
From: D'Amico, Robert A. [mailto:rad@dblawri.com]
Sent: Friday, April 06, 2007 1:04 PM
To: RODD E. ELGES
Cc: Erik Loftus; Dana, Mark
Subject: RE: Carvalhal

Given the fact that we will be tied up in CT for most of the day on the 10th and in Boston for most of the day on the 13th (a date that I already advised you I was unavailable), coupled with the fact that I have hearings already scheduled on the 9th in federal court and on the 12th in state court in unrelated matters, I don't see how I could possibly be available next week for Mrs. Carvalhal's deposition. I simply cannot rearrange my entire practice and dedicate most of next week to this one case. In light of the recent amendment of our complaint in this matter and the Order from Magistrate Judge Almond giving you leave to conduct Mrs. Carvalhal's deposition, I have no objection to her deposition being scheduled beyond the April 16th deadline. Further, I am reluctant to simply agree to a deposition date without an agreement from you or a protective order from the court that indicates that your questioning shall be limited solely to issues related to the emotional distress claim. You already questioned her for 3 hours and I don't believe that you are entitled to revisit issues you raised or otherwise could have raised in the initial deposition. If we cannot agree on the parameters for the second deposition then you will have to issue a notice of deposition and we will file for a protective order. I will consider this e mail, along with my previous two e mails relative to this issue, as my good faith effort to resolve this dispute with you prior to the filing of a Motion for a Protective Order.

So there is no misunderstanding, I will not consent to any other depositions beyond the formal discovery deadline other than that of Mrs. Carvalhal consistent with Magistrate Judge Almond's Order.