THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE CO., as Subrogree of ALBERTO CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | No. CA 06-362 S-LDA |

***CONSOLIDATED WITH***

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | No. CA 07-007 S-LDA |

***PLAINTIFF'S, EUGENIA CARVALHAL'S MOTION TO COMPEL DISCOVERY***

NOW COMES, Plaintiff, EUGENIA CARVALHAL, by and through her counsel, and hereby moves this Court for an Order compelling General Electric Company and Midea USA, Inc. to respond to Plaintiff's Request for Production and Interrogatories. As grounds for this Motion, Plaintiff asserts that defense counsel has expressly refused to respond to discovery requests served on or about April 12, 2007. Defense counsel, Rodd Elges, had sent an e-mail on April 17, 2007, a copy of which is attached expressly stating that he would not comply unless there was a court order.

Plaintiff,
By Her Attorneys,

**D'AMICO • BURCHFIELD, LLP**

**/s/ Robert A. D'Amico II, Esq.**
**/s/ Mark W. Dana, Esq.**

Robert A. D'Amico, Esq. #4595
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 fax

## CERTIFICATION

I hereby certify that on this 30th day of March, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system.

Dominick W. Savaiano, Esq.
Rodd E. Elges, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098

Erik Loftus, Esq.
Law Offices of Stuart Blackburn
PO Box 608
Windsor Locks, CT 06096

Joseph-Anthony DiMaio, Esq.
McKennon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

/s/ MARK W. DANA, ESQ. ___