Page 1 of 1

**D'Amico, Robert A.**

**From:** D'Amico, Robert A.
**Sent:** Tuesday, April 17, 2007 11:08 AM
**To:** 'RODD E. ELGES'; 'Erik Loftus'
**Subject:** Discovery
**Attachments:** Pls. RFP to Midea, USA 4.12.07..pdf; Pls. RFP to GE 4.12.07..pdf; Pls. 1st set of Interr. to GE 4.12.07..pdf; Pls. 1st set of Interr. to Midea USA 4.12.07..pdf

**Attached is the written discovery we propounded to GE and Midea by regular mail last Thursday, April 12th.**

***Robert A. D'Amico II, Esq.***
***D'Amico · Burchfield, LLP***
***536 Atwells Avenue***
***Providence RI 02909***
***401-454-1212***
***401-490-4809 (fax)***
www.dblawri.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person (s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to jvb@dblawri.com

Page 1 of 2

**D'Amico, Robert A.**

**From:** RODD E. ELGES [RELGES@clausen.com]

**Sent:** Tuesday, April 17, 2007 6:11 PM

**To:** D'Amico, Robert A.

**Cc:** eloftus@sbcglobal.net; ROSANNE ABRAHAM

**Subject:** RE: Discovery

Bob -

The 4/16/07 deadline for the completion of discovery in this matter has come and gone.

As you are aware, **Judge Almond previously denied the Defendants' request to extend the discovery deadline (due in part to your office's objection to our motion seeking said relief). Instead of extending the deadline generally, the last court order only granted us leave to redepose Eugenia Carvalhal and to depose The Hartford's remaining experts before 5/31/07. If you need a copy of the Order, we will provide you with one.**

Accordingly, your office's written discovery, propounded just four (4) days before the 4/16/07 deadline, is untimely. Please be advised that the Defendants object to same and will not be responding unless compelled to do so by court order.

We believe that *Contardo v. Merrill Lynch, Pierce, Fenner and Smith*, 119 F.R.D. 622 and *Thomas v. Pacificorp*, 324 F.3d 1176 provide ample legal authority for our postion under the circumstances. Should you be aware of contrary authority, please provide us with citations for same at your earliest convenience.

If you have any questions, please contact the undersigned.

- Rodd

Rodd E. Elges
312-606-7707
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, Illinois 60603