# EXHIBIT A

**RODD E. ELGES**

**From:** cmecf@rid.uscourts.gov
**Sent:** Tuesday, February 20, 2007 4:11 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00362-S-LDA The Hartford Insurance Company v. General Electric Company et al "Order on Motion for Extension of Time to Complete Discovery"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 2/20/2007 at 5:11 PM EST and filed on 2/20/2007

**Case Name:** The Hartford Insurance Company v. General Electric Company et al
**Case Number:** 1:06-cv-362
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [20] Motion to Extend Time for Discovery for another sixty (60) days, i.e. April 16, 2007.. So Ordered by Judge William E Smith on 2/20/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**1:06-cv-362 Notice will be electronically mailed to:**

Kevin S. Cotter ravt.ksc@conversent.net

Mark W. Dana mwd@mdlawri.com

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Rodd E. Elges relges@clausen.com

Erik Loftus eloftus@sbcglobal.net

Dominick Savaiano dsavaiano@clausen.com

Richard Ari van Tienhoven ravt.ksc@conversent.net

**1:06-cv-362 Notice will be delivered by other means to:**