# EXHIBIT D

**RODD E. ELGES**

**From:** cmecf@rid.uscourts.gov
**Sent:** Wednesday, April 11, 2007 3:41 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00007-S-LDA Eugenia Carvalhal v. General Electric Company et al "Order on Motion for Extension of Time to Complete Discovery"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 4/11/2007 at 4:41 PM EDT and filed on 4/11/2007

**Case Name:** Eugenia Carvalhal v. General Electric Company et al
**Case Number:** 1:07-cv-7
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER denying [12] Motion for Extension of Time to Complete Discovery . However, Defendants are granted leave to depose Mr. Cooney and Mr. Nalbandian by May 31, 2007 and to redepose Mrs. Carvalhal by May 31, 2007. So Ordered by Magistrate Judge Lincoln D. Almond on 4/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:07-cv-7 Notice will be electronically mailed to:**

Robert A. D'Amico , II rad@dblawri.com

Mark W. Dana mwd@mdlawri.com

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Rodd E. Elges relges@clausen.com

**1:07-cv-7 Notice will be delivered by other means to:**