THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE CO., as Subrogree of ALBERTO CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | No. CA 06-362 S-LDA |

***CONSOLIDATED WITH***

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | No. CA 07-007 S-LDA |

JOINT MOTION REQUESTING MODIFICATION OF THE
CURRENT SCHEDULING ORDER

Now comes all counsel and requests an order extending time to file pre-trial memoranda. In support of this motion counsel asserts that Magistrate Judge Lincoln D. Almond on April 11, 2007 ordered that counsel may have up to May 31, 2007 to depose two experts as well as re-depose, Plaintiff, Eugenia Carvalhal within that same time frame. Counsel is requesting that in light of the Magistrates order dispositive motions be

filed no later than May 31, 2007 and that Pre-Trial Memoranda be due no later than June 29, 2007 with a trial date to be set at the Court's convenience. This motion is assented to by all parties.

Plaintiff, Eugenia Carvalhal,
By her Attorneys,
**D'AMICO • BURCHFIELD, LLP**

**/s/ Robert A. D'Amico II, Esq.**
**/s/ Mark W. Dana, Esq.**

Robert A. D'Amico, Esq. #4595
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 fax

Defendants
By Their Attorneys,
**CLAUSEN MILLER P.C.**

**/s/ Rodd Elges, Esq.**

10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
relges@clausen.com

Plaintiff, The Hartford Insurance Co. as
Subrogee of Alberto Carvalhal
By it's Attorney,
**LAW OFFICE OF STUART BLACKBURN**

**/s/ Erik Loftus, Esq.**

P.O. Box 608
Windsor Locks, CT 06096