UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EUGENIA CARVALHAL :
:
vs. : C06-362 S (LDA)
:
GENERAL ELECTRIC COMPANY, and :
MIDEA USA, INC.

PLAINTIFFS, EUGENIA CARVALHAL'S ANSWER, AND AFFIRMATIVE DEFENSES TO DEFENDANT'S GENERAL ELECTRIC'S COUNTERCLAIM

Now comes the Plaintiff, Eugenia Carvalhal and by and through her attorneys and states as follows:

COUNT I
CONTRIBUTION

1. Admitted
2. Admitted
3. Admitted
4. Denied
5. Admitted
6. Admitted
7. Admitted that the policy, in part, provided coverage for damages to the Premises and personal property.
8. Admitted

9. Denied
10. Denied
11. Denied
12. Admitted
13. Neither admitted nor denied. The allegations of this paragraph are unknown to Plaintiff.
14. Admitted.
15. Denied.
16. Denied including all subparts.
17. Denied.
18. Denied.

WHEREFORE, Plaintiff Eugenia Carvalhal denies that it is liable to General Electric Company, in any amount whatsoever, and prays for the entry of an order dismissing this Counterclaim with prejudice plus costs.

AFFIMATIVE DEFENSES TO COUNT I

1. Plaintiff Eugenia Carvalhal is not a joint tortfeasor with General Electric Company.
2. Defendant General Electric has failed to state a claim for which relief can be granted.
3. Insufficient Process

COUNT II

STATUTORY LIABILITY FOR CRIME OF ATTEMPT TO OBTAIN MONEY UNDER FALSE PRETENSE.

19. Plaintiff, Eugenia Carvalhal reasserts and incorporates her responses to Paragraphs 1 through 13 as if fully set forth herein.

20. Admitted

21. Admitted

22. Denied.

23. Denied.

24. Denied including all subparts.

25. Denied.

WHEREFORE, Plaintiff Eugenia Carvalhal denies that it is liable to General Electric Company, in any amount whatsoever, and prays for the entry of an order dismissing this Counterclaim with prejudice plus costs.

AFFIRMATIVE DEFENSES TO COUNT II

1. Plaintiff has not engaged in any criminal conduct.
2. Defendant’s claim is barred by the appropriate statute of limitations.
3. Insufficient Process
4. General Electric has failed to state a claim for which relief can be granted.

Plaintiff,
By Her Attorneys,

**D'AMICO • BURCHFIELD, LLP**

**/s/ Robert A. D'Amico II, Esq.**
**/s/ Mark W. Dana, Esq.**

Robert A. D'Amico, Esq. #4595
Mark W. Dana, Esq. #4150
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212
(401) 454-1233 fax

## CERTIFICATION

I hereby certify that on this 1st day of May, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system, and copies were also sent to all counsel of records via regular mail.

Dominick W. Savaiano, Esq.
Rodd E. Elges, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098

Joseph-Anthony DiMaio, Esq.
McKennon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Erik Loftus
Law Offices of Stuart Blackburn
PO Box 608
Windsor Locks, CT 06096

/s/ Robert A. D'Amico, II, Esq.