# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

THE HARTFORD INSURANCE COMPANY,
As Subrogee of ALBERTO CARVALHAL,
Plaintiff,

VS. C.A. NO. 06-362S

GENERAL ELECTRIC COMPANY and
MIDEA USA, INC.,
Defendants.

DEPOSITION OF EUGENIA CARVALHAL, in the above-entitled cause, taken on behalf of the Defendants, before Jeannette A. Freelove, Notary Public, in and for the State of Rhode Island, at the offices of D'Amico & Burchfield, LLP, 536 Atwells Avenue, Providence, Rhode Island, on February 26, 2007, at 11:00 a.m.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920
401.946.5500

Q. And the reason I'm showing you that is I want to make sure we're all literally on the same page in this case when we talk about the water cooler, the water dispenser; okay?
A. Yes.
Q. Now, the series of questions I'm going to ask you now is all about that particular product which was in your kitchen on the day of the fire; okay?
A. Yes.
Q. Now, tell me how you and your husband came to purchase the water dispenser or the water cooler?
A. It was in Home Depot.
Q. So that's the store you went to?
A. Yes.
Q. Did you go with your husband on that day?
A. Yes.
Q. Prior to purchasing the unit, did you guys do any research about water coolers or did you just go to the Home Depot and buy whatever you saw?
A. Just went to the Home Depot.
Q. So to your knowledge, you and your husband didn't go on the Internet?
A. No.
Q. You didn't look at consumer reports? You didn't look at ads? You just went to the Home Depot



looking for a water dispenser?
A. Yes.
Q. And when you walked in the door, you didn't say, "I'm going to buy a GE" -- when you walked in the door, you weren't necessarily -- strike that. Let me start all over again. When you walked into the Home Depot when you purchased this water dispenser, you were not looking for a General Electric GXCF05D; correct?
A. Yes.
MR. ELGES: That's a badly framed question. I'm going to try to get it right.
Q. When you walked into the Home Depot, you weren't looking for a specific brand or model; true?
A. No, that's the one they had over there.
Q. I'm not phrasing the question properly. And when I phrase it in the negative, your answer becomes -- so let me ask it to you this way. When you went to the Home Depot on the day you bought this water dispenser, did you have in mind as you walked into the store what type and model you were going to buy?
A. No.
Q. Okay. So you bought this particular unit based upon what you saw in the store that day; true?



A. Yes.
Q. And prior to walking into the Home Depot, you had no communications with General Electric, Midea or anyone else about this particular brand or model of water dispenser; true?
A. No -- true.
Q. It's not true?
A. True.
MR. ELGES: I'll ask it again. I'm getting better at this. Hopefully by the end of it, I'll be good.
Q. When you walked in the store, the Home Depot, you weren't looking for this particular brand and model of water dispenser; correct?
A. I don't understand.
MR. ELGES: Okay.
A. Sorry.
MR. ELGES: That's okay. I'll try it again.
Q. When you walked in the store -- let me take a step back. You went to the store with your husband?
A. Yes.
Q. And it was a Home Depot -- in what town was it?
A. Seekonk.
Q. Okay. And was there anyone else with you?



A. No.
Q. It was just you and your husband; true?
A. Yes.
Q. And other than the water dispenser, were you planning to buy anything else in the Home Depot that day?
A. No.
Q. So you went to the Home Depot to get a water dispenser; correct? Yes?
A. Yes.
Q. And as you walked into the Home Depot, you didn't have in your mind, "I want to buy a GE model like this"; true?
A. True.
Q. Your husband didn't say, "This is the model we need buy"; correct?
A. Correct.
Q. And you guys hadn't read anything, seen anything or talked to anyone about the performance and/or safety of this particular unit; correct?
A. Correct.
Q. All right. It's my understanding that your daughter, Maria Fernanda Head --
A. Yes.
Q. -- also came to own a water dispenser identical to

the one in your house on the day of the fire; is that true?
A. Yes.
Q. Did you just pick up two at the time?
A. No.
Q. So after you and your husband bought the water cooler that was at your house on the day of the incident, your daughter went to that same Home Depot to buy one? How did your daughter come to buy a --
A. After. I don't know, a month or two months after. I don't recall. I don't remember when.
Q. Okay. Did you -- did she come to your house and see --
A. No.
(OFF THE RECORD)
Q. When I talk about your daughter, I'm talking about the one who bought a water dispenser like the one you had in your house. Did that daughter come to your house and see the water dispenser that you guys bought prior to buying her own?
A. No.
Q. Do you know why she went --
THE WITNESS: Can I --
MR. ELGES: Yes, please explain.



