IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | |
|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | No. CA 06 362 S |
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | No. CA 07 007 S |

**DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF THE PLAINTIFFS' EXPERT WITNESSES AND FOR SUMMARY JUDGMENT**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, and hereby move this Honorable Court for an Order precluding any testimony from the Plaintiffs' designated expert witnesses, Hossein Davoodi, Ara Nalbandian, and Michael Cooney. In addition, Defendants, MIDEA USA, INC. and GENERAL ELECTRIC move for Summary Judgment on all Counts of Plaintiffs' Complaint, on the grounds that if the Defendants' Motion to Preclude Plaintiffs' Experts is granted, then Plaintiffs cannot prove any of the causes of action set forth in their respective Complaints, because such proof requires

admissible expert testimony, which Plaintiffs will not have if their experts' testimony is precluded.

In support of their Motion, Defendants, MIDEA USA, INC. and GENERAL ELECTRIC files a Memorandum of Law and a Statement of Material Facts in Support of Defendants' Motion to Preclude the Testimony of the Plaintiffs' Expert Witnesses and For Summary Judgment. In addition, the Defendants request the opportunity for oral argument with respect to this Motion.

WHEREFORE, Defendants, MIDEA USA, INC. and GENERAL ELECTRIC request that this Court grant Summary Judgment in their favor on all Counts in the Plaintiffs' respective Complaints, and that the Defendants be awarded their costs.

Dated: June 8, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 8th day of June, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 8th day of June, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

/s/ Rodd E. Elges, Esq.
Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010