# EXHIBIT C (2)




H00473




H00474




H0047




H00476




H00477




H00478




H00479




H00480




H00481




H00482