# EXHIBIT C (3)




H00483




H00484




H00485




H00486




H00487




H00488

H00489






H00490

H00491






H00492