# EXHIBIT C (4)




H00493




H00494




H00495




H00496




H00497




H00498




H00499




H00500




H00501




H00502