# EXHIBIT C (5)




H00503




H00504




H00505




H00506




H00507




H00508

H00509






H00510




H00511