# EXHIBIT C (6)

INSURED: Alberto & Eugenia Carvalhal
DATE OF LOSS: Friday, February 27, 2004
LOCATION: 76 Willett Avenue East Providence
CLAIM NO.: YGJDP86456
FILE NO.: 7216-000032
(Not to scale)



| |
|---|
| DATE OF LOSS: February 27, 2004 |
| LOCATION: 76 Willet Avenue, East Providence, RI |
| CLAIM NO.: YGJDP86456 |
| INSURED: Alberto & Eugenia Carvalhal |
| FILE NO.: 7216-000032 |
| |
| **Notes:** |
| - Drawing not to scale. |
| - Drawing is only a visual aid for the discussion presented in the report. |
| - Drawing only illustrates the general burning patterns employed to draw conclusions regarding the origin of fire. |
| - Drawing does not include detailed information and/or site condition. |
| - Drawing does not show the entire fire damage associated with the kitchen. |




Figure 1 - General path of fire and/or heat movement at the Southeast corner of the kitchen




Figure 2. General path of fire and/or heat movement at the Southeast corner of the kitchen along the East wall and including the path of fire travel under the kitchen cabinets




Figure 3 – General path of fire and/or heat movement at the low burning points at the Southeast corner of the kitchen.




Figure 4 - General path of fire and/or heat movement at the low burning point, which is at the proximity of the left side of the water dispenser and the kitchen cabinet

| |
|---|
| DATE OF LOSS: February 27, 2004 |
| LOCATION: 76 Willet Avenue, East Providence, RI |
| CLAIM NO.: YGJDP86456 |
| INSURED: Alberto & Eugenia Carvalhal |
| FILE NO.: 7216-000032 |
| |
| otes: |
| awing not to scale. |
| ing is only a visual aid for the discussion presented in rt. |
| only illustrates the general burning patterns draw conclusions regarding the origin of fire. |
| not include detailed information and/or site |
| show the entire fire damage associated with |




Figure 5 - General path of the air/or heat movement at the low burning point which is at the proximity of the right side of the water dispenser and the South wall.


Cabinet
Water Dispenser
DATE OF LOSS: February
Notes:
Drawing not to scale




| | |
|---|---|
| DATE OF LOSS: February 27, 2004 | |
| LOCATION: 76 Willet Avenue, East Providence, RI | |
| CLAIM NO.: YGJDP86456 | |
| INSURED: Alberto & Eugenia Carvalhal | |
| FILE NO.: 7216-000032 | |
| | |
| **Notes:** | |
| - Drawing not to scale. | |
| - Drawing is only a visual aid for the discussion presented in the report. | |
| - Drawing only illustrates the general burning patterns employed to draw conclusions regarding the origin of fire. | |
| - Drawing does not include detailed information and/or site condition. | |
| - Drawing does not show the entire fire damage associated with the kitchen. | |

DATE OF LOSS: February 27, 2004
LOCATION: 76 Willet Avenue, East Providence, RI
CLAIM NO.: YGJDP86456
INSURED: Alberto & Eugenia Carvalhal
FILE NO.: 7216-000032

**Notes:**
- Drawing not to scale.
- Drawing is only a visual aid for the discussion presented in the report.
- Drawing only illustrates the general burning patterns employed to draw conclusions regarding the origin of fire.
- Drawing does not include detailed information and/or site condition.
- Drawing does not show the entire fire damage associated with the kitchen.




Figure 8 shows the south side of the kitchen. Demarcation on the East side of the refrigerator is shown.



