# EXHIBIT D

# NFPA 921
# Guide for
# Fire and Explosion
# Investigations
# 2004 Edition

TH
9180
.N37
2004
c.3

## Chapter 4 Basic Methodology

**4.1 Nature of Fire Investigations.** A fire or explosion investigation is a complex endeavor involving skill, technology, knowledge, and science. The compilation of factual data, as well as an analysis of those facts, should be accomplished objectively and truthfully. The basic methodology of the fire investigation should rely on the use of a systematic approach and attention to all relevant details. The use of a systematic approach often will uncover new factual data for analysis, which may require previous conclusions to be reevaluated. With few exceptions, the proper methodology for a fire or explosion investigation is to first determine and establish the origin(s), then investigate the cause: circumstances, conditions, or agencies that brought the ignition source, fuel, and oxidant together.

**4.2 Systematic Approach.** The systematic approach recommended is that of the scientific method, which is used in the physical sciences. This method provides for the organizational and analytical process desirable and necessary in a successful fire investigation.

**4.3 Relating Fire Investigation to the Scientific Method.** The scientific method *(see Figure 4.3)* is a principle of inquiry that forms a basis for legitimate scientific and engineering processes, including fire incident investigation. It is applied using the following steps.




**FIGURE 4.3 Use of the Scientific Method.**

**4.3.1 Recognize the Need.** First, one should determine that a problem exists. In this case, a fire or explosion has occurred and the cause should be determined and listed so that future, similar incidents can be prevented.

**4.3.2 Define the Problem.** Having determined that a problem exists, the investigator or analyst should define in what manner the problem can be solved. In this case, a proper origin and cause investigation should be conducted. This is done by an examination of the scene and by a combination of other data collection methods, such as the review of previously conducted investigations of the incident, the interviewing of witnesses or other knowledgeable persons, and the results of scientific testing.

**4.3.3 Collect Data.** Facts about the fire incident are now collected by observation, experiment, or other direct data-gathering means. The data collected is called empirical data because it is based on observation or experience and is capable of being verified.

**4.3.4* Analyze the Data (Inductive Reasoning).** All of the collected and observed information is analyzed by inductive reasoning: the process in which the total body of empirical data collected is carefully examined in the light of the investigator's knowledge, training, experience, and expertise. Subjective or speculative information cannot be included in the analysis, only facts that can be proven clearly by observation or experiment.

**4.3.5 Develop a Hypothesis.** Based on the data analysis, the investigator should now produce a hypothesis or group of hypotheses to explain the origin and cause of the fire or explosion incident. This hypothesis should be based solely on the empirical data that the investigator has collected.

**4.3.6* Test the Hypothesis (Deductive Reasoning).** The investigator does not have a truly provable hypothesis unless it can stand the test of careful and serious challenge. Testing of the hypothesis is done by the principle of deductive reasoning, in which the investigator compares his or her hypothesis to all known facts. *(See 3.3.35, Deductive Reasoning.)* This testing of the hypothesis may be either cognitive or experimental. If the hypothesis cannot withstand an examination by deductive reasoning, it should be discarded as not provable and a new hypothesis should be tested. This test may include the collection of new data or the reanalysis of existing data. This process needs to be continued until all feasible hypotheses have been tested. Otherwise the fire cause should be listed as "undetermined."

**4.3.7 Avoid Presumption of Cause.** Until data have been collected, no specific hypothesis can be reasonably formed or treated. All fires, however, should be approached by the investigator without presumption.

**4.4 Basic Method of a Fire Investigation.** Using the scientific method in most fire or explosion incidents should involve the following five major steps from inception through final analysis.

**4.4.1 Receiving the Assignment.** The investigator should be notified of the incident, what his or her role will be, and what he or she is to accomplish. For example, the investigator should know if he or she is expected to determine the origin, cause, and responsibility; produce a written or oral report; prepare for criminal or civil litigation; make suggestions for code enforcement, code promulgation, or changes; make suggestions to manufacturers, industry associations, or government agency action; or determine some other results.

**4.4.2 Preparing for the Investigation.** The investigator should marshal his or her forces and resources and plan the conduct of the investigation. Preplanning at this stage can greatly increase the efficiency and therefore the chances for success of the overall investigation. Estimating what tools, equipment, and personnel (both laborers and experts) will be needed can make the initial scene investigation, as well as subsequent investigative examinations and analyses, go more smoothly and be more productive.

