# EXHIBIT F (2)



Fig. 5. Additional views of the front of the water dispenser.



Fig. 6. Overall and close-up views of the cold water tank of the water dispenser.



Fig. 7. Views of the cold water tank and areas adjacent to it.



Fig. 8. Additional views of areas adjacent to the cold water tank.



Fig. 9. Views of water dispenser with remnants from the bottom compartment in the water dispenser.



Fig. 10. Views of the valve/tube connection on the water dispenser.







Fig. 11. Overall views of the front and sides of the water dispenser at the Thielsch Engineering laboratory.



Fig. 12.

Overall view of the back of the water dispenser.



Fig. 13. Overall view of the top of the water dispenser from the front.




Fig. 14.

Close-up views of areas inside the water dispenser from the front.



Fig. 15. Close-up views of the back of the water dispenser.

Thielsch Engineering, Inc.



Fig. 16. Views illustrating removal of the cold water tank.