# EXHIBIT F (3)



Fig. 17. Additional overall view of water dispenser during removal of the cold water tank.




Fig. 18.

Close-up views of water dispenser during removal of cold water tank.



Fig. 19.

Views of water dispenser after removal of cold water tank.







Fig. 20.

Views of the water dispenser after removal of the hot water tank/heater.



Fig. 21. Overall views of the hot water tank/heater after removal from the water dispenser.

Thielsch Engineering, Inc.



Fig. 22. Views illustrating the removal of the external insulation from the hot water tank/heater.





Fig. 23. Views of insulation after removal from the hot water tank/heater.



Fig. 24. Additional overall views of hot water tank/heater.



Fig. 25.

Close-up views of the hot wate r tank/heater and in-sulation.









Fig. 26. Views illustrating removal of top on hot water tank/heater.



Fig. 27. Overall view of the inside diameter surface of the hot water tank/heater.



Fig. 28. Close-up views of the inside diameter surface of the hot water tank/heater.