# EXHIBIT F (4)





Fig. 29. Additional close-up views of the inside diameter surface of the hot water tank/heater.



Fig. 30.

Overall and close-up views of the outside diameter surface of the hot water tank/ heater.



Fig. 31. Overall and close-up views of the inlet tube to the hot water tank/heater.



Fig. 32. Views of the outside diameter surface at the bottom of the hot water tank/heater.




Fig. 33. Energy Dispersive spectral plot recorded at Location 1.




Fig. 34. Energy Dispersive spectral plot recorded at Location 2.




Fig. 35. Energy Dispersive spectral plot recorded at Location 3.




Fig. 36. Energy Dispersive spectral plot recorded at Location 4.




Fig. 37. Energy Dispersive spectral plot recorded at Location 5.



1X

Fig. 38. Overall view of subsegments cut at cross section "A-A".




10X

Diamond Pyramid Microhardness Values

1. 213 (213)
2. 220 (220)
3. 187 (187)
4. 169 (169)
5. 181 (181)

Fig. 39. Photomacrograph of cross section "A-A". Diamond Pyramid (DPH) microhardness determinations are provided at right. The corresponding Brinell hardness numbers are shown in ( ).



100X



500X

Fig. 40. Microstructure at "$A_2$".



100X



500X

Fig. 41. Microstructure at "$A_3$".