# EXHIBIT G

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE HARTFORD INSURANCE COMPANY
as Subrogee of ALBERTO CARVALHAL

vs. C.A. No. 06-362S

GENERAL ELECTRIC COMPANY and
MIDEA USA, INC.

DEPOSITION OF ARA D. NALBANDIAN, P.E., a Witness in the above-entitled case, taken on behalf of the Defendants, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of D'Amico & Burchfield, LLP, 536 Atwells Avenue, Providence, Rhode Island, on May 15, 2007 at 10:00 A.M.

APPEARANCES:

FOR THE PLAINTIFF......LAW OFFICE OF STUART BLACKBURN
(Hartford) BY: ERIK LOFTUS, ESQUIRE
TWO CONCORDE WAY
WINDSOR LOCKS, CT 06096

FOR THE PLAINTIFF......D'AMICO & BURCHFIELD, LLP
(Carvalhal) BY: ROBERT A. D'AMICO, II, ESQ.
536 ATWELLS AVENUE
PROVIDENCE, RI 02909

FOR THE DEFENDANTS.....CLAUSEN MILLER, PC
BY: RODD E. ELGES, ESQUIRE
10 SOUTH LaSALLE STREET
CHICAGO, IL 60603

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

element and become a source of heat that has to be transferred to a liquid to be heated up, and if the vessel which is being used to heat the liquid, if it is equipped with a sensor, that it sort of cuts off at a certain temperature --

Q. Let's take a step back before you get to the sensor. How much electrical power under normal operating conditions would go to that heating coil?

A. Depending how much you need.

Q. Well, did you test that?

A. No.

Q. Do you know one way or the other that if it was operating as it was designed to operate, how much power would go to the heating element?

A. It will just keep supplying the heat as long as it's needed.

Q. But you can't tell me how many amps, volts or watts going to the heating element in this unit under normal operating conditions?

A. This is under normal operating conditions where you have to heat a certain amount at a certain time. It is a matter of demand. If how much it goes within how many minutes, how many hours, it's just not something that you have a



control over, because the demand dictates.

Q. What is the maximum amount of electrical power that this unit would have sent to the heating coil under normal operating conditions?

THE WITNESS: At what time interval?

MR. ELGES: Pardon?

THE WITNESS: At what time interval?

MR. ELGES: Over an hour.

A. Take the capacity of it, multiply it by the hour, and you will get the wattage.

Q. Can you do that calculation for me?

A. No.

Q. Because you don't know what the electrical parameters -- strike that. You don't know what the operating parameters of that heating coil are from an electrical standpoint under normal operating conditions, true?

A. That's right.

Q. All right. So you don't know -- strike that. So you're not going to opine that there was some sort of electrical surge that caused this heating element to malfunction, correct?

A. I haven't said there's one way or another. I have opined that there's an electric.

Q. I need to know one way or another. Are you going



to opine at the trial of this matter that there was a surge or other malfunction in the amount of electricity that was sent to this heating coil?

A. I have opined not to concentrate on electric consumption, except my opinion is that the failure of the vessel itself has overwhelmed the functionality of the electrical system that had malfunctioned and caused the fire.

Q. Did that overwhelming, as you put it, cause more power to go to the heating coil than was intended to go to the heating coil?

A. Most likely, yes.

Q. When you say more, you're talking about the heating coil just stayed on too long, is that your opinion?

A. Whatever occurred after the controls were not able to sustain curtailment of the electric energy, that's where the system failed and energy was introduced in the environment to cause the fire.

Q. Right. And what I'm trying to get at is I'm trying to pinpoint the failure, and my understanding, based upon my review of your report is kind of summarized as follows: That it's your opinion that water escaping from the stainless



steel tank caused corrosion or other insulating properties to accumulate on the sensors that turned the heating element on and off; is that roughly accurate so far?

A. Yes.

Q. So what I'm trying to do is say that's what this cause is about, and we should focus in on that. Before I can do that I would like you to confirm what I believe to be your opinion, which is, that's the problem. The heating element itself did what it was supposed to do, it just didn't get turned on and off?

