IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 06 362 S |
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 07 007 S |

**DEFENDANTS' SECOND SUPPLEMENTAL STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF THE PLAINTIFFS' EXPERT WITNESSES AND FOR SUMMARY JUDGMENT**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, by and through their attorneys, and hereby submits their Second Supplemental Statement of Material Facts as to which there is no genuine issue to be tried.

1. On December 13, 2006, Counsel for the Plaintiff, THE HARTFORD, filed a Rule 26(a)(2)(B) disclosure setting forth the opinions of its expert Hossein Davoodi. (A true and accurate copy of Hossein Davoodi's Rule 26(a)(2)(B) disclosure is attached hereto as Exhibit "A".)



1129393.1

2. On December 13, 2006, Counsel for the Plaintiff, THE HARTFORD, filed a Rule 26(a)(2)(B) disclosure setting forth the opinions of its expert Ara Nalbandian. (A true and accurate copy of Ara Nalbandian's Rule 26(a)(2)(B) disclosure is attached hereto as Exhibit "B".)

3. On December 13, 2006, Counsel for the Plaintiff, THE HARTFORD, filed a Rule 26(a)(2)(B) disclosure setting forth the opinions of its expert Michael Cooney. (A true and accurate copy of Michael Cooney's Rule 26(a)(2)(B) disclosure is attached hereto as Exhibit "C".)

Dated: June 18, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 18th day of June, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 18th day of June, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

/s/ Rodd E. Elges, Esq.
Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010