# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HARTFORD INSURANCE COMPANY, As Subrogee of ALBERTO CARVALHAL :

VS. : C.A. NO.: 06-362S

GENERAL ELECTRIC COMPANY and MIDEA USA, INC. :

**PLAINTIFF THE HARTFORD INSURANCE COMPANY'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS**

**NAME AND ADDRESS OF WITNESS**

Hossein Davoodi, CFI
National Fire Protection Association
Quincy, MA
(508) 916-0148

**SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Davoodi is expected to testify concerning his investigation and opinions regarding the cause and origin of the February 27, 2004 fire loss that occurred at the residence of Alberto and Eugenia Carvalhal, located at 76 Willet Ave., East Providence, Rhode Island.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Davoodi is expected to testify that, based upon his investigation and inspection, the origin of the February 27, 2004 fire was in the southeast side of the Carvalhal kitchen where the water dispenser was located. Mr. Davoodi is further expected to testify that the cause of the February 27, 2004 fire was the ignition of insulating material surrounding the heating element of

the water dispenser as a result of malfunctioning of the heating element. Mr. Davoodi's further opinions are expressed in the previously disclosed report dated September 10, 2004.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Mr. Davoodi will testify based on his education and experience as a certified fire inspector, a professional engineer, as well as his investigation and his inspections of the premises located at 76 Willet Avenue, East Providence, Rhode Island. A list of Mr. Davoodi's qualifications, publications and fee schedule is attached. Mr. Davoodi does not keep a record of prior testimony.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

*The Hartford Insurance Company, As Subrogee of Alberto Carvalho v. General Electric Company and Midea USA, Inc.*
*CA No. 06-362*

## CERTIFICATION

I, the undersigned, hereby certify that on this 13th day of December 2006, the foregoing was mailed, postage prepaid, to: **Joseph DiMaio, Esq.**, Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861; **Dominick W. Savaiano, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603; and **Rodd E. Elges, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603.

**Hossein Davoodi, PE, CFEI**
**Senior Fire Protection Engineer**

**Title** Senior Fire Protection Engineer

**Division** Building Fire Protection and Life Safety

**Education** WORCESTER POLYTECHNIC INSTITUTE, Worcester, MA
M.S. in Fire Protection Engineering 1987
B.S. in Mechanical Engineering 1984

**Certifications** Registered Professional Engineer (Fire Protection), Massachusetts
Registered Professional Engineer (Fire Protection), Connecticut
Registered Professional Engineer (Fire Protection), Nevada
Registered Professional Engineer (Fire Protection), New Brunswick, Canada
Certified Explosion & Fire Investigator, NAFI

**Experience**

Present National Fire Protection Association, Quincy, MA

*Senior Fire Protection Engineer*

Serving as Staff Liaison to technical committees in charge of NFPA Standards that deal with building code, building construction, manufactured homes and animal housing facilities. Serving as technical support for these standards.

2004-present Crawford Investigation Services, Inc., Shrewsbury, MA

*Forensic Engineer / Project Manager*

Provided forensic engineering services as they relate to fire sciences, fire protection equipments and product liability.

1998-2003 Rolf Jensen & Associates, Inc., Framingham, MA & Las Vegas, NV

*Consultant / Project Manager*

Managed design, engineering, installation and testing of fire protection projects for new and existing buildings including high-rises, offices, casinos, hotels, hospitals, athletic facilities and industrial buildings; Attended initiation meetings; Negotiated with building and fire department officials regarding various code and accessibility issues and worked with owners, users and contractors; Reviewed building constructions to ensure compliance with required codes and presented recommendations to architects, building owners and managers; Evaluated non-UL listed construction assemblies and provided engineering judgments regarding performance as required by various model codes; Conducted building code reviews and hazard evaluations for various occupancies and reported findings to project team; Reviewed fire alarm and sprinkler design drawings

and tested smoke control, fire alarm and sprinkler systems; Performed mathematical, computer fire modeling, heat transfer and fluid dynamics calculations; Reviewed and prepared fire investigation reports and testified in court as a code expert.

1994-1998 R.J. Bartlett Engineering & R.J.B. Forensic, Fredericton, New Brunswick, Canada

Project *Engineer / Project Manager*

Emphasis directed toward areas of inspection, evaluation and investigation; Prepared commissioning documentations outlining all tasks to be accomplished for commissioning of fire safety systems in health care facilities; Evaluated design of, and tested, fire alarm, smoke control and sprinkler systems; Performed structural vehicle and mechanical equipment fire loss investigations to determine cause and origin; Performed dynamic evacuation time calculations for large assembly occupancies to investigate occupant safety in a fire emergency.

1989-1994 Professional Loss Control Ltd., Fredericton, New Brunswick, Canada

Project *Engineer / Fire Investigator*

Conducted hazard evaluations and building code reviews for commercial, institutional and industrial clients; Initiated and supervised fire loss investigations for structural, equipment, and vehicle fire losses; Performed functional testing of fire safety systems including smoke control systems in heartache facilities; prepared evacuation plans for these facilities; Performed mathematical and computer modeling of fire dynamics and fire effects for projects requiring scientific research and innovative solutions to existing problems in the industry.

## Membership and Affiliations

Society of Fire Protection Engineers
National Association of Fire Investigators
International Association of Arson Investigators
Canadian Society of Forensic Sciences
The Scientific Research Society
Engineering & Mechanical Engineering Honor Societies

## PUBLICATION

Ricardo Ramos Cabeza, Ali Safer, Robert W. Fitzgerald, Hossein Davoodi 'Column Design in Fire Exposed Steel Frames', Probabilistic Mechanics & Structural Reliability, Proceedings of the Seventh Specialty Conference, Worcester Polytechnic Institute, Worcester, Massachusetts, USA August 1996, published by ASCE

Hossein Davoodi, Timothy Hawthorne, NFPA 150, Animal Housing Facilities, THE Road Ahead, NFPA Electronic Journal.

**Erik Loftus**

**From:** "Davoodi, Hossein" <hdavoodi@NFPA.org>
**To:** <eloftus@sbcglobal.net>
**Sent:** Monday, December 04, 2006 8:06 AM
**Attach:** Resume 120406.doc
**Subject:** My Resume

Good Morning Erik,

Attached is my resume that includes a list of my publications up to date. I do not have a list of testimonies and discoveries I have gone through and do not remember the associated names at this time.

My court fee is $250.00 per hour.

Hossein Davoodi
National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169