# Exhibit A

Crawford
Investigation Services, Inc.
Fire & Forensic Unit
(800) 315-0383

PRIVILEGED AND CONFIDENTIAL

**REPORT DATE:** September 10, 2004

**REPORT RECIPIENT:**

The Hartford
C/O Law Offices of Stuart Blackburn
PO Box 608
Windsor Locks, Connecticut 06096

**ATTENTION:** Glen Blackburn

---

| | |
|---|---|
| **INSURED:** | Alberto & Eugenia Carvalhal |
| **DATE OF LOSS:** | Friday, February 27, 2004 |
| **LOSS LOCATION:** | 76 Willett Avenue |
| **CITY / STATE OF LOSS:** | East Providence, RI |
| **CLAIM NUMBER:** | YGJDP86456 |
| **CIS FILE NUMBER:** | 7216-000032 |
| **PREPARED BY:** | Hossein Davoodi<br>Certified Fire & Explosion Investigator<br>Consulting Engineer |

---

**File Status:**

- X First and Final Report
- Initial Report
- Interim report
- Final report - File closed

THIS REPORT IS FURNISHED AS PRIVILEGED AND CONFIDENTIAL TO ADDRESSEE. RELEASE TO ANY OTHER COMPANY, CONCERN, OR INDIVIDUAL IS SOLELY THE RESPONSIBILITY OF ADDRESSEE.

**Insured:** **Alberto & Eugenia Carvalhal**
**File No.:** **7216-000032**



**ASSIGNMENT:**

| | | | |
|---|---|---|---|
| Received from: | The Hartford | | |
| Instructions: | Conduct an Origin & Cause Investigation | | |
| Received on: | Wednesday | March 03, 2004 | |
| Commenced on: | Wednesday | March 03, 2004 | 10:00 a.m. |
| Completed on: | Wednesday | March 03, 2004 | 01:30 p.m. |
| Verbal report on: | Wednesday | March 03, 2004 | |
| Verbal report to: | David Moses, The Hartford Insurance<br>Glen Blackburn, Law Offices of Stuart Blackburn (verbal report was communicated throughout the course of the investigation) | | |

**RISK:**

The insured were identified as Alberto and Eugenia Carvalhal.

The risk was identified as the structure located at 76 Willett Road, East Providence, Rhode Island.

The insured were the owners of the property and the occupants.

A GE SmartWater Hot & Cold Water Dispenser, Model GXF05D was the ignition source of the fire.

**ORIGIN AND CAUSE SUMMARY:**

Following the examination of burn patterns and vector analyses at this scene, examination of the GE SmartWater Hot & Cold Water Dispenser (henceforth called "water dispenser" when appropriate), witness accounts, and information currently available, it is my opinion this fire originated at the southeast side of the kitchen where the water dispenser was located. The cause of this fire was the ignition of the insulating material surrounding the heating element in the water dispenser. The ignition of the insulating material was a result of the malfunctioning of the heating element.

From the area of origin, fire moved to the reminder of the structure. The level and the intensity of fire and/or heat damage were less on the second floor when looking from the top of the stairs toward the west. The majority of the damage in the basement was water damage (caused by fire fighting activities) and some smoke damage.

The fire patterns in the kitchen and on the water dispenser indicated that the origin of this fire was the water dispenser. Fire demarcations to the inside of the water dispenser, specifically the area between the heating element and front left corner of the water dispenser, identified the area of fire origin.

The first material ignited was the insulation surrounding the heating element (discussion regarding the combustibility of the insulating material surrounding the heating element will follow).

The heating element was covered by the insulation, except at its top and bottom part.

This fire was accidental and was caused by a malfunction of the heating element in the water dispenser.

The following scenario is consistent with the burn patterns in the area of origin and within the water dispenser (a detailed discussion is presented in the following sections):

