# Exhibit C

Case 1:06-cv-00362-S-LDA Document 46 Filed 06/18/2007 Page 5 of 6

# THIELSCH ENGINEERING, INC.
## ARA D. NALBANDIAN, P. E.

Ara D. Nalbandian is Vice President, Mechanical Engineering at Thielsch Engineering, Inc. From 1966 to 1986, he had been employed as Engineering Manager, Pipe Fitting Products Department, Research, Development and Engineering at ITT Grinnell Corporation. From 1965 to 1966, he was the Plant Engineer at the UNIROYAL plant in Providence, Rhode Island. At UNIROYAL he was extensively involved in the research and development of rubber formations as applicable to various rubber products ranging from industrial rubber and elastomer products to tires.

Ara Nalbandian is responsible for engineering, product design, design analysis (Finite Element Analysis) and failure analyses of pipe and piping components, pressure vessels, rotating machinery and other industrial plant equipment. He is also responsible for product evaluations, performance testing and qualifications, and failure analysis of products and components in sprinkler piping and other industrial piping systems. These activities have involved evaluation of various major technical problems, and the resolution of problems involving material engineering, mechanical engineering, metallurgical engineering, manufacturing processes, welding technologies, nondestructive examination and other aspects of plant equipment, operations and engineering. He has performed evaluations of automotive equipment, including trucks, automobiles, motorcycles, bicycles and aircraft subject to failures, accidents, corrosion, wear and other conditions of deterioration, including cause and origin determinations. He has also extensive experiences in the analyses of failures involving various products involving rubber and elastomer materials and the problems that occur as a result of proper and improper formulations.

He has been involved in many condition assessment projects involving all of the equipment, pressure vessels, heat exchangers, piping and other components in chemical process plants, refineries, pulp and paper mills, power plants, and other industrial plants. He similarly has extensively performed damage assessment in these types of plants as a result of fires and explosions.

Prior experiences included the evaluation of piping products for the Alyeska Pipeline and other pipeline installations under various environmental conditions, the development of welding and heat treating procedures for high strength steel materials, hydrostatic testing and stress analyses of extruded piping products subject to internal and external loading, the design and development of grooved end, bolted, welded, and other types of pipe couplings, fittings, valves, design and performance of unit heaters and solar heating and lighting equipment.

His experience in failure analyses includes various types of products, equipment and components installed in power plants, pulp and paper mills, mining, chemical and petrochemical plants and other industrial plants. Major failures have included boiler explosion, refinery and chemical plant fires, steam and gas turbines, compressors, gas generator, pumps, heat exchangers, reformers, reactors, heat treating furnaces, draglines, Yankee dryers, crank shafts, forging presses, aluminum smelters and electrolytical cells, extrusion presses, etc.

As part of his broad failure analyses experiences, Mr. Nalbandian has been involved with nearly every type of material and product form including metals, weldments, pressure vessels, piping, ceramics, rubber and elastomer products, wood products, concrete, etc.

He has extensive experience in casting and foundry technologies, hot and cold forming of ferrous and non-ferrous metals, molding of plastic piping products, fire and heat damage evaluations and research and development programs applicable to inspection, quality assurance and product qualification programs.

As a consulting engineer, he has extensive experience in the areas of product liability, patent infringement, litigation, and arbitration. He has provided expert testimony in the United States, Canada, Europe and Latin America. Mr. Nalbandian has also lectured at local and national engineering conferences, seminars and meetings.

He is familiar with nondestructive examination methods including: LP, MP, UT, RT and others. He has broad experience and knowledge of all phases of failure analyses and materials examination related to recovery boilers, power boilers, pressure vessels, headers, heaters, condensers, chillers, heat exchangers, steam and gas turbines, pumps, compressor, expanders, gears, valves, cement kilns, ball mills, Loesche mills, Yankee dryers, paper machine dryer rolls, crank shafts, etc.

Mr. Nalbandian is a member of the American Society of Mechanical Engineers, the National Society of Professional Engineers, the Rhode Island Society of Professional Engineers and the Providence Engineering Society.

Mr. Nalbandian has received B.S. and M.S. degrees from the University of Rhode Island in Mechanical Engineering and Industrial Management.

Mr. Nalbandian is an active participant and has served on major committees in various Standard and Code writing organizations, including those of the American National Standards Association, the Manufacturers Standardization Society for Valves and Fittings, the American Society for Mechanical Engineers, the American Waterworks Association and the Welding Research Council. He is familiar with ASME/ANSI Piping Codes, ASME Boiler and Pressure Vessel Codes, Federal, Military, Navy and Coast Guard Standards, National Fire Code and NFPA Standards, British, French, German, ISO and Japanese Standards.

In 1973, Mr. Nalbandian received the "Young Engineer of the Year" Award for the State of Rhode Island.

He is a Registered Professional Engineer in Rhode Island, Connecticut, Florida, Kentucky, South Carolina and Texas.