# Exhibit D

**THIELSCH ENGINEERING, INC.**

## MICHAEL J. COONEY

Michael J. Cooney is a Metallurgical Engineer at Thielsch Engineering. He is involved and has extensive experience in performing failure analyses of equipment, tubing and piping in industrial plants, commercial and residential piping systems and corrosion evaluations. In addition to his broad corrosion problem solving experience, he has extensive experience with analytical techniques followed in the detection and identification of microbiologically influenced corrosion (MIC) in cooling water, domestic water and sprinkler (standpipe) systems and is familiar with methods used to correct MIC-related problems. Other project experiences have involved cause and origin investigations of explosions and fires and damage assessments to plant equipment and facilities caused by fires, floods, roof or building collapses, etc.

He is involved in the performance of metallurgical examinations, condition assessment and failure analyses of pressure vessels, tanks, piping, fans, boilers, paper machines, and various types of equipment associated with chemical process plants, gas processing plants, refineries, power plants, pulp and paper mills, pharmaceutical plants and other industrial plants. He has also extensively studied the effects of various corrosion-related failure mechanisms on materials in various industrial, marine and process environments.

Michael Cooney has conducted many remaining-life assessments of condenser water, chilled water, waste water and domestic water piping systems. He is familiar with software programs used in fitness-for-service determinations in tanks, pressure vessels and piping. He is familiar with welding and the performance of welded structures, equipment and components. He is also familiar with the various Codes and Standards covering welding and fabrication, including the ASME Boiler and Pressure Vessel Code, the ASME Code for Pressure Piping, the API Standards and the Standards of the American Welding Society.

He has performed failure analyses and corrosion investigations and testing of ferrous alloys, stainless steels, copper alloys and nickel-based alloys. This has included extensive evaluations of electrical connectors of various copper alloy compositions and the susceptibility to failures by fatigue, corrosion, stress corrosion and other mechanisms.

Mr. Cooney has extensive laboratory experience with metallographic techniques utilized in the evaluations and failure analyses of metallic and nonmetallic materials including optical and scanning electron microscopy (SEM), energy dispersive spectroscopy (EDS), x-ray diffraction (XRF), and mechanical testing for the determination of tensile strength, toughness, fatigue, creep and other metal properties.

He has experience with nondestructive examination methods including LP, MP, UT, RT and VT. He is a certified Welding Inspector (CWI) through the American Welding Society (AWS).

Michael Cooney holds a Bachelor of Science in Metallurgical Engineering degree from the University of Notre Dame and is a certified Engineer-in-Training (EIT) in New York State.

He is a member of the National Association of Corrosion Engineers and the American Welding Society.

195 Frances Avenue • Cranston, Rhode Island 02910-2211 • Tel. (401) 467-6454 • Fax (401) 467-2398