# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of ALBERTO CARVALHAL | : | |
| VS. | : | C.A. NO.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF THE HARTFORD INSURANCE COMPANY'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS**

**NAME AND ADDRESS OF WITNESS**

Hossein Davoodi, CFI
National Fire Protection Association
Quincy, MA
(508) 916-0148

**SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Davoodi is expected to testify concerning his investigation and opinions regarding the cause and origin of the February 27, 2004 fire loss that occurred at the residence of Alberto and Eugenia Carvalhal, located at 76 Willet Ave., East Providence, Rhode Island.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Davoodi is expected to testify that, based upon his investigation and inspection, the origin of the February 27, 2004 fire was in the southeast side of the Carvalhal kitchen where the water dispenser was located. Mr. Davoodi is further expected to testify that the cause of the February 27, 2004 fire was the ignition of insulating material surrounding the heating element of

Case 1:06-cv-00362-S-LDA Document 46 Filed 06/18/2007 Page 3 of 7



the water dispenser as a result of malfunctioning of the heating element. Mr. Davoodi's further opinions are expressed in the previously disclosed report dated September 10, 2004.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Mr. Davoodi will testify based on his education and experience as a certified fire inspector, a professional engineer, as well as his investigation and his inspections of the premises located at 76 Willet Avenue, East Providence, Rhode Island. A list of Mr. Davoodi's qualifications, publications and fee schedule is attached. Mr. Davoodi does not keep a record of prior testimony.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

Case 1:06-cv-00362-S-LDA Document 46 Filed 06/18/2007 Page 4 of 7

*The Hartford Insurance Company, As Subrogee of Alberto Carvalho v. General Electric Company and Midea USA, Inc.*
*CA No. 06-362*

## CERTIFICATION

I, the undersigned, hereby certify that on this 13th day of December 2006, the foregoing was mailed, postage prepaid, to: **Joseph DiMaio, Esq.**, Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861; **Dominick W. Savaiano, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603; and **Rodd E. Elges, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603.

______________________________