# Exhibit F

Case 1:06-cv-00362-S-LDA Document 46 Filed 06/18/2007 Page 5 of 7

**Hossein Davoodi, PE, CFEI**
**Senior Fire Protection Engineer**

**Title** Senior Fire Protection Engineer

**Division** Building Fire Protection and Life Safety

**Education** WORCESTER POLYTECHNIC INSTITUTE, Worcester, MA
M.S. in Fire Protection Engineering 1987
B.S. in Mechanical Engineering 1984

**Certifications** Registered Professional Engineer (Fire Protection), Massachusetts
Registered Professional Engineer (Fire Protection), Connecticut
Registered Professional Engineer (Fire Protection), Nevada
Registered Professional Engineer (Fire Protection), New Brunswick, Canada
Certified Explosion & Fire Investigator, NAFI

**Experience**

Present — National Fire Protection Association, Quincy, MA

*Senior Fire Protection Engineer*

Serving as Staff Liaison to technical committees in charge of NFPA Standards that deal with building code, building construction, manufactured homes and animal housing facilities. Serving as technical support for these standards.

2004-present — Crawford Investigation Services, Inc., Shrewsbury, MA

*Forensic Engineer / Project Manager*

Provided forensic engineering services as they relate to fire sciences, fire protection equipments and product liability.

1998-2003 — Rolf Jensen & Associates, Inc., Framingham, MA & Las Vegas, NV

*Consultant / Project Manager*

Managed design, engineering, installation and testing of fire protection projects for new and existing buildings including high-rises, offices, casinos, hotels, hospitals, athletic facilities and industrial buildings; Attended initiation meetings; Negotiated with building and fire department officials regarding various code and accessibility issues and worked with owners, users and contractors; Reviewed building constructions to ensure compliance with required codes and presented recommendations to architects, building owners and managers; Evaluated non-UL listed construction assemblies and provided engineering judgments regarding performance as required by various model codes; Conducted building code reviews and hazard evaluations for various occupancies and reported findings to project team; Reviewed fire alarm and sprinkler design drawings

Case 1:06-cv-00362-S-LDA Document 46 Filed 06/18/2007 Page 6 of 7

and tested smoke control, fire alarm and sprinkler systems; Performed mathematical, computer fire modeling, heat transfer and fluid dynamics calculations; Reviewed and prepared fire investigation reports and testified in court as a code expert.

1994-1998 R.J. Bartlett Engineering & R.J.B. Forensic, Fredericton, New Brunswick, Canada

Project *Engineer / Project Manager*

Emphasis directed toward areas of inspection, evaluation and investigation; Prepared commissioning documentations outlining all tasks to be accomplished for commissioning of fire safety systems in health care facilities; Evaluated design of, and tested, fire alarm, smoke control and sprinkler systems; Performed structural vehicle and mechanical equipment fire loss investigations to determine cause and origin; Performed dynamic evacuation time calculations for large assembly occupancies to investigate occupant safety in a fire emergency.

1989-1994 Professional Loss Control Ltd., Fredericton, New Brunswick, Canada

Project *Engineer / Fire Investigator*

Conducted hazard evaluations and building code reviews for commercial, institutional and industrial clients; Initiated and supervised fire loss investigations for structural, equipment, and vehicle fire losses; Performed functional testing of fire safety systems including smoke control systems in heartache facilities; prepared evacuation plans for these facilities; Performed mathematical and computer modeling of fire dynamics and fire effects for projects requiring scientific research and innovative solutions to existing problems in the industry.

**Membership and Affiliations**

Society of Fire Protection Engineers
National Association of Fire Investigators
International Association of Arson Investigators
Canadian Society of Forensic Sciences
The Scientific Research Society
Engineering & Mechanical Engineering Honor Societies

**PUBLICATION**

Ricardo Ramos Cabeza, Ali Safer, Robert W. Fitzgerald, Hossein Davoodi 'Column Design in Fire Exposed Steel Frames', Probabilistic Mechanics & Structural Reliability, Proceedings of the Seventh Specialty Conference, Worcester Polytechnic Institute, Worcester, Massachusetts, USA August 1996, published by ASCE

Hossein Davoodi, Timothy Hawthorne, NFPA 150, Animal Housing Facilities, THE Road Ahead, NFPA Electronic Journal.