# Exhibit I

INSURED: Alberto & Eugenia Carvalhal
DATE OF LOSS: Friday, February 27, 2004
LOCATION: 76 Willett Avenue East Providence
CLAIM NO.: YGJDP86456
FILE NO.: 7216-000032
(Not to scale)

