**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | |
| v. | : | C.A. No.: 1:06-cv-362 |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF HARTFORD INSURANCE COMPANY'S MOTION TO CONTINUE AUGUST 15, 2007 HEARING ON MOTION FOR SUMMARY JUDGMENT WITH CONSENT OF ALL COUNSEL**

NOW COMES the Plaintiff, The Hartford Insurance Company, and hereby moves this Honorable Court to continue the scheduled August 15, 2007 hearing on Defendant's Motion for Summary Judgment to September 5, 2007, or some date thereafter. All counsel involved with this matter have consented to this motion. In support of this motion, and in compliance with Local Rule 7, the Plaintiff states as follows:

1 On July 6, 2007, Judge Smith's clerk scheduled a hearing on Defendant's Motion for Summary Judgment for September 5, 2007.

2 On July 16, 2007, Judge Smith referred the motion to Judge Almond, who then scheduled the hearing on Defendant's Motion for Summary Judgment for August 15, 2007.

3 Plaintiff's counsel in out of the country on the week of August 15, 2007 and potential witnesses are unavailable on that date.

4 Plaintiff respectfully requests this Honorable Court to continue the August 15, 2007 hearing to the previously scheduled hearing date of September 5, 2007, or some date thereafter.

5 Counsel for the Defendants, Rodd Elges, Esq., and counsel for the co-Plaintiff, Robert D'Amico, Esq., have both consented to a continuance of this hearing.

WHEREFORE, the Plaintiff respectfully requests this motion be granted.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

/s/ Richard A. van Tienhoven- #2628
/s/ Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

Dated: July 18, 2007