**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | |
| v. | : | C.A. No.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF HARTFORD INSURANCE COMPANY'S OBJECTION TO MAGISTRATE JUDGE ALMOND'S REPORT AND RECOMMENDATION ON THE DEFENDANTS' MOTION TO PRECLUDE THE PLAINTIFF'S EXPERTS AND FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, The Hartford Insurance Company, and hereby objects to portions of the Report and Recommendation issued by Magistrate Judge Almond in response to the Defendants' Motion to Preclude the Plaintiff's Experts and for Summary Judgment. Specifically, the Plaintiff objects to Judge Almond's determination that the Plaintiff's experts, Ara Nalbandian and Michael Cooney, should be precluded and that summary judgment in the Defendants' favor should enter. The foregoing objection is based both on the Plaintiff's preclusion from an evidentiary hearing with expert testimony and the overly heightened standard applied by the court.

In support of this Objection, the Plaintiff files a Memorandum of Law. The Plaintiff requests oral argument with respect to these issues and the opportunity for a full evidentiary hearing with expert testimony.

WHEREFORE, Plaintiff Hartford Insurance Company objects to Magistrate Judge Almond's Report and Recommendation.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

/s/ Richard A. van Tienhoven- #2628
/s/ Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

Dated: