**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | |
| v. | : | C.A. No.: 1:06-cv-362 |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF HARTFORD INSURANCE COMPANY'S MOTION FOR TIME IN WHICH TO DISCLOSE EXPERT WITNESSES**

NOW COMES the Plaintiff, The Hartford Insurance Company, and hereby moves this Honorable Court for an extension of time to disclose experts related to causation. In support of this motion, and in compliance with Local Rule 7, the Plaintiff states as follows:

1. On October 2, 2007, Magistrate Judge Almond served its decision on the Defendant's Motion to Preclude the Plaintiff's Experts.
2. In that decision, Judge Almond takes issue with several of the opinions delivered by the Plaintiff's primary causation experts, Ara Nalbandian and Michael Cooney.
3. As a result of this decision, Judge Almond has also determined that summary judgment is in order due to the Plaintiff's failure to present expert testimony to prove the causation element of its case.
4. This case has not been set for trial.
5. The Plaintiff, if given additional time, will be able to retain an expert which will address the concerns of Judge Almond.

6. Such an expert was not retained prior to the expiration of the original scheduling order due to Plaintiff's counsel's opinions as to the reliability of the opinions of its disclosed experts.
7. Allowance of this request would certainly not be the case of an expert being disclosed on the eve of trial, and its prejudicial effects would be minimal.
8. Denial of this request would terminate the Plaintiff's rights to recovery for its damages from the proper tort-feasor.
9. The Plaintiff is willing to accommodate any needs of the Defendant if such an extension were granted, including consent to a quick deposition and consent to an extension of time for them to disclose a rebuttal witness.

WHEREFORE, the Plaintiff respectfully requests this motion be granted.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

/s/ Richard A. van Tienhoven- #2628
/s/ Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

Dated: