# EXHIBIT C

25-9083-00-4

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 06 362 S<br><br>Judge:<br><br>(Removal of Case No. PC 06-3734 filed in the Supreme Court of Rhode Island) |

**DEFENDANTS' RULE 26(a)(2)(A)(1) DISCLOSURE OF EXPERT TESTIMONY**

NOW COME Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through their attorneys, and pursuant to Rule 26(a)(2)(A)(1), discloses the following retained experts who are expected to testify at the trial of this matter:

1. J. Duncan Glover, PhD, P.E., Consulting Engineer. Please see Dr. Glover's report, history of testimony, fee schedule, and CV, attached as Exhibits A, B, C, and D.

2. Vincent P. Calenda, Origin and Cause Investigator. Mr. Calenda's reports, fee schedule, history of testimony and CV are attached as Exhibits E, F, and G.



1107957 1

Respectfully submitted,

RODD E. ELGES

/s/ Dominick W. Savaiano
DOMINICK W. SAVAIANO
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 16th day of February, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 16th day of February, 2007.

| | |
|---|---|
| Erik Loftus<br>Law Office of Stuart Blackburn<br>Two Concorde Way, PO Box 608<br>Windsor Locks, CT 06096<br>860.292.1116<br>eloftus@sbcglobal.net<br><br>Richard Ari Van Tienhoven, Esq.<br>Van Tienhoven & Cotter, Ltd.<br>312 South Main Street<br>Providence, Rhode Island 02903;<br>ravt.ksc@conversent.net | Robert A. D'Amico, II, Esq.<br>536 Atwells Ave., Suite 1<br>Providence, RI 02909<br>401.454.1212<br>Fax: 401.454.4809<br>rad@dblawri.com<br>mwd@mdlawri.com |

Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010



1107957.1

**Defendant Midea Expert Witnesses**

Defendant Midea Electric Hong Kong, Ltd. ("Midea") anticipates calling J. Duncan Glover, Ph.D., P.E., a licensed professional engineer who is employed by Failure Electrical, LLC, 11 King Philip Trail, Norfolk, Massachusetts 02056. A copy of Dr. Glover's resume, prior testimony list, and fee schedule are enclosed.

Dr. Glover is expected to testify based on his review of the East Providence Fire Department records; Midea records; reports by Vincent Calenda – EFI, Ara Nalbandian and Michael Cooney – Thielsch Engineering, Hossein Davoodi – Crawford Investigation Services, and Charles Guan – GAB Robbins; photographs of the fire scene; photographs of evidence items removed from the fire scene; his inspection of evidence items from the fire scene and an exemplar water dispenser; his testing of thermal insulation from the hot water tank of the subject water dispenser; his education, training and experience.

Dr. Glover is expected to testify the water dispenser located in the kitchen of the Carvahal residence at the time of the fire was a Midea Model GXCF05D Hot & Cold Water Dispenser. The hot water tank within the dispenser has two thermal protectors, one of which is a backup, which are mounted to a metal bracket on the exterior side of the tank. Each thermal protector is rated to disconnect electrical power to the heater inside the hot water tank when the temperature of the thermal protector reaches its rated operating temperature, which is 86℃ for one thermal protector and 96℃ for t he other, backup thermal protector. The thermal protectors operate to control the water temperature within the hot water tank and disconnect power to the heater before any temperatures are achieved that would overheat or ignite any components of the water dispenser. The hot water tank is surrounded on the top and sides with a flame-retardant thermal insulation. The dispenser is listed by Underwriters Laboratories and was designed and manufactured in accordance with Underwriters Laboratory Standard 399.

Dr. Glover is expected to testify that based on his examination of the remains of the water dispenser from the Carvahal residence, that there is no evidence of re-solidified copper or other abnormal electrical activity within the water dispenser, and that the heater coil within the hot water tank is not deformed and does not show evidence of having overheated or failed.

Dr. Glover is expected to testify that based on his examination of the remains of the thermal insulation on the hot water tank from the water dispenser from the Carvahal residence, that the thermal insulation is largely intact, verifying that it was manufactured with flame retardants.

EXHIBIT
A

Dr, Glover is expected to testify that based on his examination of the two thermal protectors mounted to a metal bracket on the exterior of the hot water tank from the dispenser from the Carvahal residence, that each thermal protector is mounted to the bracket via two metal screws that are intact post fire. The Plaintiffs' expert disclosures do not reveal any testing that shows that the thermal protectors within the water dispenser from the Carvahal residence are inoperable post fire. The Plaintiffs' expert disclosures do not reveal testing of an exemplar water dispenser that demonstrates the thermal protectors are inadequate to prevent a fire when corrosion products are present.

Dr. Glover is expected to testify based on examination of the remains of the water dispenser from the Carvahal residence that the upper rear cover panel is missing from the dispenser. Absence of either the entire upper rear panel cover or a portion thereof at the time of and prior to the fire would have eliminated protection against mechanical damage to interior components and protection against flammable materials not manufactured with the dispenser falling into the dispenser.

Dr. Glover is expected to testify that he has reviewed Figure 10 of the Thielsch Engineering Report No. 11216 showing a photograph of a valve/tube connection with photo caption stating "Views of the valve/tube connection on the water dispenser". Based on information from Midea, this valve/tube connection was not manufactured with the water dispenser. Connection of a water line from the Carvahal residence to interior components of the dispenser is an improper, mis-use of the water dispenser, which is intended for use only with a water bottle inserted in the top of the dispenser. Such an improper connection of a water line would have been a source of water leaking within the dispenser not caused by manufacture of the dispenser. This valve/tube connection was not made available to Dr. Glover for his examination.

Dr. Glover is expected to testify based on his review of the report by Hossein Davoodi dated September 10, 2004, that a coffeemaker, microwave oven and toaster oven were removed from the Carvahal kitchen and were examined as a possible ignition source for the fire. These electrical appliances were not made available to Dr. Glover for his examination. The report by Mr. Davoodi also states that an exemplar water dispenser was examined that was an exact duplicate of the water dispenser involved in the fire and was purchased by Alberto Carvahal's daughter on the same day and from the same store. This duplicate water dispenser was not made available to Dr. Glover for his examination.

