**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | |
| v. | : | C.A. No.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF HARTFORD INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE ALMOND'S REPORT AND RECOMMENDATION**

NOW COMES the Plaintiff, The Hartford Insurance Company, and hereby provide the following Response to the Defendants' Objection to Magistrate Judge Almond's Report and Recommendation on the Defendants' Motion to Preclude the Plaintiff's Experts and for Summary Judgment. Contrary to the arguments set forth in the Defendants' Objection, Magistrate Judge Almond's determination that the Plaintiff's expert Hossein Davoodi should be allowed to testify is clearly substantiated by all of the evidence in this matter, and reflects the appropriate application of applicable law.

Plaintiff files with this Response a separate Memorandum of Law in Support of its Response.

WHEREFORE, the Plaintiff Hartford Insurance Company hereby requests that the Defendants' Objection to Magistrate Judge Almond's Report and Recommendation on the Defendants' Motion to Preclude the Plaintiff's Experts and for Summary Judgment be denied.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

/s/ Richard A. van Tienhoven- #2628
/s/ Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

Dated: October 22, 2007

**CERTIFICATION**

I, the undersigned, hereby certify that on this 22nd day of October, 2007, the foregoing was mailed, postage prepaid, to: **Erik Loftus, Esq.**, Law Office of Stuart Blackburn, Two Concorde Way, PO Box 608, Windsor Locks, CT 06096; **Joseph DiMaio, Esq.**, Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861; **Dominick W. Savaiano, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603; and **Rodd E. Elges, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603.

/s/ Kevin S. Cotter - #3112