A. She goes to my house all the time, so --
Q. So do you know why your daughter --
A. She saw the water cooler.
Q. Okay. So after you and your husband bought the water cooler, but before she bought her own, that daughter came to your house?
A. Yes.
Q. And she saw the water cooler?
A. Yes.
Q. In your kitchen; yes?
A. Yes.
Q. And then that prompted her to buy one for herself?
A. Yes.
Q. Okay. And since we're talking about your daughter's purchase of the water cooler, do you know where she bought hers?
A. No.
Q. So you don't know if it's the Home Depot or not?
THE WITNESS: My daughter?
MR. ELGES: Yes.
A. I'm not sure where she bought it.
Q. Do you know how long after you purchased the water dispenser in your house that your daughter went to buy it wherever she bought it? Do you know how much time passed? Was it weeks, months?



A. No.
Q. Don't know?
A. Months.
Q. Okay. As far as your daughter's water cooler, do you know where that is now?
A. I don't know.
Q. Is it your understanding that your daughter gave the water cooler that she had to experts hired by the attorneys for The Hartford Insurance Company?
A. Yes.
Q. All right. And do you know when they -- your daughter turned over that unit to the attorneys for The Hartford Insurance Company?
A. I don't recall.
Q. Fair enough. Do you know if your daughter retained any packaging, labeling, owner's manual or any other materials that would have come with the water cooler that they ultimately gave to The Hartford?
A. I don't know.
Q. Now, shifting back to your purchase, you and your husband decided one day that you wanted a water cooler for your house; true?
A. True.
Q. And you went to the Home Depot in Seekonk --



that's Massachusetts?
A. Massachusetts, yes.
Q. To purchase one; true?
A. True.
Q. Tell me how that happened. Can you remember what you saw when you went to the store that day?
A. I went inside the store. I saw the water cooler, and we buy it.
Q. Was it your decision which one to buy? Was it your husband's decision what to buy? Did you guys decide together or who chose the water cooler?
A. Together.
Q. Together?
A. Yes.
Q. Did you look at other models, other types of water coolers?
A. No.
Q. Okay. Is that because they only had the one brand and model there at that location or did you just fall in love with the GE one right away?
A. I don't recall.
Q. Okay. Do you remember talking to any salesman or salespeople at the Home Depot regarding the water cooler prior to its purchase?
A. No.

Q. And that's a standard cup of tea?
A. Standard cup.
Q. Eight ounces, ten ounces?
A. Eight-ounce mug.
Q. How frequently would you eat oatmeal during the course of a week? Was it like every day?
A. Not every day.
Q. Every now and then?
A. Another two or three days.
Q. Two or three times per week?
A. Two or three times a week, yes.
Q. And other than having tea or using it for oatmeal, can you think of any other reasons you would use hot water from the unit?
A. No.
Q. Now, we talked before that you didn't do any research about GE, Midea or this unit before you went to the Home Depot; you remember that?
A. Yes.
Q. And that's true, you didn't look into this unit, what GE manufactured or what Midea manufactured, before you went to the Home Depot; true?
A. True.
Q. Now, after you got the unit home, to your knowledge, did you or your husband contact GE,



Midea or anyone else at Home Depot, for example, about the unit?
A. No.
Q. Okay. Have you guys ever owned any other sorts of water dispensers?
A. No.
Q. During the last year prior to this fire, did you have any electrical problems with the house?
A. No.
Q. No blackouts?
A. No.
Q. No short circuits?
A. I don't recall.
Q. You don't recall?
A. No problems with the light.
Q. Let me start it again and ask a clearer question. I'm asking, during the last year prior to the day of the fire, if you had any electrical problems, to your knowledge, in the house.
A. No.
Q. No. So you didn't have any problems with the lights going off?
A. No.
Q. You didn't have problems with the lights dimming?
A. No.



Q. You didn't have problems with the circuit breakers or fuses tripping?
A. No.
Q. Didn't have any sparking?
A. No.
Q. Have you ever had a fire in that house other than the fire on the day -- strike that. How many fires have you had in the house that you currently reside in?
A. No.
MR. ELGES: Let me rephrase the question.
Q. The house that you currently live in, the 77 address, since 1981, how many fires have happened at that house?
A. Never.
Q. Pardon?
THE WITNESS: How many fires?
MR. ELGES: Yes.
A. I didn't have fire before.
Q. Okay. So you've had one fire in the house?
A. Yes, that day.
Q. Right. So you didn't have any fires before that day?
A. No.



Q. And you didn't have any fires since that day?
A. No.
MR. ELGES: Thank you.
Q. How about the neighborhood, prior to this fire that we're here talking about today, are you aware of any other fires in your neighborhood?
A. No.
Q. Since that day, were there any fires after the fire that damaged your house in your neighborhood?
A. No.
Q. Can you tell me about the way the water cooler unit was maintained, cleaned or otherwise worked on after you purchased it?
A. Cleaned.
Q. How was it cleaned?
A. It was clean and the water all the time.
Q. Okay. Did you or your husband ever clean or sanitize the unit?
A. No.
Q. Did you or your husband ever change it, make changes to it, modify it, repair it?
A. No.
Q. No. Did you keep the sales receipt when you purchased the water cooler?
A. I don't recall.