Figure 9 - Facing the West from behind the water dispenser. Demarcation on the East side of the refrigerator is shown

East Providence Fire Department
Incident Report

Page: 1
07/06/2004

**Incident #: 04-1604-IN Exp. 0**
**Call #: 04-8820**

Location: 76 WILLETT AVE
EAST PROVIDENCE,RI 02915

Census Tract: 0106-00
District: ENG 2
Station: STATION 2 - BULLOCKS

Report By: NICASTRO, RICHARD J. on 02/28/2004
Approved By: LAMARRE, KARIN L. on 03/05/2004

## Basic Incident Information

Incident Type: **Building fire**
Property Use: 1 or 2 family dwelling
Mixed Use Property: Not mixed use
Actions Taken: Search
Extinguish
Ventilate
HazMat Release: None

Property Loss: $80000
Contents Loss: $25000

Pre-Incident Value: Undetermined
Pre-Incident Value: Undetermined

## Resources Used Summary

Alarm: 02/27/2004 @ 1619
Cleared: 02/27/2004 @ 2014

Arrived: 02/27/2004 @ 1624

Shift: D

Alarms: 1

Aid: Mutual aid received

| | Apparatus |
|---|---|
| Suppression: | 6 |
| EMS: | 2 |
| Other: | 4 |

| | Personnel |
|---|---|
| Suppression: | 16 |
| EMS: | 3 |
| Other: | 5 |

## Casualties Summary

| | Deaths |
|---|---|
| Fire Service: | 0 |
| Civilian: | 0 |

| | Injuries |
|---|---|
| Fire Service: | 1 |
| Civilian: | 0 |

| # | People and Entities Involved | Type | Sex | Age | Home # | Work # |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

## Special Studies

Mutual Aid Fire: Pawtucket Fire Mutual Aid Received

**Incident #: 04-1604-IN Exp. 0**
**Call #: 04-8820**

## Fire

Buildings involved: 1
Residential living units: 1
Acres Burned:

On site mat 1: Furniture -Bulk storage or warehousin
On site mat 2: Lumber, sawn wood -Bulk storage or warehousin
On site mat 3: Appliances -Bulk storage or warehousin

Area of origin: Cooking area, kitchen
Heat source: Undetermined
Item first ignited: Item First Ignited, Other
Type of material: Type of material first ignited, other

Cause of ignition: Cause undetermined after investi
Factors contributing to ignition:
1. - not on file
2. - not on file

Human factors contributing to ignition: None

Mobile Property Involved: None

Pre-fire plan available: No

## Structure

Structure type: Enclosed building
Building status: Occupied and operating
Main floor size: 25' x 40'

Stories above grade: 2
Stories below grade: 1

Story of fire origin: 1
Fire spread: Confined to floor of origin
Item contributing most to flame spread: Structural component or finish, other
Type of material contributing most: Undetermined
Stories with minor damage: 1
Stories with significant damage:
Stories with heavy damage: 0
Stories with extreme damage: 0

Detector presence: Present
Type: Smoke
Power: Battery only
Operation: Undetermined

Automatic extinguishment system: None Present

| # | Apparatus | Type | Dates/Times | Per | Use | Actions Taken |
|---|---|---|---|---|---|---|
| 1 | BATTALION 1<br>BATT1 | Mobile command post | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1710<br>Clr 02/27/2004 @ 1808<br>InSv 02/27/2004 @ 1808 | 1 | Other | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 2 | FIRE MARSHAL CAPT.<br>CAR35 | Privately owned vehi | Disp 02/27/2004 @ 1631<br>Arr 02/27/2004 @ 1642<br>Clr 02/27/2004 @ 2014<br>InSv 02/27/2004 @ 2014 | 1 | Other | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 3 | FIRE TRAINING CAPT.<br>CAR36 | Privately owned vehi | Disp 02/27/2004 @ 1631<br>Arr 02/27/2004 @ 1642<br>Clr 02/27/2004 @ 2014<br>InSv 02/27/2004 @ 2014 | 1 | Other | - not on file<br>- not on file<br>- not on file<br>- not on file |