**4.4.3 Conducting the Investigation.**

**4.4.3.1** The investigator should conduct an examination of the scene if it is available and collect data necessary to the analysis. The actual investigation may take and include different steps and procedures, and these will be determined by the purpose of the investigation assignment. These steps and procedures are described in detail elsewhere in the document. A typical fire or explosion investigation may include all or some of the following: a scene inspection or review of previous scene documentation done by others; scene documentation through photography and diagramming; evidence recognition, documentation, and preservation; witness interviews; review and analysis of the investigations of others; and identification and collection of data or information from other appropriate sources.

**4.4.3.2** It is during this phase of the investigation that the data necessary for the analysis of the incident will be collected.

**4.4.4 Collecting and Preserving Evidence.** Valuable physical evidence should be recognized, documented, properly collected, and preserved for further testing and evaluation or courtroom presentation.

**4.4.5 Analyzing the Incident.** All collected and available data should be analyzed using the principles of the scientific method. An incident scenario or failure analysis should be described, explaining the origin, cause, fire spread, and responsibility for the incident.

**4.4.6 Conclusions.** Conclusions should be drawn according to the principles expressed in this guide and reported appropriately.

**4.5 Reporting Procedure.** The reporting procedure may take many written or oral forms, depending on the specific responsibility of the investigator. Pertinent information should be reported in a proper form and forum to help prevent recurrence.

## Chapter 5 Basic Fire Science

### 5.1 Chemistry of Combustion.

**5.1.1 General.** The fire investigator should have a basic understanding of ignition and combustion principles and should be able to use them to help in interpretation of evidence at the fire scene and in the development of conclusions regarding the origin and causes of the fire. The body of knowledge associated with combustion and fire would easily fill several textbooks. The discussion presented in this section should be considered introductory. The user of this guide is urged to consult the reference material listed Chapter 2, Annex B, and Annex C for additional details.

**5.1.2 Fire Tetrahedron.** The combustion reaction can be characterized by four components: the fuel, the oxidizing agent, the heat, and the uninhibited chemical chain reaction. These four components have been classically symbolized by a four-sided solid geometric form called a tetrahedron *(see Figure 5.1.2)*. Fires can be prevented or suppressed by controlling or removing one or more of the sides of the tetrahedron.

**5.1.2.1 Fuel.** A fuel is any substance that can undergo combustion. The majority of fuels encountered are organic, which simply means that they are carbon-based and may contain other elements such as hydrogen, oxygen, and nitrogen in varying ratios. Examples of organic fuels include wood, plastics, gasoline, alcohol, and natural gas. Inorganic fuels contain no carbon and include combustible metals, such as magnesium or sodium. All matter can exist in one of three phases: solid, liquid, or gas. The phase of a given material depends on the temperature and pressure and can change as conditions vary. If cold enough, carbon dioxide, for example, can exist as a solid (dry ice). The normal phase of a material is that which exists at standard conditions of temperature [21°C (70°F)] and pressure 101.6 kPa (14.7 psi) or 1 atmosphere at sea level].




**FIGURE 5.1.2 Fire Tetrahedron.**

**5.1.2.1.1** Combustion of liquid fuels and most solid fuels takes place above the fuel surface in a region of vapors created by heating the fuel surface. The heat can come from the ambient conditions, from the presence of an ignition source, or from exposure to an existing fire. The application of heat causes vapors or pyrolysis products to be released into the atmosphere, where they can burn if in the proper mixture with an oxidizer and if a competent ignition source is present or if the fuel's autoignition temperature is reached. Ignition is discussed in Section 5.3.

**5.1.2.1.2** Some solid materials can undergo a smoldering reaction, where oxygen reacts directly with solid material. Smoldering can be the initial or the final stage of burning. Sometimes smoldering combustion breaks into flame; on other occasions smoldering continues through the total course of events.

**5.1.2.1.3** Gaseous fuels do not require vaporization or pyrolysis before combustion can occur. Only the proper mixture with an oxidizer and an ignition source are needed.

**5.1.2.1.4** The form of a solid or liquid fuel is an important factor in its ignition and burning rate. For example, a fine wood dust ignites easier and burns faster than a block of wood. Some flammable liquids, such as diesel oil, are difficult to ignite in a pool but can ignite readily and burn rapidly when in the form of a fine spray or mist.