A. Exactly. This is one of the malfunctions. The word "malfunction" is somehow electric system which was properly functioning prior to this accumulated deposits or the corrosion product which had introduced or intervened in normal functionality had caused a system failure in the electrical power that could not curtail the electric power that generated enough energy to initiate a fire.

Q. Just to put a finer point on it, you're not saying that the amount of power sent to the coil at any particular moment spiked and caused the fire, you're just saying the fact that the unit never

will ignite.
Q. Do you know how hot the heating element in the Carvalhals' water dispenser would have gotten if it never got turned off?
A. No, I don't know. The only thing I know is that the fire started over there (indicating).
Q. Okay. And you had the heating element from -- it was still in the Carvalhals' water dispenser when you received it from the fire marshal's office, correct?
A. Whatever was left.
Q. Well, if you look at Page 4, it's referring to figures 26 -- 27 through 30 and it talks about the heating coil, the heating coil is also evident in figures 27 through 29?
A. Yeah.
Q. Yes?
A. Yes.
Q. All right. So the heating coil is there. You go on to note on Page 4, "Evidence of damage or degradation to the heating coil was not observed"?
A. Right.
Q. So the heating coil is intact?
A. Yes.
Q. So, the heating coil itself, other than the fact



that it never got turned off, didn't malfunction, correct?
A. Heating coil did not cause any problem internally.
Q. In and of itself?
A. In and of itself, no.
Q. It just ran and didn't get turned off the way it was supposed to, correct?
A. Yes.
Q. So, you don't know how hot the heating coil got under normal operating conditions? True?
A. That's true.
Q. And you don't know how hot it got under abnormal working conditions, or in other words, you don't know how hot the heating coil in the Carvalhals' water dispenser would have got if you just kept the electricity flowing to it under the scenario that you talked about, right?
A. You would never know.
Q. You don't know, that's my question? Do you know -- did you test it? Did you take the water cooler, apply an electrical source, the same sort of source, same sort of current that it would have received under normal operating conditions and leave it on to see how hot it could get?



A. We couldn't do anything with this coil.
Q. Why not?
A. Because it was burned, damaged. Externally it's intact.
Q. How do you know it was -- you're saying it was inoperable; is that what you're saying?
A. Inoperable, yes.
Q. So when you received the water dispenser from the State Fire Marshal's office, the heating coil in this water dispenser unit would not work?
A. All the connections, all the wiring, all the elements are cooked, burned. There was no way of really doing anything to test the integrity, performance, reliability or functionality of the coil.
Q. Did you test the coil in the water cooler that you received, the second water cooler that had fiber insulation in it?
A. No.
Q. Was there anything that prevented you from testing that heating coil to determine how hot it would get under normal operating conditions and how hot it would get if a continuous flow of energy was provided to it due to a malfunction in the sensors inside of the stainless steel tank?



A. We weren't asked to do any testing of that.
(RECESS)
Q. These next series of questions, I'm going to see if I can get my exhibit back from you. The reason I'm going to ask for my exhibit back is the copies I have aren't colored photographs, so I'm hoping you can kind of follow along with your own version of the report, that way I can look at colored pictures.
THE WITNESS: Is this part of it?
(OFF THE RECORD)
Q. Back on the record. Once again, if you could look at your own version of the report from your file, that way I can look at the color photographs at the same time you're looking at them. Hopefully that will move things along here. Now looking at the narrative on Page 4, once again, heating coil -- this is the next to the last paragraph. It reads, "Heating oil is also evident in figures 27 through 29. Evidence of damage degradation to the heating coil was not observed." That's --
A. Basically internal coil, figure 27 through 29, it doesn't show any degradation or break or anything. It's a physical visible external rather than anything else.