1. The heating element insulation ignited because of a malfunction of the heating element.
2. Sustained burning of the insulating material was established.
3. Concurrently,
   a. Rising fire plume penetrated through the gap between the plastic plate and the left side of the water dispenser.
   b. The rising plume created a ceiling jet under the plastic plate.
   c. Due to the temperature of the rising plume, the plastic plate and the rear side of the water dispenser body started to deform and/or melt. As a result, the rate of heat transfer to the tank area increased and pools of melted plastic were created on the metallic plate separating the compressor and heating element compartment and the storage compartment.
   d. Fuel packages in the tank area above the plastic plate started to be affected by fire and heated up.
   e. The front of the water dispenser was affected by heat and/or fire.
4. Simultaneously,
   a. As the back plastic plate was heated and deformed and/or melted, it ignited. The flaming melted drops created a pool fire. This pool fire caused the low level demarcations on the south wall, on the cabinet, and on the back of both sides of the water dispenser.
   b. As the plastic plate between the dispensing area and the compressor and heating element area deformed and/or melted, it separated from the screws fixing it to the water dispenser frame.
   c. Fire penetrated and ignited the fuel packages in the tank compartment. Sustained burning initiated in this area.
5. The separation of the plate from the frame resulted in the collapse of the plate.
6. The collapsing plate caused tilting of the water tank toward the back left side of the water dispenser.
7. Water deposited as a result, slowing down and/or diminishing the burn rate of the pool fire at the back left side.
8. The water dispenser became fully engulfed.

**PROPERTY OVERVIEW:**

Approximate: Age-Yrs: 70 Stories: 2 Sq. Footage: 2,500

**Construction Overview:**

The building was a two-story residential structure. The foundation was fabricated with cement and bricks. The floor of the basement was partially carpeted and partly unfinished. The walls were constructed with fiberboard, plywood panels and wood boards and were partially unfinished. The ceiling was partly finished with suspended acoustic tiles and was also partly unfinished. The first floor had hardwood except in the kitchen where the floor was tiled. The walls and the ceiling of the first floor were completed with plaster, with the exception of the kitchen walls, which were finished with composite pressed board. The majority of the second floor was carpeted. The walls and the ceiling were completed with plaster.

**Outbuildings / Exposures:**

A garage was located at the north side of the building. This structure was not damaged due to fire in the residence.

**Utilities (Electric / Gas):**

The aboveground utility service, provided by Naragaskett Electric Company, entered the structure at its southwest corner and was rated for 13 $^{8}/_{9}$ (KWH). The electrical meter was a GE watthour meter. The electrical panel was located at the southwest of the basement on the west wall and was manufactured by Square D Company.

The natural gas service was provided by Providence Gas and supplied only the stove in the kitchen.

**Climate Control:**

There was no central air conditioning unit. At the time of the fire incident, there was a window unit on the second floor, which was not used.

**Alarm System:**

No alarm system was present.

**FIRE DEPARTMENT:**

The fire department that responded was the East Providence Fire Department, which is a full time paid fire department.

This information was obtained by talking to the investigating officer, Mr. Kevin Murphy, Senior Investigator with the Rhode Island Office of the Fire Marshal.

Based on the statements of Mr. Alberto Carvalhal and Mr. Peter Carvalhal, the Fire Department was notified by a police officer, who was passing by in a police car.

The time the alarm was received was at 04:19 p.m. and the fire department arrived on the scene at 04:24 p.m. The fire department left at 08:14 p.m.

Based on the East Providence Fire Department Incident report for this incident (Incident #: 04-1604-IN, Exp. 0), upon their arrival at the fire scene and seeing the building on fire, the fire department first searched the interior of the building to locate any individuals within the structure. The fire department then proceeded to extinguish the fire and afterward, ventilated the structure.

Based on the East Providence Fire Department Incident report for this incident (Incident #: 04-1604-IN, Exp. 0), human factors were not responsible for the ignition of this fire.

Based on the East Providence Fire Department Incident report for this incident (Incident #: 04-1604-IN, Exp. 0), upon arrival of the fire department, it was determined that the occupants were not home.

The investigating officer was Mr. Kevin Murphy, Senior Investigator with the Rhode Island Office of the Fire Marshal.

Mr. Kevin Murphy, Senior Investigator with the Rhode Island Office of the Fire Marshal, removed the water dispenser from the residence.

**PERSON DISCOVERING / REPORTING INCIDENT:**

The fire was discovered by a police officer who was passing by in a police car.

The structure was vacant at the time of the fire discovery.

**INTERVIEW - INSURED:**

Alberto and Eugenia Carvalhal are the insureds, residents, and the owners.