The defendant further states that discovery is ongoing and that Dr. Glover reserves the right to further augment his testimony. The defendant also reserves the right to call additional expert witnesses at the time of trial.

J. Duncan Glover, Ph.D., P.E.
Principal Engineer
Failure Electrical, LLC

02/16/2007
Date

**Prior Testimony List**
**J. Duncan Glover**
**2000-2007**

| | | |
|---|---|---|
| Bayer Corporation<br>F/k/a Miles Inc.<br>v. H.B. Zachry Company, et al. | Sandra Liser, Esq.<br>Brown, Herman, Liser, et al.<br>200 Fort Worth Club Bldg.<br>306 West 7th Street<br>Fort Worth, TX 76102<br>817-332-1391 | Deposition &<br>Court<br>3/16/00 |
| Miles Baytown Arbitration Matter<br>Allianz Insurance Company and National Union Fire Insurance Company of Pittsburgh v Factory Mutual Insurance Company | Sandra Liser, Esq.<br>Brown, Herman, Liser, et al.<br>200 Fort Worth Club Bldg.<br>306 West 7th Street<br>Fort Worth, TX 76102<br>817-332-1391 | Deposition<br>07/28/2004<br>Arbitration<br>10/24-27/2005 |

| | | |
|---|---|---|
| Royal Indemnity v Turner Construction | Daniel Santaniello, Esq.<br>Luks, Koleos & Santaniello<br>Suntrust Center<br>515 E. Las Olas Blvd<br>Fort Lauderdale, FL 33301<br>954-761-9900 | Deposition<br>3/1/99<br>Court<br>7/12/01 |
| Delaware Public Service Commission<br>Docket No. 99-328 | Bruce Burcat, Esq.<br>Delaware Public Service Commission<br>861 Silver Lake Blvd.<br>Cannon Building Suite 100<br>Dover, DE 19904<br>302-739-4247 | Public Hearing<br>3/01/00 |
| Facer v Narragansett Electric Co. | Jeffry Perlow, Esq.<br>Moretti & Perlow<br>The Moretti Building<br>1070 Reservoir Ave<br>Cranston, RI 02190<br>401-943-5500 | Court<br>4/25/00 |
| Cortlandt v Clarke | Daniel O'Neill, Esq.<br>Podlofsky & Orange<br>130 West 30th street<br>New York, NY 10001<br>212-629-6293 | Deposition<br>1/17/00 |

EXHIBIT
tabbies
B

| | | |
|---|---|---|
| CP&L v Yuasa Exide | Thomas Cooper, Esq.<br>Smith & Duggan<br>Two Center Plaza<br>Boston, MA 02108<br>617-248-1900 | Deposition<br>4/12/00 |
| Travelers Indemnity v Protection Mutual & Home Insurance | Charles Rocco, Esq.<br>Clausen Miller<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>212-805-3900 | Deposition<br>4/19/00<br>Arbitration<br>01/08&09/03 |
| Danish Army Material Command v Port Authority of New York & New Jersey | Kevin Hughes, Esq.<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia PA 19102<br>215-665-2000 | Deposition<br>5/25/00 |
| Roadmaster v General Electric | Bruce Braun, Esq.<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago IL 60601<br>312-558-5139 | Deposition<br>7/06/00 |
| Jacobs v Washington Gas Light Co. | Gerard Mitchell, Esq.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Ave NW<br>Washington, DC 20036<br>202-737-7777 | Deposition<br>6/27/00 |
| Brayman v Stonebridge Enterprises (Residential Fire at Sunnyside Rd, Norwich CT) | JohnWynne, Esq.<br>Buckley & Wynne<br>685 State Street<br>New Haven CT 06511 | Deposition<br>07/15/03<br>03/02/04 |
| Residential Fire, Scituate MA | Michael Rezendes, Esq.<br>Battery March Park II<br>Quincy MA 02169<br>617-472-3900 | Deposition<br>9/09/99<br>01/29/03 |
| Lionel Hampton v Hunter Fan et al | Richard Lambert, Esq.<br>Lambert & Weiss<br>61 Broadway<br>New York, NY 1006<br>212-344-3100 | Deposition<br>5/22/01<br>8/20/01 |

| | | |
|---|---|---|
| Seegal v Rispoli Plumbing et al | Patrick Corbett, Esq.<br>Badiak Will & Ruddy<br>120 Broadway – Suite 1040<br>New York, NY 10271<br>212-376-6767 | Deposition<br>4/17/01 |
| State of Florida v Eller Media | Mark Shapiro, Esq.<br>Black Srebnick & Kornspan<br>201 South Biscayne Blvd Suite 1300<br>Miami FL 33131<br>305-371-6421 | Deposition<br>12/11/00<br>Trial<br>3/13/01 |
| Cenex v Northern States Power | Paul Falk, Esq.<br>Clausen Miller<br>10 South LaSalle St.<br>Chicago IL 60603<br>312-855-1010 | Deposition<br>10/10/00 |
| Oregon Public Service Commission<br>Docket No. UM995/UE121/UC578 | William Kile<br>PacifiCorp<br>201 South Main Street, 21st Floor<br>Salt Lake City, UT 84140 | Public Hearing<br>03/02 |
| Wyoming Public Service Commission<br>Docket No. 20000-ER-00-160<br>Docket No. 20000-EP-01-167 | William Kile<br>PacifiCorp<br>201 South Main Street, 21st Floor<br>Salt Lake City, UT 84140 | Public Hearing<br>01/14/03 |
| Tzannetakis v GPU Energy | Gerhard Dietrich<br>Galler Greenberg & Dietrich<br>2 White Horse Pike<br>Hadden Heights NJ 08035 | Deposition<br>05/21&22/03 |
| Janiak v Schaltgerate | Michael McColl, Esq.<br>Foran Glenon Palandech & Ponzi<br>150 South Wacker Drive 11th Floor<br>Chicago IL 60606 | Deposition<br>07/28/03 |
| Segneri v. Piece Management | John Wynne, Esq.<br>Buckley & Wynne<br>685 State Street<br>New Haven, CT 06511 | Deposition<br>11/11/02<br>Arbitration<br>03/05/04 |
| Serrano & Cabrera v Eller Media | Deborah Chang, Esq.<br>Cabannis Smith Toole & Wiggins<br>485 North Keller Road, Suite 401<br>Maitland, FL 32751 | Depositions<br>12/03/02<br>03/18/03<br>Trial<br>6/7,10 & 13/05 |
| Gonzalez v ConEd | Michel McNulty, Esq.<br>Consolidated Edison of NY<br>4 Irving Place<br>NY NY 10003 | Trial<br>09/09/03 |