**Incident #: 04-1604-IN Exp. 0**
**Call #: 04-8820**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ENGINE 1<br>ENG1 | Tanker & pumper comb | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1626<br>Clr 02/27/2004 @ 1730<br>InQt 02/27/2004 @ 1730<br>InSv 02/27/2004 @ 1730 | 3 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 5 | ENGINE 2<br>ENG2 | Tanker & pumper comb | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1624<br>Clr 02/27/2004 @ 1801<br>InSv 02/27/2004 @ 1801 | 3 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 6 | ENGINE 4<br>ENG4 | Tanker & pumper comb | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1626<br>Clr 02/27/2004 @ 1756<br>InSv 02/27/2004 @ 1756 | 3 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 7 | ENGINE 5<br>ENG5 | Tanker & pumper comb | Disp 02/27/2004 @ 1623<br>Arr 02/27/2004 @ 1630<br>Clr 02/27/2004 @ 1649<br>InSv 02/27/2004 @ 1649 | 3 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 8 | LADDER 1<br>LAD1 | Truck or aerial | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1624<br>Clr 02/27/2004 @ 1738<br>InSv 02/27/2004 @ 1738 | 2 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| | LADDER 3<br>LAD3 | Truck or aerial | Disp 02/27/2004 @ 1623<br>Arr 02/27/2004 @ 1630<br>Clr 02/27/2004 @ 1709<br>InSv 02/27/2004 @ 1709 | 2 | Suppr | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 10 | RESCUE 2<br>RES2 | Medical & rescue uni | Disp 02/27/2004 @ 1626<br>Arr 02/27/2004 @ 1626<br>Clr 02/27/2004 @ 1726<br>InSv 02/27/2004 @ 1726 | 2 | EMS | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 11 | RESCUE 4<br>RES4 | Medical & rescue uni | Disp 02/27/2004 @ 1626<br>Arr 02/27/2004 @ 1635<br>Clr 02/27/2004 @ 1645<br>InSv 02/27/2004 @ 1645 | 2 | Other | - not on file<br>- not on file<br>- not on file<br>- not on file |
| 12 | SPECIAL HAZARDS 1<br>SH1 | Medical & rescue uni | Disp 02/27/2004 @ 1620<br>Arr 02/27/2004 @ 1635<br>Clr 02/27/2004 @ 1729<br>InSv 02/27/2004 @ 1729 | 1 | EMS | - not on file<br>- not on file<br>- not on file<br>- not on file |

# Rhode Island Fire Marshal's Office
## Incident Report

Page: 1
03/23/2004

Incident #: 04-58-OF
Call #: 2-6495

Date/Time Reported: 02/27/2004 1703
Report Date/Time: 03/19/2004 1527
Status: Incident Open
Reporting Officer: SENIOR INVESTIGATOR KEVIN MURPHY
Approving Officer: CHIEF OF INVESTIGATIONS NICHOLAS PELLEGRINO

Signature: ______________________

| # | OFFENSE(S) | A/C | TITLE/CHAP | SECTION |
|---|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo<br>76 WILLETT AVE<br>EAST PROVIDENCE RI 02914<br>Zone: PROVIDENCE COUNTY | | | |
| 1 | UNDERTERMINED FIRE<br>OCCURRED: 02/27/2004 1703 | C | | |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | CARVALHAL, ALBERTO V<br>76 WILLETT AVE<br>EAST PROVIDENCE RI 02914<br>DOB: 09/19/1932<br>ETHNICITY: Not of Hispanic Origin<br>RESIDENT STATUS: Resident<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | M | W | 71 | 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 | |
| 2 | CARVALHAL, EUGENIA E<br>76 WILLETT AVE<br>EAST PROVIDENCE RI 02914<br>DOB: 03/31/1941<br>ETHNICITY: Not of Hispanic Origin<br>RESIDENT STATUS: Resident<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | F | W | 62 | 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 | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | CARVALHAL, ALBERTO V<br>76 WILLETT AVE<br>EAST PROVIDENCE RI 02914<br>DOB: 09/19/1932 | WITNESS | M | W | 71 | 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 | |
| 2 | CARVALHAL, EUGENIA E<br>76 WILLETT AVE<br>EAST PROVIDENCE RI 02914<br>DOB: 03/31/1941 | WITNESS | F | W | 62 | 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 | |
| 3 | CARVALHAL, PETER<br>21 GESLER ST APT 3<br>PROVIDENCE RI 02901<br>DOB: NOT AVAIL | WITNESS | M | U | 00 | NOT AVAIL | 401-473-5301 |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | 2 STORY WOOD FRAME DWELLING<br>QUANTITY: 1<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: CARVALHAL, ALBERTO V | VALUE: $250,000.00 | Burned |