**5.1.2.1.5** For the purposes of the following discussion, the term *fuel* is used to describe vapors and gases rather than solids.

**14.5.6.1 Fire Protection Engineer.** Fire protection engineering encompasses all the traditional engineering disciplines in the science and technology of fire and explosions. The fire protection engineer deals with the relationship of ignition sources to materials in determination of what may have started the fire. He or she is also concerned with the dynamics of fire, and how it affects various types of materials and structures. The fire protection engineer should also have knowledge of how fire detection and suppression systems (e.g., smoke detectors, automatic sprinklers, or Halon systems) function and should be able to assist in the analysis of how a system may have failed to detect or extinguish a fire. The complexity of fire often requires the fire protection engineer to use many of the other engineering and scientific disciplines to study how a fire starts, grows, and goes out. Additionally, a fire protection engineer should be able to provide knowledge of building and fire codes, fire test methods, fire performance of materials, computer modeling of fires, and failure analysis.

**14.5.6.2 Fire Engineering Technologist.** Individuals with bachelor of science degrees in fire engineering technology, fire and safety engineering technology, or a similar discipline, or recognized equivalent, typically have studied fire dynamics and fire science; fire and arson investigation, fire suppression technology, fire extinguishment tactics, and fire department management; fire protection; fire protection structures and systems design; fire prevention; hazardous materials; applied upper-level mathematics and computer science; fire-related human behavior; safety and loss management; fire and safety codes and standards; and fire science research.

**14.5.6.3 Fire Engineering Technician.** Individuals with associate of science level degrees in fire and safety engineering technology or similar disciplines, or recognized equivalent, typically may have studied fire dynamics and fire science; fire and arson investigation; fire suppression technology, tactics, and management; fire protection; fire protection structures and systems design; fire prevention; hazardous materials; mathematics and computer science topics; fire-related human behavior; safety and loss management; fire and safety codes and standards; or fire science research.

**14.5.7 Industry Expert.** When the investigation involves a specialized industry, piece of equipment, or processing system, an expert in that field may be needed to fully understand the processes involved. Experience with the specific fire hazards involved and the standards or regulations associated with the industry and its equipment and processes can provide valuable information to the investigator. Industry experts can be found within companies, trade groups, or associations.

**14.5.8 Attorney.** An attorney can provide needed legal assistance with regard to rules of evidence, search and seizure laws, gaining access to a fire scene, and obtaining court orders.

**14.5.9 Insurance Agent/Adjuster.** An insurance agent or adjuster may be able to provide the investigator with information concerning the building and its contents prior to the fire, fire protection systems in the building, and the condition of those systems. Additional information regarding insurance coverage and prior losses may be available.

**14.5.10 Canine Teams.** Trained canine/handler teams may assist investigators in locating areas for collection of samples for laboratory analysis to identify the presence of ignitable liquids.

**14.6* Case Management.** A method should be employed to organize the information generated throughout the investigation and to coordinate the efforts of the various people involved. This topic of case management is addressed in the context of major loss investigations in Chapter 27 of this guide. It is also the focus of some of the reference material listed at the back of this guide.

## Chapter 15 Documentation of the Investigation

**15.1* Introduction.**

**15.1.1** The goal in documenting any fire or explosion investigation is to accurately record the investigation through media that will allow investigators to recall and communicate their observations at a later date. Common methods of accomplishing this goal include the use of photographs, videotapes, diagrams, maps, overlays, tape recordings, notes, and reports.

**15.1.2** Thorough and accurate documentation of the investigation is critical because it is from this compilation of factual data that investigative opinions and conclusions can be supported and verified. There are a number of resources to assist the investigator in documenting the investigation.

**15.2 Photography.**

**15.2.1 General.** A visual documentation of the fire scene can be made using either film or video photography. Images can portray the scene better than words. They are the most efficient reminders of what the investigator saw while at the scene. Patterns and items may become evident that were overlooked at the time the photographs or videos were made. They can also substantiate reports and statements of the investigator.

**15.2.1.1** Taking a basic photography or video course through a vocational school, camera club, or camera store would be most helpful in getting the photographer familiar with the equipment.