Q. How does that heating coil work?
A. The electrical elements -- there is a coil that has a sheeting on the outside, you've got electrical elements internal that heats up. So this coil gets hot. This metal gets hot and it is basically submerged in water. So it's like any of those little water heaters that they used to have for heating of a cup of water, it functions that way.
Q. As far as the coil itself, can you give me more of a description of what kind of wiring is inside that coil?
A. That is a proprietary item that you cannot see unless you take it out. This comes in as a premanufactured coil, inserted into the canister and is attached to terminals, it's connected to a source of supply.
Q. As far as that source of supply goes, during your disassembly of this unit, did you identify the wiring that provided electricity to the heating element?
A. We identified the best we could, but could see all of the wiring that has been charred, some of the numbers associated with the terminals on some of the wires, just kept in sort of to give



you an identity to all the wires which have been burned, charred or no insulation, some insulation, whatever the distance away from the fire.
Q. You're looking at figure 20 now, right? It's a series of three photographs, actually, which have certain wires which have, it looks like duct tape with numbers on them?
A. Yes.
Q. All right. Now, that is something that you did, you added the numbers with the duct tape to the wires, so you could identify them later, correct?
A. To cut it out so they would be eventually -- because if you have to remove the heater, you had to sever the connections.
Q. Do you know which one of these wires was providing electricity to the heating unit itself?
A. I'd have to really connect back to the elements that is offhand. It's been four years since I have looked at them.
Q. Well, if you could look at the photographs, look at your report, if you can tell me, you can tell me, if you can't, you can't. I just want to know, it looks like you've got at least five sets of wires labeled in these figures -- I take it back. It looks like your nomenclature goes up to ten.



A. I would not hesitate to say I don't know. It's not going to be easy, but they were done for only, simple reason if there was severment taken, cut-off sections, that eventually when somebody wants to figure out which wires came from where.
Q. Understandable. So the wiring -- it looks like the wiring is intact to the sensors on the side of the stainless steel unit which I believe is depicted in 19?
A. Yes.
Q. And presumably, the wires continue from those sensors to the heating coil, correct?
A. Yes.
Q. All right. So, the wiring was in place, it might have been damaged, true?
A. Damaged, basically exposure to the environment during the fire.
Q. All right. So, you don't have the opinions or reason to believe that the wiring in question itself, the wiring itself was damaged before this fire occurred, correct?
A. There is no evidence of that.
Q. All right. And point of fact, you could have ran, followed the wiring on the side of the sensors on the side of this stainless steel tank down to the



heating element where the electricity flowed to the heating element during your evaluation of the Carvalhal water dispenser, correct?
A. You could see where the wires came from and where they ended, that's the extent of it, because they have been all intertwined and tangled. So it's very difficult to sort of find out.
Q. Just so I'm clear, you didn't do any testing or you didn't review any literature to help you establish what the heat parameters for the heating coil were, that is to say, what temperature the heating coil would operate on the low end and what temperature it would achieve on the high end, depending on how much electricity was being sent to the heating coil; true?
A. No. We did not do anything to determine the amount of current that goes through this wires.
Q. So, today, you can't testify to a reasonable degree of scientific certainty as to how hot the element, heating element in this water dispenser would have -- how hot it would have reached under the scenario that you think ignited this fire, correct?
A. The element itself is a sheeting, the element internal is a different thing. You see the

coil --
Q. That's fine. Can you tell me how hot --
A. No, I can't.
Q. So you can't tell me the temperature that the heating coil reached because the sensors on the side of the tank never shut it off? You don't know that, correct?
A. No, I don't.
Q. Now, the exact degrees notwithstanding, would it be fair to assume that if what you say is true and the heating coil ran continually because the sensors turned it off, everything around those coils would be very hot, true?
A. Hot enough. I mean, very hot. How hot is very hot?
Q. Well, the water in the tank itself would be exceptionally hot if what you're saying happened happened in this case, correct?
A. If there is any water.
Q. All right. Do you have any reason to believe there was no water in the tank at the time the fire occurred?
A. Well, the way we looked at some of the conditions of the can itself, which is basically degraded, I don't know how you can hold water in



there in a container like this.
Q. So, if I understand what you're saying, whatever water went into the hot water tank, it would leak out?
A. It was primarily in a condition that water would leak out, yes.
Q. Are you aware of any prior complaints from the Carvalhals indicating there was any leakage from this water dispenser?
A. I'm not aware of it.
Q. You would expect to see that, if what you're saying is true, that the water tank itself was full of so many holes and cracks it couldn't hold water; true?
A. Well, the physical condition of the tank already tells us there was cracking and degradation of the tank itself.
Q. Assume for the moment that, despite your assessment of its integrity, the hot water tank could hold hot water, could hold water and the heating element was not being turned on and off by the sensors because, as you put it, they malfunctioned. Isn't it true that the water inside that vessel, stainless steel tank would be exceptionally hot?