Mr. Alberto Carvalhal was interviewed in person at the scene of the fire, on March 3, 2004, and he stated:

1. The water dispenser was purchased about five to six months ago from Home Depot.
2. They never had any problem with the water dispenser. However, Mr. Carvalhal also stated that the hot water from the water dispenser "was not very hot".
3. The water bottle on the water dispenser was not the original bottle. He purchased one with filters that he used.
4. The neighborhood is a very safe neighborhood. They often do not lock the doors when they leave.
5. The entire house was rewired approximately five years ago.
6. A state trooper passing by discovered the fire.
7. The fire captain noticed the last name on the mailbox and realized that he was acquainted with the building's residents. He called the Carvalhal's daughter-in-law, who in turn called her spouse, Peter Carvalhal. Peter Carvalhal called his parents and informed them about the fire.
8. The stove was the only appliance that used natural gas.
9. The electrical appliances used in the kitchen included a KitchenAid mixer, water dispenser, toaster oven, refrigerator, and microwave.
10. The owners lost three parakeets in the fire.
11. The owners did not have any problem with any other electrical appliance in the kitchen.

**SCENE EXAMINATION:**

| | | | |
|---|---|---|---|
| Date Commenced: | Wednesday | March 03, 2004 | 10:00 a.m. |
| Date Completed: | Wednesday | March 03, 2004 | 01:30 p.m. |

Safety survey: After the site survey, it was decided that the site was safe to conduct the investigation.

Weather conditions: Sunny, temperature in the 50's

Individual(s) Present:
Hossein Davoodi, Crawford Investigation Services, Inc.
Alberto Carvalhal, the insured, owner, and resident
Eugenia Carvalhal, owner and resident
Peter Carvalhal, the insured's son
Associates of Carvalhal family

Previous Alterations: The fire department removed the GE Smart Water Hot & Cold Water Dispenser from the fire scene.

Special Equip Req'd: It was decided that a camera, a flashlight, and a shovel were needed.

Access Authority By: Alberto Carvalhal at the scene and Peter Carvalhal via telephone communication

Photos taken? Yes
Field Diagram prepared? Yes

***Note:** In order to simplify the report, references are made to the pictures in the text of the report. In addition to the photographs taken by this investigator, 3-dimensional plans of the kitchen henceforth called the "Figures" and photographs taken by the Rhode Island Office of Fire Marshal henceforth called "FMP" are referenced. Crawford Photographs (FP) are placed in the photo log of this report. Three-dimensional plans and photographs taken by the Rhode Island Office of Fire Marshal (FMP) are in the enclosure section of this report.*

*The Rhode Island Office of Fire Marshal (FMP) photographs were obtained on Tuesday, June 28, 2004. All the conclusions and statements made by this investigator regarding the origin and cause of this fire were based on the investigator's site examination, the photographs taken by the investigator, examination of the water dispenser involved in fire, and examination of similar water dispensers. With the exception of FMP 8 and 12, which show the north face of the structure, any referenced FMP in this report are only utilized to support conclusions. Not all the FMPs are referenced.*

**EXTERIOR OBSERVATIONS:**

The front of the structure faced the south (see Picture 1). With the exception of a number of windows that were boarded up, the exterior of the structure on this side did not show any visible fire damage.

The left elevation of the structure faced west (see Picture 3). With the exception of a number of windows that were boarded up, the exterior of the structure on this side did not show any visible fire damage.

The rear of the structure faced north (see Picture FMP 8 and 12). With the exception of a number of windows that were boarded up and some smoke demarcations around the doorframe, the exterior of the structure on this side did not show any visible fire damage.

The right elevation of the structure faced east (see Picture 2). With the exception of a number of windows that were boarded up, the exterior of the structure on this side did not show any visible fire damage.

The roof of the structure did not show any visible fire damage.

**SECURITY ISSUES (at time of incident):**

Based on the information available at this time, forced entry was not an issue.

**INTERIOR OBSERVATIONS:**

Because of the fire fighting activities, the basement was water damaged. It also showed slight smoke damage. The second floor depicted mostly smoke damage and heat damage. The intensity of the heat damage increased in the proximity of the stairs. The first floor showed more heat and/or fire and smoke damage compared to the basement and the second floor. Looking toward the north at the kitchen from the entrance door, the fire and smoke demarcation showed that fire and smoke entered the living room from the kitchen (see Picture 4). The same type of pattern was visible between the kitchen and the dining room (see Picture 5). It was concluded from the above-mentioned patterns that the fire originated in the kitchen. The kitchen towel holder, jars, and the exhaust fan over the stove showed that fire moved from the south to the north in this area (see Picture 9-11). The intensity of the charring on the underside of the kitchen cabinets decreased from the south side toward the north side, also indicating a northward fire movement (see Figure 1 & 2). Additionally, the fire demarcations at the back of the stove and on the kitchen exhaust fan identify a northward fire movement (see Picture 10 & 13 and Figures 1 & 2). These demarcations indicated that fire originated at the southeast corner of the kitchen.