| | | |
|---|---|---|
| Plaintiff v Hewlett Packard (Thatchmont Condominium Fire) | Roger Emanuelson, Esq.<br>Lecompte, Emanuelson & Doyle<br>Presidents Place Suite 815N<br>1250 Hancock Street<br>Quincy MA 02169 | Trial<br>10/09/03 |
| Florida Power & Light, Collier-Orange River #3, 230-kV Project, Transmission Line Siting Application No. TA03-12 Case No. 03-1629 TL | Robert Scheffel Wright, Esq.<br>Landers & Parsons<br>310 West College Ave.<br>Tallahassee FL 32301 | Deposition<br>02/03/204<br>Hearing<br>02/2004 |
| Black & Veatch v Androscoggin et al Generator Contamination | Michael Castellon, Esq.<br>Griffin, Cochrane & Marshall<br>127 Peachtree Street, 14th Floor<br>Atlanta, GA | Deposition<br>03/11/2004 |
| Byrnes v SNET | Michael Jainchill, Esq.<br>RisCassi & Davis<br>131 Oak Street<br>Hartford, CT 06126 | Deposition<br>03/31/2004 |
| Hansen v General Electric | Thomas G. Cooper, Esq.<br>Smith & Duggan<br>Lincoln North<br>55 Old Bedford Road<br>Lincoln MA 01773 | Deposition<br>08/26/2004 |
| Griggs v Monumental Properties | David W. Cooney, Esq.<br>RisCassi & Davis<br>131 Oak Street<br>Hartford, CT 06126 | Deposition<br>02/11/2005<br>03/23/2005<br>04/27/2005<br>05/09/2005 |
| Francis Love v Sunbeam | Debra Urbano, Esq.<br>Speyer & Perlberg<br>115 Broadhollow<br>Mellville, NY 11747 | Deposition<br>03/04/2005 |
| Jaggers v Sasser Construction et al | John Owen, Esq<br>Harmon Claytor Corrigan Wellman<br>Innsbrook Corporate Center<br>4951 Lake Brook Drive<br>Glen Allen, VA 23060 | Deposition<br>08/30/2005 |
| Savoy v Lucent Technologies | David Angueira, Esq.<br>Swartz & Swartz<br>10 Marshall St.<br>Boston, MA 02108 | Deposition<br>08/31/2005 |
| Pacific Indemnity et al v Boston Water & Sewer Commission et al | David Hartigan, Esq.<br>Sloane & Walsh<br>Three Center Plaza<br>Boston, MA 02108 | Deposition<br>09/19/2005 |

| | | |
|---|---|---|
| Blue Water Yacht Club v XXX | Debra Urbano, Esq.<br>Speyer & Perlberg<br>115 Broadhollow<br>Melville, NY 11747 | Trial<br>10/19/2005 |
| Cathedral of St. John The Divine<br>v Trippe Manufacturing | Chris Fallon, Esq.<br>Cozen O'Connor<br>1900 Market St<br>Philadelphia, PA 19103 | Deposition<br>09/20/2005<br>Trial<br>10/05 & 11/2005 |
| Michigan Paperboard<br>v Consumers Energy+ | Raymond McQuillan, Esq.<br>Consumers Energy<br>One Energy Plaza<br>Jackson, MI 49201 | Hearing<br>11/18/2005 |
| [illegible]<br>IN THE SUPREME COURT OF NEWFOUNDLAND AND LABRADOR<br>TRIAL DIVISION<br>BETWEEN:<br>SOBEYS LANDHOLDING LIMITED, SOBEYS CAPITAL INCORPORATED AND SOBEYS INCORPORATED PLAINTIFF<br>AND:<br>HARVEY & COMPANY LIMITED FIRST DEFENDANT<br>AND:<br>CRA TRAILERS, INC. SECOND DEFENDANT<br>AND:<br>CRA TRAILERS, INC. THIRD PART | Robert M. Sinclair, Q.C.<br>Patterson and Palmer<br>Scotia Center<br>235 Water Street<br>P.O. Box 210<br>St. John's, Newfoundland<br>Canada A1C 5L3 | Deposition<br>(Discovery)<br>01/16,17,18/2006 |
| Wellman v Square D et al | David Edsey, Esq.<br>McDonald & McCabe, LLC<br>300 South Wacker Drive<br>Suite 1600<br>Chicago, IL 60606 | Deposition<br>01/04/2007 |

fe

Date: February 15, 2007

From: John Duncan Glover

Re: Engineering Services Billing Rate

Dr. Glover's 2007 billing rate is $350 per hour. His 2006 and 2005 billing rates were $325 per hour and $300 per hour respectively.

EXHIBIT

C

[illegible]
Norfolk, Massachusetts [illegible]
[illegible]

fe

[illegible]

[illegible]
[illegible]
[illegible]

# J. Duncan Glover, Ph.D., P.E.
## President and Principal Engineer
## Failure Electrical, LLC

## Professional Profile

Dr. Glover specializes in issues pertaining to electrical engineering, particularly as they relate to failure analysis of electrical systems, subsystems, and components, including causes of electrical fires. His expertise covers electric power systems, generation, transmission, distribution, power system planning, extra high voltage design, power system dynamics assessment, and computer-aided design. Dr. Glover is experienced in analyzing such elements as control systems, power electronics, motor drives, inverters, rectifiers, rotating electric machinery, switchgear, and transformers, as well as residential and commercial appliances.