**15.2.1.2** As many photographs should be taken as are necessary to document and record the fire scene adequately. It is recognized that time and expense considerations may impact the number of photographs taken, and the photographer should exercise discretion. It is far preferable to err on the side of taking too many photographs rather than too few.

**15.2.1.3** The exclusive use of videotapes, motion pictures, or slides is not recommended. They are more effective when used in conjunction with still photographs. Also, additional equipment is obviously required to review and utilize videos, films, and slides.

**15.2.2 Timing.** Taking photographs during or as soon as possible after a fire is important when recording the fire scene, as the scene may become altered, disturbed, or even destroyed. Some reasons why time is important include the following:

(1) The building is in danger of imminent collapse or the structure must be demolished for safety reasons.
(2) The condition of the building contents creates an environmental hazard that needs immediate attention.
(3) Evidence should be documented when discovered as layers of debris are removed, as is done at an archaeological dig. Documenting the layers can also assist in understanding the course of the fire.

**15.2.3 Basics.**

**15.2.3.1 General.** The most fundamental aspect of photography that an investigator should comprehend is how a camera works. The easiest way to learn how a camera works is to compare the camera to the human eye.

**15.3.1 Forms of Incident Field Notes.** The collection of data concerning an investigation is important in the analysis of any incident. The use of forms is not required in data collection; however, some forms have been developed to assist the investigator in the collection of data. These example forms and the information documented are not designed to constitute the report but rather they provide a means to gather data that may be helpful in reaching conclusions so that a report can be prepared.

**15.3.2* Forms for Collecting Data.** The collection of data concerning an investigation is important in the analysis of any incident. Some forms have been developed to assist the investigator in the collection of data. These forms and the information documented on them are not designed to constitute the incident report. They provide a means to gather data that may be helpful in reaching conclusions so that the incident report or the investigation report can be prepared. See Table 15.3.2.

**Table 15.3.2 Field Notes and Forms**

| Form | Purpose |
|---|---|
| Fire Incident Field Notes | Any fire investigation to collect general incident data |
| Casualty Field Notes | Collection of general data on any victim killed or injured |
| Wildfire Field Notes | Data collection specifically for wildfire |
| Evidence Form | Documentation of evidence collection and chain of custody |
| Vehicle Inspection Form | Data collection of incidents specifically involving motor vehicles |
| Photograph Log | Documentation of photographs taken during the investigation |
| Electrical Panel Documentation | Collection of data specifically relating to electrical panels |
| Structure Fire Notes | Collection of data concerning structure fires |
| Compartment Fire Modeling | Collection of data necessary for compartment fire modeling |

**15.3.3 Dictation of Field Notes.** Many investigators dictate their notes using portable tape recorders. Investigators should be careful not to rely solely on tape recorders or any single piece of equipment when documenting critical information or evidence.

**15.4 Diagrams and Drawings.** Various types of drawings, including sketches, diagrams, and plans can be made or obtained to assist the investigator in documenting and analyzing the fire scene. Depending on the size or complexity of the fire, various techniques can be used to prepare the drawings. As with photographs, drawings are used to support memory, as the investigator may only get one chance to inspect the fire scene. As with the other methods of documenting the scene, the investigator will need to determine the type and detail of the diagrams developed and the type of drawings that may be requested from the building or equipment designer or manufacturer. During the course of the investigation, the investigator may have available a variety of drawings. These drawings may have been prepared by a building or equipment designer or manufacturer or may have been developed by other investigators documenting conditions found at the time of their investigation. Clear and concise sketches and diagrams can assist the investigator in documenting evidence of fire growth, scene conditions, and other details of the fire scene. Diagrams are also useful in providing support and understanding of the investigator's photographs. Diagrams may also be useful in conducting witness interviews. However, no matter how professional a diagram may appear, it is only as useful as the accuracy of the data used in its creation.

**15.4.1 Types of Drawings.** Scene diagrams that are drawn during the course of an investigation fall into two broad categories. Diagrams are either drawn two dimensionally or three dimensionally. The three dimensional representation is more realistic but takes more time to construct and additional drawing capabilities may be required. Simple three dimensional representations, such as isometric drawings or computer generated drawings, will enhance the usability of the diagram. Two-dimensional drawings similar to floor plans and elevation drawings are easy to develop and can be adapted to a variety of uses during the investigation and the case preparation. Drawings can take the form of sketches and diagrams.