A. It could vaporize and there will be no water level.
Q. What's your understanding of how this water tank received water, it's a gravity feed, correct?
A. Yes.
Q. So, how did the -- was there a valve of some sort that kept this water tank full?
A. I'm not -- I don't have any information regarding what was the level of the tank.
Q. So you don't know how this unit controlled water coming into the vessel; true?
A. I'm aware that there is a gravity filling the tank, but I don't know how much water was there available, whether it was in the bottle or the canister itself.
Q. Talking in terms of conditions observed before this fire occurred. Are you aware that the Carvalhals complained that the water that came out of the hot water dispenser wasn't very hot?
A. I've heard of that. I'm not aware of any other evidence.
Q. Isn't that inconsistent with your theory that this heating element ran continually?
A. You can have incidents that can occur at the time that you don't know when it occurs.



Q. I don't understand that response. If your theory is true, and the sensors malfunctioned and the heating coil ran continually, wouldn't you expect water coming out of the hot water dispenser on the Carvalhal water dispenser to be hot, if not very hot? Hot enough to make a cup of coffee?
A. I don't know exactly how much water they were heating up, and what is the energy supply to heat up the water, or how much water goes through the system, and there are some of the factors that I'm not aware of knowing exactly what would be the relative considerations that you would take in an evaluation of a failure.
Q. When you got the water dispenser and you got the other water dispenser which was similar but had a different type of insulation, did you do any tests to clear up any of these questions?
A. We didn't do any tests on the other one, or the exemplar one, because we weren't requested.
Q. As far as the Carvalhals' water dispenser, you tested to determine the composition of the insulation material and you did certain tests regarding the integrity of the water tank itself, and that was it?
A. Basically, that's the area of concern because

Page 146

the causation for the failure of the components, meaning the tank, was subject to why would you have something malfunction, what was the cause, the root cause. So, our investigation was to find a root cause.
Q. All right. And I understand we talked about this before, your theory that the root cause is water leaked out of the tank, it corroded the sensors, the sensors malfunctioned and allowed the heating unit to run continually?
A. That's the sequence of events.
Q. But I'm trying to find out what happened next, which is, I asked you how hot the heating element got, and you said you don't know, right?
A. Well, you're addressing -- I said no, because of the heating element. We previously discussed the subassembly within the heating energy supply line to the heating element. That is where the malfunction occurs. It is not necessarily the heating element that is subject for discussion as far as the resultant fire. The fire occurred not in the heating element, the fire occurred within the dispenser itself in an area where there were combustibles and energy enough to initiate the fire.

Page 147

Q. Let's talk about the combustibles. What is -- do you have an opinion to a degree of scientific certainty what the combustibles were in the unit that first caught fire?
A. Well, I would assume that if you have combustibles, such as plastics around a high energy source, they will combust.
Q. Okay. What types of plastics did you identify as being components in this water dispenser?
A. You have everything. Internally, it's all plastic around it.
Q. But there are different types of plastic, there is cellophane and there is polyurethane (sic)?
A. Whichever is much more susceptible, that will ignite first.
Q. What sorts of plastics did you identify -- strike that. Did you undertake to identify the composition of the plastic components used in the Carvalhals' water dispenser?
A. No.
Q. So you don't know whether it was -- strike that. Because you don't know what sort of plastic was used to assemble that water dispenser, you don't know how hot those plastics would have needed to be to ignite; true?