In the southeast corner of the kitchen, the V fire patterns on the south wall and the cabinets indicate that there was fire present near the floor at the corner between the cabinet and the door opening (see Picture 14 and Figure 3). Presence of fire near the floor was also evident by the south side of the oven door (which was melted) and the demarcation on the east face of the refrigerator (see Picture 12 &15 and Figure 8 & 9). The level of burning of the V pattern on the cabinet was less intense compared to the level of burning of the V pattern on the kitchen wall. This variation could have been the result of the intensity of the fire not being as high as the intensity of the fire near the kitchen wall. Additionally, the longer distance of the water dispenser from the kitchen cabinets compared to the distance from the kitchen wall could have resulted in this variation. The extent of damage at these two low points compared to the fire patterns that were visible in the room indicate that they were not the only means of fire transport from the water dispenser to the kitchen.

As reported to Crawford Investigation Services, a GE SmartWater Hot & Cold Water Dispenser, Model GXF05D was located at the south side of the kitchen between the cabinets and the door. Kevin Murphy from the Rhode Island Office of Fire Marshal removed this water dispenser before the Crawford Investigation Services, Inc. site investigation.

**AREA OF ORIGIN:**

In this investigator's opinion, fire originated in the water dispenser at the southeast side of the kitchen, between the kitchen cabinets and the door opening into the living room.

The kitchen walls were fabricated from pressed fiberboard, the ceiling was finished with gypsum board, and the floor was constructed with tiles.

The kitchen is connected into the living room and the dining room via two openings. Additionally, there was a window above the sink that opened to the exterior.

**Electrical Distribution System:**

There was a receptacle on the counter above the area of fire origin.

This receptacle supplied power to the water dispenser.

This receptacle was damaged because of the fire.

Although the receptacle was not in the area of fire origin, it was examined. It is this investigator's opinion the receptacle was damaged because of the fire and was not the ignition source of this fire.

**Fixed Electrical Appliances:**

There were no fixed electrical appliances in the area of origin.

**Electrical Appliances**

The electrical appliances that could readily be identified in the kitchen were a coffeemaker, microwave, toaster oven, and mixer.

The above-mentioned appliances were fire and/or heat damaged because of exposure to fire.

The above-mentioned appliances were not in the area of fire origin and were not energized. However, all of these items were examined and eliminated as a possible ignition source for this fire.

**EXAMINATION OF SIMILAR WATER DISPENSING UNITS:**

Two GE SmartWater Hot & Cold Water Dispensers were studied, Model GXF05D and Model GXF05D Revision Four (4). Model GXF05D was examined prior to the visual examination of the water dispenser involved in the fire, and Model GXF05D Revision Four (4) was examined after that assessment. The first was an exact duplicate of the water dispenser involved in the fire and was purchased by Alberto Carvalhal's daughter on the same day and from the same store. The second water dispenser was purchased on June 3, 2004, and was an updated version of the first one (Revision 4). In the following description of the components, only the components that differ from each other between the two water dispensers will be identified separately.

The GE water dispenser is 41 inches high, 13 inches deep, and 14 inches wide. Its shipping weight is approximately 45 pounds (see Picture 21 and 22). Inside, the water dispenser can be divided into three major sections. From top to bottom, these sections are:

Dispenser segment
Compressor and heat tank compartment
Storage cabinet

On the outside, the construction of the water dispenser consisted of:

- Bottle support collar on the top
- Hot and cold power switches on the back
- Plastic covering plate in the back
- Cooling system heat deception piping in the back
- Indicator lights in the front
- Hot and cold water dispenser buttons in the front
- Dispenser water tray in the front
- A grill and the exterior covering plate in the front
- Storage section door in the front

- Metallic plates on the two sides

The inside of the dispenser segment includes (see Picture 24):