Prior to forming Failure Electrical, Dr. Glover was a Principal Engineer at Exponent Failure Analysis Associates, a tenured Associate Professor in the Electrical and Computer Engineering Department of Northeastern University, and held several engineering positions with companies that include the International Engineering Company, Commonwealth Associates, Inc., and American Electric Power Service Corporation.

## Credentials and Professional Honors

Ph.D., Electrical Engineering, Massachusetts Institute of Technology, 1971
M.S., Electrical Engineering, Massachusetts Institute of Technology, 1968
B.S., Electrical Engineering, University of Massachusetts, 1966

Registered Professional Electrical Engineer, Massachusetts, #30136
Registered Professional Engineer, New York State, #079234

Tau Beta Pi; Eta Kappa Nu; Phi Eta Sigma

Institute of Electrical and Electronics Engineers (Senior Member); Rotating Machinery Committee, Institute of Electrical and Electronics Engineers (former member)

National Fire Protection Association (Member)

EXHIBIT
tabbies
D

## Books

***Power System Analysis and Design,*** 3rd edition, Brooks/Cole, Pacific Grove, CA, 2002 (with M. Sarma).

***Power System Analysis and Design Software,*** 2nd edition, PWS Publishers, Boston, MA, 1994 (with G. Digby).

## Book Chapters

"Failure Analysis of Printed Wiring Assemblies"(with R. Blanchard et al.), " Switches and Relays"(with P. Martin et al.), "Failure Analysis of Components" (with D. Galler et al.), In: ***Electronic Failure Analysis Handbook***, McGraw Hill Publishing Company, 1999.

"Electric Power Distribution," In: ***Encyclopedia of Energy Technology and The Environment***, John Wiley & Sons, New York, NY, 1995.

"Transmission Planning," In: ***The Electrical Engineering Handbook***, Section 58.8, CRC Press, Boca Raton, FL, 1993.

## Publications

"Computer-Aided Design of PM Stepper Motor Drives," Proceedings, 23rd Annual Incremental Motion Control Systems and Devices Symposium, San Jose, CA, June 1994 (with E. Voiculescu and A. Laszlo).

"Computer-Aided Design of a Stepper Motor Driver," Proceedings, 22nd Annual Incremental Motion Control Systems and Devices Symposium, San Jose, CA, June 1993 (with E. Voiculescu and A. Laszlo).

"State Estimators with Forecasting Capability," Proceedings, 11th Power Systems Computation Conference, Avignon, France, August 1993 (with M.B. Coutto Filho and A.M. Leite da Silva).

"A Zoom Feature for a Dynamic Programming Solution to Economic Dispatch Including Transmission Losses," *Transactions on Power Systems*, Institute of Electrical and Electronics Engineers, Vol. 7(2), pp. 544–551, May 1992 (with Z.X. Liang).

"Improved Cost Functions for Economic Dispatch," *Transactions on Power Systems*, Institute of Electrical and Electronics Engineers, Vol. 6(2), pp. 821–829, May 1991 (with Z.X. Liang).

"The Personal Computer in Electrical Engineering," *Electrosoft*, special issue on Software for Electrical Engineering Education, pp. 3–5, March 1991.

"Student Design Projects in Power Engineering," *Transactions on Power Systems*, Institute of Electrical and Electronics Engineers, Vol. 5(4), pp. 1390–1400, November 1990 (with L. Dow).

"A Personal Computer Software Package for Power Engineering Education," *Transactions on Power Systems*, Institute of Electrical and Electronics Engineers, Vol. 3(4), pp. 1864–1872, November 1989.

"Train Voltage Analysis for AC Railroad Electrification," *Transactions on Industry and Applications*, Institute of Electrical and Electronics Engineers, Vol. IA-20(4), pp. 925-934, July/August 1984 (with A. Kusko and S. Peeran).

"State Estimation of Interconnected HVDC/AC Systems," *Transactions on Power Apparatus and Systems*, Institute of Electrical and Electronics Engineers, Vol. PAS-102(6), pp. 1805–1811, June 1983 (with M. Sheikholeslami).

"Batteries and Fuel Cells - Alternative Traction Power for Locomotives and Self-Powered Railcars," Transportation Systems Center Report DOT-TSC TR, March 1983 (with F.L. Raposa).

"Identifiability of Unknown Covariance Matrices for Some Special Cases of a Linear, Time-Invariant, Discrete-Time Dynamic System," *Transactions on Automatic Control*, Institute of Electrical and Electronics Engineers, Vol. AC-26(4), pp. 970–974, August 1981 (with W. Tsang and R. Bach).

"Grounding Practices for Electric People Mover Vehicles," Proceedings, Institute of Electrical and Electronics Engineers Industrial Applications Society, Cincinnati, OH, September/October 1980 (with A. Kusko and J. LaMarca).

"Advanced Load Frequency Control," *Transactions on Power Apparatus and Systems*, Institute of Electrical and Electronics Engineers, Vol. PAS-91(5), pp. 2095–2104, September/October 1972 (with F. Schweppe).

"Control of Linear Dynamic Systems with Set Constrained Disturbances," *Transactions on Automatic Control*, Institute of Electrical and Electronics Engineers, Vol. AC-16(5), pp. 411-423, October 1971 (with F. Schweppe).

"The Linear Estimation of Completely Unknown Signals," *Transactions on Automatic Control*, Institute of Electrical and Electronics Engineers, Vol. AC-14(6), p. 766, December 1969.

## Additional Publications

"Impact of Power Harmonics on Electric Power System Equipment," Institute of Electrical and Electronics Engineers Power Engineering Society (Boston Chapter) Seminar, Power Quality in the Electric Utility Industry, Watertown, MA, May 1994 (with A. Kusko).