**15.4.1.1 Sketches.** Sketches are generally freehand diagrams or diagrams drawn with minimal tools that are completed at the scene and can be either three dimensional or two dimensional representations of features found at the fire scene.

**15.4.1.2 Diagrams.** Diagrams are generally more formal drawings that are completed after the scene investigation is completed. Diagrams are completed using the scene sketches and can be drawn using traditional methodologies or computer based drawing programs. It should be noted that the completion of formal scene diagrams may not be required in some instances. The decision to complete a more formal scene diagram will be determined by the investigator, agency policies, and scope of the investigation.

**15.4.2 Selection of Drawings.** In selecting the type of drawing to obtain or create, the investigator should ask what construction features, equipment, or other factors were important to the cause, origin, and spread of the fire. For example, if the interior finish of a facility contributed to the fire, then a drawing showing the location of the material is important. If the building caught fire due to an adjoining building burning, then a plan showing the location of the two buildings would be important. If an ignitable liquid was used in a fire, it would be important to show where it was used and how it was connected. See examples of these types of drawings in Figure 15.4.2(a) through Figure 15.4.2(f).

**15.4.3 Drawing Tools and Equipment.** There are no specific tools, other than a pencil and paper required to prepare sketches and diagrams; however, there are a variety of tools and techniques that the investigator may use to enhance the diagramming process and quality of the diagrams produced. Using graph paper can enhance scene sketches and diagrams. While the use is not essential, it will assist the investigator in keeping the scene sketches in proportion and assist in drawing without additional equipment. Sketching scenes during inclement weather presents difficulties that can be overcome by the use of transparency film, transparencies that are made from paper diagrams, inserting photocopies of paper diagrams into plastic sheet protectors, and grease pencils (china markers) and permanent markers to add the details needed.

upon the explosion effect that caused them: blast pressure, shrapnel, thermal, and seismic.

**23.8.2.1 Blast Pressure Injuries.** The concussive effect upon a victim can cause internal injuries to various organs and body systems such as the gastrointestinal tract, lungs, eardrums, and blood vessels.

**23.8.2.1.1** Frequently the blast pressure front is strong enough to violently move or even propel the victim into solid objects, or conversely, both low- and high-order damage *(see Section 21.3)* can violently move or propel large solid objects (walls, doors, etc.) into victims. These actions can cause blunt trauma injuries, fractures, lacerations, amputations, contusions, and abrasions.

**23.8.2.1.2** Dirt, sand, and other fine particles can be blasted into unprotected skin, causing a type of injury commonly called *tattooing.*

**23.8.2.1.3** With detonations, there may be violent amputations or dismemberment of the body caused by the blast pressure wave. Parts of the body or its clothing may be propelled great distances and should be searched for and documented.

**23.8.2.2 Shrapnel Injuries.** Shrapnel (solid fragments) traveling at high speeds from the epicenter of an explosion can cause amputations, dismemberment, lacerations or perforations resembling stab wounds, localized blunt trauma such as broken and crushed bones, and soft tissue damage.

**23.8.2.3 Thermal Injuries.** Thermal injuries associated with explosion flame fronts (and not the following fires, which often accompany low-order explosions) are usually of the first- and second-degree types because of their very short duration. Third-degree burns can also be encountered in these situations, but with much less frequency. These burns can be fatal. Brief exposure to the high-temperature expanding flame front causes burn damage to the exposed skin surfaces. Often even a thin layer of clothing can protect the underlying skin from injury. Frequently, the burn injuries can be localized to the side of the body that is facing the expanding flame front. This finding can be used by the investigator as a heat and flame or explosion dynamics vector. Synthetic-fabric clothing may be melted by exposure to flash flames from deflagrations, where cotton fabrics may only be scorched.

**23.8.2.4 Seismic Effect Injuries.** The seismic effects of explosions are most dangerously manifested in the collapse of buildings and their structural elements. Injuries and deaths resulting from such occurrences are similar to what might be encountered by building damage from blast pressure waves. Collapse of buildings can cause blunt trauma injuries, lacerations, fractures, amputations, contusions, and abrasions. When examining victims of explosions, the investigator should take extreme care to scrutinize the body parts, clothing, and associated debris to find, document, and preserve items of evidence, such as clothing and any foreign objects found.