Page 148

A. It got hot enough to ignite.
Q. I know you like to use that sort of, the fire happens, so something went wrong logic, I'm only asking about your scientific opinions. You don't know what types of plastic were used in the Carvalhals' water dispenser, so you can't tell me how hot those plastic components had to get to catch fire; true?
A. There is no definition to how hot will it get when you have enough energy that can ignite plastic.
Q. Different plastics have different ignition points, correct?
A. Correct.
Q. Certain plastics like cellophane will ignite or melt at a very low temperature, true?
A. Yes.
Q. Other plastics, higher tech plastics can probably be flame retardant, true?
THE WITNESS: At what temperature?
Q. I guess my point is this, that to know whether or not something that is, quote, plastic, unquote, is flammable. You need to know what kind of plastic it is and if you know what kind of plastic it is, you can tell me at what point it will ignite?

Page 149

True?
A. Yes.
Q. You don't know what plastic components, you don't know what the plastic components were made of in the Carvalhals' water dispenser, so you can't tell me at what point they would have ignited, at what temperature they would have ignited, true?
A. If you have enough energy that is high enough, they will all ignite. It's not a source that you say at what temperature. If you characterize, yes, certainly I agree with you that all different plastics have their ignition temperatures depending on the environment they're in.
Q. And at what temperature did the plastic components in the Carvalhals' water dispenser ignite?
A. A temperature where they had autoignition.
Q. What temperature in Fahrenheit, in Celsius, what temperature did those plastic components have ignition?
A. If you tell me what types of plastic they use, I will tell you.
Q. In absence of that information, you can't answer my question, correct?
A. That's right.

Page 150

Q. Did you undertake literature review, a test, an inquiry of any sort to determine the composition, the plastic components used to assemble and manufacture the Carvalhals' water dispenser?
A. No.
Q. Did you evaluate the plastic components that were used to manufacture and assemble the second water dispenser unit with the fiber insulation?
MR. D'AMICO: Objection. Asked and answered.
THE WITNESS: Did I do what?
Q. I'm asking you about, you received a second water dispenser manufactured by the defendants that had not been in a fire that had, as part of it, fiber insulation rather than foam insulation, okay?
A. Yes.
Q. I'm going to call that the foam insulation -- I'm sorry, the fiber insulation water dispenser for purposes of the deposition today.
A. Yes.
Q. Did you take any samples, did you evaluate or did you determine in any way, shape or form the composition of the plastic components in the fiber water dispenser?
A. We were not requested to do anything.

Page 151

Q. And if you had done that, would either the fiber water dispenser -- strike that. Had you undertaken to identify the composition of the plastic components used to manufacture either the fiber water dispenser or the Carvalhals' water dispenser, could you tell me at what point those same components would ignite? True?
A. You could do a lot of things in order to do it, if money is no object.
Q. Did you offer to undertake to identify the composition of the plastic components in the Carvalhals' water dispenser during your investigation?
A. No.
Q. But you did undertake to determine the chemical composition of the foam insulation, correct?
A. Yes.
Q. And how much did that cost?
A. Not much.
Q. All right. If it was not much -- strike that. If it didn't cost not much to test the chemical composition of the foam insulation, would it be fair to say it would have cost not much to determine the chemical composition of the plastic components used to assemble the Carvalhals' water

Page 152

dispenser?
A. It has no relationship. The intent of our test was find a compatibility of the failure of the stainless steel, that's why we did the insulation.
Q. Other than the plastic components in this water dispenser, do you have any scientific basis to offer an opinion that other components caught fire as part of the scenario that you envision for this incident?
A. No.
Q. Just the plastics would have caught fire, correct?
A. Combustible elements, which are basically plastics.
Q. Were there any other combustible elements above and beyond the plastic components that we've already talked about incorporated into the design of the Carvalhals' water dispenser?
A. I don't know if there are any other elements.
Q. Now, you also examined -- we talked about this before in figure 30, a depiction of your examination of the water sensor -- the temperature sensors and your evaluation of that same aspect of the water dispenser detailed on the bottom of Page 4 of your report. I don't know if you want to