- Metallic water tank
- Plastic members on top of the tank (washer) and within the tank
- Foam insulation covering the water tank
- Cooling system close circuit copper pipes circling the metallic tank
- Steel hot water over-flow pipe
- Water dispensing mechanism
- Flexible tubing
- Wires
- Electrical components

The plate separating the dispensing compartment from the compressor and heat tank section was a thermoplastic material. The water tank rested on this plate and was lined up with the back of the plate (it was not centered on the plate). With the exception of some friction force between the bottle support collar and the plastic washer on the water tank rim, this plate supports the total weight of the water tank and the water bottle. If this plate fails, with the exception of some friction force as described above, the entire force will be applied to a section of the copper refrigerant tubing (see Picture 25 and 26). The resultant moment created by this force would overcome the strength of the copper tubing and the copper tubing would bend at the location of application of this moment. The heating element and the compressor would limit the fall of the water tank and the water bottle.

The compressor and the heating element compartment was located directly below the dispenser segment and was separated from it by a plastic plate. It was only visible when the water dispenser is disassembled. It includes:

- The compressor
- The heating element
- Plastic tubing for the water delivery system
- Foam insulation for the plastic tubing and copper pipes
- Foam insulation for the heating element in Model GXF05D and fibrous material for the heating element in Model GXF05D, Revision Four (4)
- Wiring
- Compressor closed circuit cupper cooling piping
- A metallic channel installed on the inside of the metallic side plate (on the compressor side)
- Temperature sensing element

As stated above, the insulating material around the heating element was altered on the revised model. Model GXF05D had foam insulation. The foam insulation was cracked and partially dried up on its interior side. Model GXF05D, Revision Four (4) appeared to be fiberglass-based or mineral-based. The heating element belonging to Model GXF05D was cut open. Inside the element, chafing of the metal was visible above the coil line (see Picture 27 and 28).

The storage segment was divided from the compressor section with a metallic plate. It only included the plastic container used as the storage space and the cooling system tubing. The interior of the storage cabinet section in the Model GXF05D Revision Four (4) included a storage area with a shelf constructed from plastic.

Combustibility of the non-metallic components of the parts mentioned above was tested. Testing these materials by a sustained candle flame suggested that the dispenser insulating foam and the

water dispensing mechanism were combustible thermoplastic materials. As they burn they melt and have a potential to create a pool fire. The plastic tubing behaved in a similar manner as the thermoset plastic and the wire jackets behaved like a thermoplastic material. Foam insulation for the plastic tubing and the heating element did not support flaming combustion and the wiring jackets were thermoplastic. It cannot be concluded that the materials, which did not support combustion, are non-combustible. Standardized and controlled testing (such as ASTM E-119) are required to accurately examine the behavior and classification of these materials. The candle flame test was conducted to examine the relative combustibility of these materials.

A search was conducted to determine if the water dispenser was subjected to a recall. No such recalls could be located.

**VISUAL EXAMINATION OF THE WATER DISPENSER INVOLVED IN FIRE:**

The water dispenser was examined on May 7, 2004, at the Rhode Island Office of the Fire Marshall at 24 Conway Avenue, North Kingston, Rhode Island. This was only a visual examination and no destructive testing was conducted at the time. The individuals present during this examination were:

1. Mr. Kevin Murphy, Deputy State Fire Marshal, Senior Investigator
2. Mr. David Scott, Deputy State Fire Marshal, Fire Safety Inspector
3. Lieutenant Charles Scott III, Assistant Fire Marshal
4. Detective Corporal Michael Jones, East Providence Police Department
5. Mr. Vincent Calenda, EFI
6. Mr. Ara Nalbandian, Thielsch Engineering
7. Hossein Davoodi, Crawford Investigation Services, Inc.

The unit was identified by the Rhode Island Office of the Fire Marshal as:

04-7-PR 04-58-OF
GE Water Cooler
76 Willet Ave E.P.
2/27/04

The manufacturer's identification tag included the following:

GE Water Dispenser
MOD GXCF05D02 020
60 HZ 4.7A
R 134 35g

The storage cabinet at the bottom section of the front face of the water dispenser showed minor smoke damage compared to the upper portion (see Picture 29). The door to the storage cabinet was not in place at the time of the Crawford Investigation Services, Inc. examination of the water dispenser. The upper section of the front face and its associated hot and cold water dispenser buttons, dispenser drip tray, and grill were damaged by fire and/or heat (see Picture 29 and 30). These parts had burned and melted and as a result were fused together in an indiscernible mass, except for a section of the drip tray, which was visible on the right side of the front face. The foam insulation of the water tank was mostly consumed. The plastic plate, which separated the water tank from the heating element and the compressor, was burned and fire and/or heat damaged and was not easily discernable.