"Effect of Geomagnetic-Induced-Current on Power Grids and Communications Networks," North American Power Symposium, Auburn, AL, October 1990 (with M. Sarma and J. Kolawole).

"Energy and Public Policy, a Liberal Arts Course for Power Engineering and Political Science Students," 1980 American Society of Engineering Educators Conference, Amherst, MA, June 1980 (with P. Hopper).

"Load Frequency Control of Electric Power Systems," Electric Power Systems Engineering Laboratory, School of Engineering, Massachusetts Institute of Technology, February 1971.

"Modeling of Hydroelectric Power Systems," Bonneville Power Administration, Portland, Oregon, January 1970.

# FIRE INVESTIGATION

## Report One

| | |
|---|---|
| Insured: | Midea Group |
| Loss Location: | 76 Willett Avenue<br>E. Providence, RI |
| Date of Loss: | February 27, 2004 |
| Policy No.: | |
| Claim No.: | |
| EFI File No.: | 94507-01911 |

| | |
|---|---|
| Report Date: | June 10, 2004 |
| Prepared For: | Allianz Ins.<br>C/O GAB Robins<br>5 North Third Street, Suite 206<br>Geneva, IL 60134-4500 |
| Attention: | Mr. Gregory W. Giel, CPCU |

EXHIBIT
E

[illegible]

[illegible]

[illegible] Photos 1-4)

[illegible] – MAY [illegible]

[illegible] cold water dispenser Model GXCFO5D floor model was taken as evidence by the Rhode Island State Fire Marshal's Office in conjunction with the East Providence Fire Department concerning a fire that occurred on or about [illegible], 2004, at 76 Willett Avenue East Providence, Rhode Island.

The evidence was examined at the evidence storage facility of the Rhode Island State Fire Marshal's Office, North Kingstown, Rhode Island, telephone 401-294-0861. Present during the examination were Lt. Charles Scott, East Providence Fire Department, Detective Michael Jones, East Providence Police Department, Deputy State Fire Marshal Kevin Murphy, and Chief Investigator Nick Pellegrino of the Rhode Island State Fire Marshal's Office. Also present were Hassan Davoodi, P.E., representing Crawford, 1-800-315-[illegible], and Mr. Ara Nalbandian, P.E., representing Thielsch Engineering, 401-467-6454.

Evidently Crawford Investigations had been on scene for the homeowner approximately two days after the initial fire according to Mr. Davoodi. The identification tag could barely be read with magnification and did indicate a hot and cold-water dispenser Model No. GXCFO5D floor model.

The examination consisted of photographs only with no destructive testing and no internal examination of any component parts. The evidence will be retained by the Rhode Island State Fire Marshal's Office and a follow up examination that may include destructive testing will take place at a date convenient for all parties involved.

Due to the fire scene not being available for an inspection of fire related smoke, heat and burn patterns as well as an examination of the electrical master panel and all associated electrical [illegible], it would be nearly impossible for me to make a positive classification as to origin and [illegible]

[illegible]

[illegible] of evidence may [illegible] the movement [illegible] destruction of [illegible] of the scene [illegible] significantly impairs the opportunity of other interested parties to [illegible] evidentiary value from the evidence as did any prior investigator.

[illegible] investigation usually requires the movement of evidence or alteration of the scene. [illegible] such movement of evidence or alteration of the scene should not be considered spoliation of evidence. Efforts to photograph, document or preserve evidence should apply not only to evidence relevant to an investigator's opinion but also to evidence of reasonable alternate hypotheses that was considered and ruled out.

In this particular case, I was not given the opportunity to observe or examine the fire scene in order to formulate my own opinion as to origin and cause and to make a proper evaluation of other potential sources of fire ignition.

An electrical engineer may be helpful concerning future destructive testing of the hot and cold water dispenser. No destructive testing will be completed unless all parties have been notified.

If you should have any questions concerning the investigation to date, please feel to contact me at 301-249-2334.

Vincent P. Calenda

VINCENT P. CALENDA
Investigator
301-249-2334

File copy

[illegible]

[illegible]

cc: Richard D. [illegible]
Vice President

[illegible] K. Lowe
[illegible]

... water cooler

... and State Fire ... identification ...

... view water cooler

... of water cooler

... the component part

... Overview top of water heater

... sections of the water heater

... fication plate.

Water cooler.

... Overview side of water cooler

... Overview water cooler.

14 Top sections of the water cooler

... Rear sections of the water cooler

... Overview water cooler

... Overview front of cooler

... sections of water cooler

Overview water cooler

PHOTO SHEET




No. 1




No. 2

PHOTO SHEET



No.: 2




No.: 1

PHOTO SHEET

Date: ________



No.: 5



No.: 6

PHOTO SHEET



No.: 7



No.: 8



No: 9



No. 10

PHOTO SHEET



No.: 11



No.: 12



No.: 13



No.: 14



No.: 15



No.: 16



No. 17



No. 18

PHOTO SHEET



No: 19

No:

# FIRE INVESTIGATION

Report Two

| | |
|---|---|
| Insured: | Midea Group |
| Loss Location: | 76 Willett Avenue<br>E. Providence, RI |
| Date of Loss: | February 27, 2004 |
| Claim No.: | 101-1-301-04-000009-0 |
| GAB No.: | 55517-67562 |
| EFI File No.: | 94507-01911 |

| | |
|---|---|
| **Report Date:** | **July 30, 2004** |
| **Prepared For:** | **Allianz Insurance Co.<br>C/O GAB Robins<br>5 North Third Street, Suite 206<br>Geneva, IL 60134-4500** |
| **Attention:** | **Mr. Gregory W. Giel, CPCU** |

*[illegible] RELEASE [illegible] COMPANY CONCERN [illegible] ADDRESSEE*

[illegible]

[illegible] [illegible] [illegible] 28, 2004, with a tentative inspection date of [illegible] [illegible] was rescheduled [illegible] May 7, 2004. [illegible] were received [illegible] [illegible] occurred [illegible] 27, 2004 in East Providence, Rhode Island.