## Chapter 24 Appliances

### 24.1 Scope.

**24.1.1** This chapter covers the analysis of appliances as it relates to the investigation of the cause of fires. The chapter concentrates on appliances as ignition sources for fires but, where applicable, also discusses appliances as ignition sources for explosions. This chapter assumes that the origin of the fire has been determined and that an appliance at the origin is suspected of being an ignition source. Until an adequate origin determination has been done, it is not recommended that any appliances be explored as a possible ignition source.

**24.1.2** Addressed in this chapter are appliance components, which are common to many appliances found in the home and business. Sections of this chapter also deal with specific but common residential-type appliances and with how they function.

**24.2 Appliance Scene Recording.** The material presented in Chapter 15 should be used where appropriate to record the scene involving an appliance. Material presented in this section is supplemental and has specific application to appliances.

**24.2.1 Recording Specific Appliances.** Once a specific appliance(s) has been identified in the area of origin, it should be carefully examined before it is disturbed in any way. The appliance should be photographed in place from as many angles as possible. Photographs should be close-ups of the appliance as well as more distant photographs that will show the appliance relative to the area of origin, the nearest combustible material(s), and a readily identified reference point (e.g., window, doorway, piece of furniture). This reference point will greatly aid later reconstruction efforts in placing the exact location of the appliance at the time of the fire. If an appliance has been moved since the start of the fire, then the same photographs should be taken where it was found. If it can be established where the appliance was located at the time of the fire, such as by observing a protected area that matches the appliance base, or by talking to someone familiar with the fire scene prior to the fire, the appliance should be moved to its pre-fire location and the same photographs taken. This movement by the investigator may not be done until all other necessary documentation is completed.

**24.2.2 Measurements of the Location of the Appliance.** The scene should be photographed and diagrammed as described in Section 15.4. The location of the appliance within the area of origin is particularly important. The investigator should take measurements that will establish the location of the appliance.

**24.2.3 Positions of Appliance Controls.** Special attention in the photography and diagramming should be paid to the position of all controls (e.g., dials, switches, power settings, thermostat setting, valve position), position of movable parts (e.g., doors, vents), analog clock hand position, power supply (e.g., battery and ac house current), fuel supply, and any other item that would affect the operation of the appliance or indicate its condition at the time of the fire.

**24.2.4 Document Appliance Information.** The manufacturer, model number, serial number, date of manufacture, warnings, recommendations, and any other data or labels located on the appliance should be documented. This information should be photographed, and notes should be taken, as these items may be difficult to photograph. Having notes will ensure that this valuable information is preserved. It is frequently necessary to move the appliance to obtain these data, and this should be done with minimal disturbance to the appliance and to the remainder of the fire scene. In no case should the appliance be moved prior to completion of the actions in 24.2.3.

**24.2.5 Gathering All of the Parts from the Appliance.** Where the appliance has been damaged by the fire or suppression activities, every effort should be made to gather all of the parts from the appliance and keep them together. After exposure to fire, many of the components may be brittle and may disintegrate

with handling, which is why it is important to document their conditions at this point. Where it is considered helpful and will not result in significant damage to the remains of the appliance, some reconstruction of the parts may be done for documentation and analysis purposes. This reconstruction could include replacing detached parts and moving the appliance to its original location and position. Attempting to operate or test an appliance should not be done during the fire scene examination, as this may further damage the appliance, possibly destroying the critical clues within the appliance and its components. All testing at this point should be strictly nondestructive and only for the purpose of gathering data on the condition of the appliance after the fire. Examples of nondestructive testing include using a volt/ohmmeter to check resistance or continuity of appliance circuits.

**24.3 Origin Analysis Involving Appliances.** Chapter 6 and Chapter 17 deal with determining the origin of a fire in greater detail. The additional techniques and methodology presented here should be utilized when a fire involves an appliance. This is the case when the fire is confined to the appliance or when it is thought that a fire started by the appliance spread to involve other contents of the room.

**24.3.1 Relationship of the Appliance to the Origin.** It should be established that the appliance in question was in the area of origin. Those appliances that were clearly located outside the area of origin generally can be excluded as fire causes. In some cases, an appliance(s) remote from the area of origin may have something to do with the cause of the fire and should be included in the investigation. Examples of these are the use of an extension cord or the presence of a standing pilot on a gas appliance. Where doubt exists as to the area of origin, it should be classified as undetermined. When the origin is undetermined, the investigator should examine and document the appliances in any suspected areas of origin.