Page 153

look at the photographs or the narrative. But tell me what you did to evaluate the temperature sensors on the Carvalhals' water dispenser?
A. We didn't do anything, we just documented the condition as you see it. There isn't any way of evaluating this.
Q. All right. If I understand your testimony to be true, as you disassembled the Carvalhals' water dispenser, when you got to the point where you were observing, I guess the water -- strike that -- the temperature sensors, what you did is you identified them, took photographs, including photographs on figure 30 and that was it?
A. Yes.
Q. All right. What makes you think that these were not working -- strike the question. What is the scientific basis for your claim that the temperature sensors depicted in figure 30 were not properly operating?
A. We didn't say they didn't properly operate. It did not operate in such a way where they were covered with residue from the components' failure from the leakage that contained a lot of chloride residue. It prevented them to properly function, and in the view of not being able to properly

function, you would have the resultant fire.
Q. All right. And I guess what I'm getting at is I think I see what you're talking about. So let's step through this. On figure 30 I see two photographs, there's a scale in each one of them. The middle photograph is probably the easiest part to see?
A. Close-up view.
Q. In the foreground I see the temperature sensor which it looks like it's attached to the side of this stainless steel tank with two Philips head screws, correct; so far so good?
A. Correct.
Q. What you're saying is that the white substance depicted in that particular photograph is a problem; true?
A. After the fire I don't know what else is there that was there prior to the fire. You're looking after the fire which, everything has been basically altered.
Q. All right. Well, let me take a step back. Figure 30 depicts the temperature sensors on the outside of the stainless steel tank, correct?
A. Yes.
Q. What these sensors do, as I understand it, they're



a switch, as it were, there is an electrical current going in which passes through on to the heating element, provided that the temperature within the stainless steel tank is low enough; true?
A. When the temperature reaches high enough that the sensors sends a signal, it says I have reached the temperature, it closes, and so the switch shuts off.
Q. So, I stand corrected. Are these redundant switches or do these work in tandem? How do these two switches work?
A. I believe they work in the high and low condition. When you go reach to the level of aquastat in your boilers. When you set it up to high temperature limit, it will go high and stop. When it goes down to the lower level, then it calls for heat use, it goes up.
Q. So, these two switches, then, work in tandem. One of these switches is triggered when the temperature in the stainless steel container gets too low and it passes electricity on to the heating element; is that true?
A. That's my understanding.
Q. All right. Now one of these switches, if you look



at figure 30, the top picture, is it the right one or the left one that turns the heating element on?
A. I don't know.
Q. Now, just to complete my exploration of what your understanding is, you're saying that the other switch turns off the heating element when the contents of the stainless steel tank reaches its desired heat? True?
A. That's my understanding.
Q. All right. And you don't know which one of these switches is that switch, the one that turns off the heater when it reaches its desired temperature, correct?
A. Correct.
Q. How do these switches work, do you know?
THE WITNESS: Internally?
MR. ELGES: Yes.
A. I don't have design parameters, I'm not aware of the details.
Q. So you don't know how the switches work, correct?
A. I don't know how this switch works, yes.
Q. So looking at -- so, you took it apart, you got to the switches and you took these photographs?
A. Correct.
Q. All right. What else did you do that led you to



conclude that these two switches or one of these switches wasn't working?
A. I didn't say it wasn't working.
Q. Okay. So is it your testimony as you sit here today that both of these switches were functioning properly on the day that the Carvalhal fire occurred?
A. I don't know.
Q. So, as you sit here today, you don't have the scientific opinion one way or the other as to whether or not they were properly functioning, true?
A. That's correct.
Q. Your narrative on the bottom of Page 4 indicates significant accumulation of corrosion -- strike that. "A significant accumulation of corrosion product/deposit was evident at the temperature sensors." Did you write this part of the report?
A. Yes. We both looked at it and we concurred that was the verbiage.
Q. All right. And the accumulation, is it the white material we talked about before?
A. There is a lot of white stuff, gray stuff. A lot of stuff that is not base metal. It is all corrosion, oxide.