At the time of Crawford Investigation Services, Inc. examination of the water dispenser, the water bottle had been placed in the storage cabinet of the water dispenser (see Picture 29). According to

Kevin Murphy, the water bottle was located on top of the water tank when it was first discovered. As evident by the demarcations, the water tank contained water (see Picture 31). Some time during the fire, the combined assembly of the water bottle and the water tank leaned toward the left side (all the directions are addressed when facing the water dispenser) of the water dispenser. Due to the extent of the damage to this water bottle, no direct identification of the product was possible. Mr. Eugenia Carvalhal told this investigator that the water bottle present on the day of the fire was not the original water bottle. Mr. Eugenia Carvalhal replaced the original water bottle with a "Sunbeam's Water Filtration System – Model # J1000". Sunbeam's Water Filtration System parts include the cover, filtration mask, fabric filter ceramic disk, rubber ring, inner bucket, replaceable filter, outer bucket, and a single check valve.

The demarcations on the outside of the side panels of the water dispenser indicated heat and/or fire damage. The fire pattern on the left side of the water dispenser clearly showed the presence of a fire plume inside the water dispenser near its front face (see Picture 35 and Figure 4). This plume pattern widened rapidly compared to a typical fire plume (an approximate plume angle of 15°). The approximate height of this widening was the same height as the plastic plate dividing the water tank compartment from the compressor compartment (see Figure 4). This widening was due to the rise of the plume being blocked by the plastic plate separating the tank compartment and the compressor compartment. This interference resulted in widening of the plume diameter as it rose through the gap between the plastic plate and the left metallic exterior. The plate acted as a horizontal barrier (similar to a ceiling), which resulted in flowing of ceiling jets under the plastic plate.

On the back left side of the water dispenser, fire and/or heat demarcation could also be distinguished. The demarcation was less intense compared to the fire plume demarcation on the front left side and originated at the height of the metallic plate separating the storage compartment from the compressor compartment (see Picture 31 and 35 and Figure 4 and 6). This burn pattern was consistent with demarcations caused by a fire plume originating from a pool fire on the metallic plate. During its escalation, the plume encountered the kitchen counter and caused the low burning pattern on it (see picture 14, Figure1-4 and 6, and FMP 20, 22 and 24). The plume was of a lesser intensity compared to the plume demarcation of the front of the left side of the water dispenser. Evidence indicated that the fire at this area was affected by water. The demarcation on top of the water tank combined with the direction of its tilt were proof that water spilled from the water tank to the back left side of the metallic plate separating the storage compartment from the compressor compartment. As water was introduced to the fire at the back left side of the water dispenser, the fire's intensity in that area was reduced. The additional smoke and steam generated reduced the rate of radiation heat transfer between the flame and the left side panel, thus effecting the demarcation of this area for a period.

The burn pattern on the right side of the water dispenser was almost level throughout the width of the right side except at its two edges, where the fire at the front face and the back face affected this fire pattern (see Picture 33 & 34). The burn pattern at the back right side was also consistent with a fire plume originating from a pool fire on the metallic plate, which then came in contact with the south wall during its rise (see Picture 14 and Figure 3, 5, and 7).

The shape of the fire pattern on the right side was consistent with smoke from a hot layer and/or a ceiling jet exiting the water dispenser via the air grill on this face. It was also possible that this pattern was affected by the radiation received from fire inside the water dispenser when the area below was shielded from fire. This most likely happened when the plastic plate between the dispensing unit and the compressor compartment collapsed. The plastic plate collapsed and separated from the screws supporting it after it was softened and/or melted due to the increased temperature. This statement was supported by the condition of the inside of the tank on this side. By the time fire consumed and/or melted the plastic plate, the radiation rate from the fire was not

intense enough to affect the fire demarcations of the right side plate. The wide angle of the fire demarcation on the south wall was consistent with smoke leaving the water dispenser on this side via the grills.