[illegible]

- Mounted Photographs (15)

EXAMINATION OF JUNE 29, 2004

The examination and destructive testing of the GE water cooler was completed on June 29, 2004, at approximately 10 a.m. at Thielsch Engineering, 195 Francis Avenue, Cranston, Rhode Island, telephone number 401-467-6454. Present during the investigation were various individuals representing the East Providence Fire Department, Rhode Island State Fire Marshal's office and Crawford Investigations. Michael Cooney, Senior Metallurgical Engineer for Thielsch Engineering conducted the actual destructive testing of the water cooler.

The water cooler was identified as Model No. GXCF05D, floor model, and manufactured by General Electric. The actual destructive testing did include the removal of the condenser unit and related electrical conductor leads that revealed no evidence of arcing or beading. As a matter of fact, this procedure revealed a paper tag that had survived the fire directly on the side of the condenser motor as identified in my photograph number 8.

The interior sections of the motor housing and electrical conductors removed from the upper level of the water cooler revealed clean sections of paint along the interior metal sides of the metal jacket. Sections of plastic material taken from the filter also revealed no evidence of internal signs of fire damage. It was once again determined during this portion of the examination that the fire did in fact superficially damage the water cooler along the front side panel, extending vertically and laterally along the front panel towards the top sections of the water cooler.

Due to the fire scene not being available for my inspection of all related smoke, heat and burn patterns, as well as an examination of the electrical master panel and all associated electrical conductors or appliances in the kitchen, it would be nearly impossible for me to make a proper classification as to origin and cause of this fire loss.

The remains of the water cooler were retained by Thielsch Engineering and placed into evidence at their facility in Cranston, Rhode Island.

[illegible] spoliation of evidence refers to the [illegible] material [illegible] evidence or potential [illegible] proceeding [illegible]

[illegible] evidence may occur [illegible] the movement, change or destruction of evidence or the [illegible] significantly impair the opportunity of other interested parties to obtain [illegible] evidentiary value from the evidence as did any prior investigator.

[illegible] investigation usually requires the movement of evidence or alteration of the scene. In and of [illegible] such movement of evidence or alteration of the scene should not be considered spoliation [illegible] However, in this particular case, the scene was not preserved in any way, shape or [illegible] examination of [illegible] fire scene could be made on behalf of the Midea Group [illegible] rule in or rule out all other accidental and providential sources of fire ignition.

[illegible] destructive testing is required I would strongly recommend an electrical engineer be retained in order to assist me with this ongoing investigation. If you should have any questions concerning the investigation to date, please feel to contact me at 401-247-2334

VINCENT P. CALENDA
Investigator
401 247-2334

[illegible]

[illegible]

[illegible]

[illegible]ard D. Dietzman
[illegible] President

[illegible] K. Lowe [illegible]
[illegible]visor

[illegible]

1. [illegible] of the water cooler [illegible] dismantling.
2. Overview front of water cooler.
3. Condenser and upper sections of the water cooler.
4. Overview front right side of water cooler.
5. Lower section and condenser.
6. Condenser.
7. Overview tag sections of the condenser leads.
8. Condenser and paper material on condenser as indicated by the red arrow
9. Removed sections of the water cooler
10. Water cooler tag
11. Removed sections of the water cooler
12. Tagged sections of the water cooler during the dismantling.
13. Interior section of the cooler receptacle.
14. Overview water cooler receptacle
15. Interior coil sections showing no fire damage.



No. 1



No. 2

PHOTO SHEET



No. 3



No. 4



No. 5



No. 6



No.: 7



No.: 8

PHOTO SHEET



No. 9



No. 10



No: 11



12

PHOTO SHEET



No. 13



No. 14

PHOTO SHEET



o.: 15

No

EFI Global
Complex Issues • Solid Solutions

634 State Road
Suite K
N. Dartmouth, MA 02747
Tel: 800-326-6811
Tel: 508-997-4900
Fax: 508-991-8824
www.efiglobal.com

Massachusetts Service Center

# BILLING RATES AND EXPENSE CHARGES

| | |
|---|---|
| **Services** | |
| Fire Investigation Division | range $98.00 to $115.00 |
| Civil/Structural Engineer | $160.00 per hour |
| Mechanical Forensic Engineer | $160.00 per hour |
| Electrical Forensic Engineer | $175.00 per hour |
| **Auto Expenses** | $.60 per mile |
| **Miscellaneous Expenses** | |
| Photographs | First set - $2.00 per photo<br>Duplicate sets to customer/attorneys at cost |
| Cassettes/Micros sent to customer | $3.00 each |
| Transcripts | $5.00 per page |
| Photocopies | No charge |
| Evidence containers | $3.00 each |
| CD-R | $25.00 |

EXHIBIT
F

EFI Global
Complex Issues • Solid Solutions

[illegible] Father Devalles Blvd., Bldg. B
Fall River, MA 02723
[illegible]
Tel: 508-997-4900
Fax: 508-991-8324

# VINCENT P. CALENDA
## Curriculum Vitae

### Employment Record and Experience

**06/94 to present**

**Senior Investigator**
**EFI Global**
Responsibilities include investigation of motor vehicle, residential and commercial property fire scenes, to determine origin and cause. Responsibilities also include preparation, collection and preservation of oral, documentary and demonstrative evidence to support conclusion.

**2003 to present**

**Adjunct Professor Fire Science Program**
**Bristol Community College**
Fall River, Massachusetts
Part-time instructor in the fire technology and administration program, instructing in the areas of fire technology, fire and arson investigation and extinguishing systems.

**07/93 to 06/94**

**Acting Supervising Investigator, New England**
**INS Investigations Bureau, Inc.**
Responsible for conducting and supervising motor vehicle, residential and commercial property fire scenes to determine origin and cause in New England. Responsibilities also include preparation, collection and preservation of oral, documentary and demonstrative evidence to support conclusion.