**24.3.2 Fire Patterns.** Fire patterns should be used carefully in establishing an appliance at the point of origin. Definite and unambiguous fire patterns help to show that the appliance was at the point of origin. Other causes of these patterns should be eliminated. The degree of damage to the appliance may or may not be an adequate indication of origin. Where the overall relative damage to the scene is light to moderate and the damage to the appliance is severe, then this may be an indicator of the origin. However, if there is widespread severe damage, other causes such as drop down, fuel load (i.e., fuel gas leak), ventilation, and other effects should be considered and eliminated. If the degree of damage to the appliance is not appreciably greater than the rest of the fire origin, then the appliance should not be chosen solely by virtue of its presence.

**24.3.3 Plastic Appliance Components.** Appliances that are constructed of plastic materials may be found at the fire scene with severe damage. The appliance may be severely distorted or deformed, or the combustible material may be burned away, leaving only wire and other metallic components. This condition of an appliance in and of itself is not an adequate indicator of the point of origin. This is especially true where there was sufficient energy from the fire in the room to cause this damage by radiant heating and ignition. Conditions approaching at, or following, flashover can have sufficient energy to produce these effects some distance from the point of origin.

**24.3.4 Reconstruction of the Area of Origin.** Reconstruction of the area of origin may be necessary to locate and document those patterns and indicators that the investigator will be using to establish the area of origin. As much of the material from the appliance as possible should be returned to its original location and then recorded with photographs and a diagram. The help of a person familiar with the scene prior to the fire may be necessary.

**24.4 Cause Analysis Involving Appliances.** The material presented in Chapter 18 should be used where appropriate to analyze an appliance that may have caused a fire. Material presented in this section is supplemental or has specific application to appliances.

**24.4.1 How the Appliance Generated Heat.**

**24.4.1.1** Before it can be concluded that a particular appliance has caused the fire, it should first be established how the appliance generated sufficient heat energy to cause ignition. The type of appliance will dictate whether this heat is possible under normal operating conditions or as a result of abnormal conditions. The next step is to determine the first material ignited and how ignition took place. The most likely ignition scenario(s) will remain after less likely or impossible ignition scenarios have been eliminated. If no likely ignition scenario exists, either accidental or intentional, then the cause should be classified as undetermined.

**24.4.1.2** Patterns on the appliance may indicate the source of the ignition energy. However, hot spots or other burn patterns may be the result of other factors not related to the cause and need to be carefully considered. Patterns on nearby surfaces may provide information on the ignition source.

**24.4.2 The Use and Design of the Appliance.** The use and operation of an appliance should be well understood before it is identified as the fire cause. Some appliances are simple or very familiar to fire investigators and may not require in-depth study. However, appliance design can be changed by the manufacturer, or an appliance can be damaged or altered by the user, and, therefore, each appliance warrants investigation. More complicated appliances may require the help of specialized personnel to gain a full understanding of how they work and how they could generate sufficient energy for ignition.

**24.4.3 Electrical Appliances as Ignition Sources.** Many appliances use electricity as the power source, and electricity should be considered as a possible source for ignition. The material presented in Chapter 18 should be carefully considered and applied in this situation. Only under a specific set of conditions can sufficient heat be generated by electricity as a result of an overload or fault within or by an appliance and subsequently cause ignition.

**24.4.4 Photographing Appliance Disassembly.** When it is necessary to disassemble an appliance (or its remains) recovered from a fire scene, each step should be documented by photography. *(See 16.10.1.)* This is done to establish that the investigator did not haphazardly pull the artifact apart, causing pieces to be further damaged or lost. The documentation should show the artifact at the start and at each stage of disassembly, from multiple angles if possible, keeping careful track of loose pieces. Some investigators find it helpful to videotape this process. The investigator should have at least one specific reason for disassembling an artifact, and once an answer has been found, the disassembly process should stop. When an artifact cannot be easily disassembled or if the disassembly would be too destructive, the use of X-rays should be considered.

**24.4.5 Obtaining Exemplar Appliances.** To understand an appliance more fully, to test its operation, or to explore failure mechanisms, the investigator may need to obtain an