The fire demarcations on the outside and the inside of the water dispenser were consistent with fire being present in the water dispenser bottle. The fire demarcations on the southeast corner of the kitchen were a continuation of the burn patterns generated in the water dispenser. Consideration of the fire patterns in the kitchen together with the water dispenser strongly suggest that fire originated in the water dispenser.

**DESTRUCTIVE EXAMINATION OF THE WATER DISPENSER INVOLVED IN FIRE:**

The destructive testing of the water dispenser was conducted on Tuesday, June 29, 2004, in the office of Thielsch Engineering at 195 Frances Avenue, Cranston, Rhode Island. The individuals present were:

1. Mr. Kevin Murphy, Deputy State Fire Marshal, Senior Investigator
2. Detective Corporal Michael Jones, East Providence Police Department
3. Mr. Vincent Calenda, EFI
4. Capitan Theodore Hopkins, East Providence Fire Department
5. Julie Brown, Thielsch Engineering
6. Michael Cooney, Thielsch Engineering
7. Tom DeCareo, Thielsch Engineering
8. Hossein Davoodi, Crawford Investigation Services, Inc.

The unit was photographed before destructive testing commenced (see Picture 36 and 37). To access the heating element, the water tank was removed by cutting the plastic tubing and the cooling system copper coil. There was some partially consumed foam insulation at the bottom of the water tank (see Picture 38). Next, the heating element was released and all the wires connected to the heating element were marked and cut (see Picture 40 and 41). The foam insulation of the heating element showed visible fire and/or heat damage. At one location near the top and close to a plastic tube that conveyed the hot water to the dispensing mechanism, the foam insulation was consumed up to and/or close to the metallic surface of the heating element.

The foam insulation was then peeled away from the heating element. The interior surface of the foam insulation was damaged. Similar cracking was noticeable on the foam insulation of one of the similar units examined (see Picture 46). Additionally, the interior of the foam insulation of the damaged heating element was discolored and dried up.

The exposed heating element displayed signs of corrosion and oxidation on the majority of its stripped surface (see Picture 47 and 48). The heaviest corrosion was evident on the top section of the heating element, where the plastic tubes for water delivery were attached to the unit. At these locations, corrosion resulted in the deterioration of the metallic surface. Areas of the heating element that were connected to the tubing crumbled when an attempt to peel off the foam insulation was made.

The interior of the heating element also revealed signs of corrosion and oxidation. Chafing was visible on its body and discoloration was discernable on its top.

**Gas / Alternative Fuel Appliances:**

There was no alternate fuel supply at the point of origin. However, a gas oven was near the area of origin.

Examination of the stove indicated that the stove was damaged because of the fire.

**Ignition Sources that could not be eliminated:**

With the information presently available and due to the lack of any other ignition source at the point of fire origin, the only ignition source that could not be eliminated was the hot and cold water dispenser.

**Property / Evidence – Retrieved / Retained from this scene:**

A Kitchenaid mixer and a receptacle were taken from the scene.

**Property / Evidence Retention Inventory:**

| ID No. | ITEM |
|---|---|
| 1 | Kitchenaid mixer |
| 2 | Receptacle |

**Product / Equipment Issues:**

Based on the information presently available, a GE SmartWater Hot & Cold Water Dispenser, Model GXF05D, was the ignition source of this fire.

The water dispenser was a GE SmartWater Hot & Cold Water Dispenser, Model GXF05D.

Relevant documentation for this unit was obtained from the owner and from the World Wide Web.

The unit was originally stored at the State of Rhode Island Office of Fire Marshal. It was transported to the office of Thielsch Engineering at 195 Frances Avenue, Cranston, Rhode Island, on Tuesday, June 29, 2004. It was removed from the premises before the Crawford Investigation Services, Inc. site investigation.

**Service Issues:**

There were no service issues associated with this incident.

**FILE STATUS:**

Now and with no further investigation immediately anticipated, this file is being closed. Should future circumstances warrant, this file can be easily opened to allow for additional investigation.

If you have any questions or require further assistance, please contact me at the number listed below.

**Respectfully,**

Hossein Davoodi
Certified Fire & Explosion Investigator
Consulting Engineer
Worcester, MA
(508) 916-0148

Cf: John Pflanz
Northeast Regional Manager
(610) 328-2035

(Address all correspondence concerning this file to the following address. Please include the CIS file number.)
Crawford Investigation Services, Inc.
National Operations Center
285 W. Esplanade Ave., Suite 200
Kenner, LA 70065