**07/89 to 07-93**

**Fire Investigator - INS Investigations Bureau, Inc.**
Responsibilities include investigation of motor vehicle, residential and commercial property fire scenes, to determine origin and cause. Responsibilities also include preparation, collection and preservation of oral, documentary and demonstrative evidence to support conclusion.

**06/88 to present**

**Senior Fire Investigator**
Warren, Rhode Island Fire Department.

EXHIBIT
G

**Employment Record and Experience (continued)**

| | |
|---|---|
| **1975 to 1980** | **Firefighter, Warren Fire Department Engine Co. #3**<br>Warren, Rhode Island Fire Department |
| **1980 to 1983** | **Lieutenant, Warren Fire Department Engine Co. #3**<br>Warren, Rhode Island Fire Department |
| **06/83 to present** | **Captain, Warren Fire Department Engine Co. #3**<br>Warren, Rhode Island Fire Department. |

**Education**

| | |
|---|---|
| **January 1981** | **Bachelor of Arts Degree**<br>Political Science/Public Administration<br>Rhode Island College<br>Providence, Rhode Island |

**Fire Science Education**

| | |
|---|---|
| **07/95** | **Certified Fire and Explosion Investigator**<br>National Association of Fire Investigators<br>Chicago, Illinois.<br>Certificate expires 7/20/2008<br>Certificate #975 |
| **06/77** | **Associate in Science Degree**<br>Fire Science Bristol Community College. |
| **06/97** | **Certified Fire Investigator**<br>International Association of Arson Investigators<br>Massachusetts Chapter<br>Boston, Massachusetts (Expires May 15, 2007)<br>Certificate Number 22-067 |

**Specialized Fire Behavior and Investigation Training**

| | |
|---|---|
| **06/12/02 to 06/14/02** | **Fraud / "Cold Case" Homicides**<br>RI State Fire Marshal's Office & RI Chapter I.A.A.I.<br>Roger Williams School of Law<br>Bristol, Rhode Island |

**Specialized Fire Behavior and Investigation Training (continued)**

| | |
|---|---|
| **6/13/01 to 06/15/01** | **Fatal Fire Investigation Seminar**<br>RI State Fire Marshal's Office and RI Chapter I.A.A.I.<br>Roger Williams University School of Law |
| **03/10/99 to 03/12/99** | **Gas & Electric Appliance Fire Investigation**<br>RI State Fire Marshal's Office and RI Chapter I.A.A.I.<br>Roger Williams University School of Law |
| **09/25/98** | **Hazardous Materials Eight-Hour Refresher Course**<br>OccuHealth, Inc.<br>Mansfield, MA - 8 hours. |
| **01-22-98** | **Spoliation of Evidence**<br>**Defensive and Offensive Tactical Uses of NFPA 921**<br>Massachusetts Chapter<br>International Association of Arson Investigators<br>Florian Hall<br>Boston, Massachusetts - 6 hours. |
| **03-27-97** | **Collection of Evidence, Financial Investigations,**<br>**Insurance Investigation & Fraud,**<br>**Prosecution of An Arson Case**<br>Arson Investigation Seminar<br>Boston Fire Department Boston A.T.F. Office<br>Florian Hall, Boston, Massachusetts - 7 hours. |
| **05-17-96** | **Hazardous Materials Eight-Hour Refresher Course**<br>OccuHealth, Inc.<br>Mansfield, MA - 8 hours. |
| **03-16-95 to 03-18-95** | **Incident Command Systems Course**<br>State of Rhode Island and Providence Plantations<br>Emergency Management Agency<br>Warren Fire Department, Division of Training<br>Warren, Rhode Island - 16 hours. |
| **03-20-95** | **Hazardous Materials Eight-Hour Refresher Course**<br>CH&A Corporation<br>Chantilly, Virginia - 8 hours. |

**Specialized Fire Behavior and Investigation Training (continued)**

| | |
|---|---|
| **03-08-95 to 03-10-95** | **Advanced Fire Cause and Origin Expert Witness**<br>Rhode Island Chapter of International Association of Arson Investigators<br>Roger Williams College<br>Bristol, Rhode Island - 24 hours. |
| **10-20-93** | **Court Room Testimony**<br>Rhode Island Chapter<br>International Association Arson Investigators<br>Seekonk, Massachusetts - 6 hours. |
| **09-16-92** | **Bombs and Explosives Seminar**<br>Rhode Island State Fire Marshal's Office<br>Quonsett Point, Rhode Island - 8 hours. |
| **03-09-92 to 03-14-92** | **Hazardous Material Control and Emergency Response**<br>Georgia Institute of Technology<br>Atlanta, Georgia - 40 hours. |
| **03-26-91 to 03-27-91** | **Fatal Fire Investigation Seminar**<br>Rhode Island State Fire Marshal's Office<br>Roger Williams College<br>Bristol, RI - 16 hours. |
| **08-20-90 to 08-31-90** | **Fire Arson Investigation Course**<br>National Fire Academy<br>Emittsburg, Maryland - 80 hours. |
| **10-24-89 to 10-25-89** | **Fire/Arson Investigation Seminar**<br>University of Delaware<br>Wilmington, Delaware - 16 hours. |
| **10-23-89** | **Electrical Fire Seminar**<br>University of Delaware<br>Wilmington, Delaware - 8 hours. |
| **08-28-89 to 08-30-89** | **John E. Reid and Associates**<br>Interviewing and Interrogation<br>Reid College<br>Chicago, Illinois - 16 hours. |

## Specialized Fire Behavior and Investigation Training

| | |
|---|---|
| **03-28-89 to 03-31-89** | **Fire Investigation Seminar**<br>Rhode Island State Fire Marshal's Office<br>Roger Williams College<br>Bristol, Rhode Island - 18 hours. |
| **03-30-85 to 03-31-85** | **Bristol County Arson Seminar**<br>Rhode Island State Fire Marshal's Office<br>Roger Williams College<br>Bristol, Rhode Island - 12 hours. |
| **11-16-84** | **Fire Scene Investigations Seminar**<br>Tech-Cor Institute<br>Northbrook, Illinois - 8 hours. |
| **06-03-83 to 06-05-83** | **Advanced Fire and Arson Investigation**<br>Lakes Region Fire School Committee<br>New Hampshire Vocational College<br>Laconia, New Hampshire - 18 hours. |

## Fire Behavior Science and Investigation Instruction

| | |
|---|---|
| **05/26/05 to 5/27/05** | **Roger Williams University, Bristol, RI**<br>19th Annual Rhode Island Fire Investigation Seminar - IAAI<br>Guest speaker<br>Mock Suppression Hearing Expert Witness |
| **11/6/04** | **Warren Fire Department – Bristol Community College**<br>Conducted live Fire Training Investigation Seminar, Station 6<br>Warren Fire Department<br>Warren, RI |
| **10/18/04** | **Providence Fire Department - Fire Arson School**<br>Guest speaker Basic Fire Investigation and Identification Of Physical Evidence<br>Providence, RI |
| **4/10/04** | **Warren Fire Department – Bristol Community College**<br>Conducted live fire training investigation seminar, Warren, Rhode Island. |
| **3/27/03** | **Special Joint Legislative Commission to Study All Aspects of Law and Regulation Concerning Pyrotechnic Displays and Fire Safety**<br>Provided testimony Rhode Island State House Legislative Commission.<br>Senator John Celona and Rep. Peter Ginaitti co-chair |

**Fire Behavior Science and Investigation Instruction (continued)**

| | |
|---|---|
| **05/23/03** | **17th Annual Rhode Island State Fire Investigators Seminar**<br>Guest Speaker<br>Fire Investigations in the Private Sector<br>Roger Williams University<br>Bristol, RI |
| **10/18/01** | **Norfolk and Dedham Ins. Co.**<br>Guest Speaker<br>Fire Investigations<br>21st Annual Tech. – Claims Seminar<br>Norwood, MA |
| **10/3/01** | **Roger Williams University, Bristol, RI**<br>Guest Speaker<br>Paralegal Studies Class<br>Investigation Planning and Methodology |
| **6/20/01** | **Adjusters Roundtable of Boston, MA**<br>Guest Speaker<br>Fire Cause and Origin |
| **9/11/01** | **Guest Speaker**<br>New England Association of Fire Marshals<br>NFPA<br>Courtroom Testimony<br>Warwick, RI |
| **09/25/97** | **Guest Speaker**<br>Providence Fire Department<br>Fire Arson School<br>"Fire Scene Examination and Court Room Testimony" |
| **02/07/96** | **Guest Speaker**<br>Rhode Island Adjusters Auto Theft Association<br>Club 44 Johnston, RI<br>"Method, Motive and Opportunity" |
| **11/29/95** | **Guest Speaker**<br>Providence Fire Department<br>Fire Arson School<br>Providence, Rhode Island<br>"Basic Fire Investigation and Identification of Physical Evidence" |

## Fire Behavior Science and Investigation Instruction (continued)

| | |
|---|---|
| **04/27/95** | **Guest Speaker**<br>Mutual Fire Association of New England, Inc.<br>Loss Managers Conference<br>Peabody, Massachusetts<br>"The 7 Basic Arson Motives" |
| **07/87 to present** | **Fire Service Instructor**<br>Warren Fire Department Division of Fire Training<br>Warren, Rhode Island. |

## Professional Association Memberships

National Fire Protection Association

Fire Marshals of North America Section.

National Association of Fire Investigators.

Rhode Island Chapter International Association of Arson Investigators
Board of Directors. ( 1992 - 1994) (2002 – term expires 2005)

Massachusetts Chapter International Association of Arson Investigators.

## Court Qualified as an Expert in Origin and Cause Determinations in the Commonwealth of Massachusetts and the State of Rhode Island and United States Federal Court

# LIST OF TRIALS

| | | | |
|---|---|---|---|
| Pereira V. Attleboro Ice | Fall River, MA | Superior Court | CA 9101873 |
| State of Rhode Island V. Daniel Jones | Providence, RI | Rhode Island Grand Jury May 1991 | |
| Commonwealth V. Mello | New Bedford, MA | District Court | July 1993 |
| Commonwealth V. Pacheco | New Bedford, MA | Superior Court | 9101608 |
| Pacheco V. Seaco Ins. | Fall River, MA | Superior Court | CA-9101608 |
| State of Rhode Island V. Granata | Providence, RI | Superior Court | Criminal 1998 |
| Granata V. Metropolitan | Providence, RI | Superior Court | CA-920635 |
| Commonwealth V. Nordeng | New Bedford, MA | Superior Court Letourneau | Atty. John |
| Commonwealth V. Jung/Degregorio | New Bedford, MA | Superior Court | 420-675, 681, 687 |
| Belanger V. National Grange | Providence, RI | US District Court | CA-98283L |
| Priestly V. Royal Ins. | Barnstable, MA | Superior Court | CA-97703 |
| Socree V. Metropolitan | Providence, RI | Superior Court | CA-964743 |
| Kiely V. Honeywell | Providence, RI | Superior Court | CA-PC926894 |
| CF Maytag V. Penn-General Accident Ins. | Providence, RI | Superior Court | CA-982349 |
| United States of America vs. Correia | Boston, MA | US District Court | 00-10246-RWZ |
| Employers Mutual V. Charles Washington | Providence, RI | Rhode Island Grand | Feb. 2002 |
| Michael Obrien V. Public Service Mutual | Providence, RI | Superior Court | 01-0072CA |
| State of Rhode Island V. Anne Francis Nicol | Providence, RI | Superior Court | P1-02-2454A |
| United States of America vs. Correia | Boston, MA | US District Court | 00-10246-RWZ |
| Schulte vs. Allstate | Providence, RI | Providence Superior Court | CA02-1817 |
| United States v. James Hebshie | Boston, MA | U.S. Federal Court | CR-02-1002 |