# EXHIBIT A

**Electrical Distribution System:**

There was a receptacle on the counter above the area of fire origin.

This receptacle supplied power to the water dispenser.

This receptacle was damaged because of the fire.

Although the receptacle was not in the area of fire origin, it was examined. It is this investigator's opinion the receptacle was damaged because of the fire and was not the ignition source of this fire.

**Fixed Electrical Appliances:**

There were no fixed electrical appliances in the area of origin.

**Electrical Appliances**

The electrical appliances that could readily be identified in the kitchen were a coffeemaker, microwave, toaster oven, and mixer.

The above-mentioned appliances were fire and/or heat damaged because of exposure to fire.

The above-mentioned appliances were not in the area of fire origin and were not energized. However, all of these items were examined and eliminated as a possible ignition source for this fire.

**EXAMINATION OF SIMILAR WATER DISPENSING UNITS:**

Two GE SmartWater Hot & Cold Water Dispensers were studied, Model GXF05D and Model GXF05D Revision Four (4). Model GXF05D was examined prior to the visual examination of the water dispenser involved in the fire, and Model GXF05D Revision Four (4) was examined after that assessment. The first was an exact duplicate of the water dispenser involved in the fire and was purchased by Alberto Carvalhal's daughter on the same day and from the same store. The second water dispenser was purchased on June 3, 2004, and was an updated version of the first one (Revision 4). In the following description of the components, only the components that differ from each other between the two water dispensers will be identified separately.

The GE water dispenser is 41 inches high, 13 inches deep, and 14 inches wide. Its shipping weight is approximately 45 pounds (see Picture 21 and 22). Inside, the water dispenser can be divided into three major sections. From top to bottom, these sections are:

Dispenser segment
Compressor and heat tank compartment
Storage cabinet

On the outside, the construction of the water dispenser consisted of:

- Bottle support collar on the top
- Hot and cold power switches on the back
- Plastic covering plate in the back
- Cooling system heat deception piping in the back
- Indicator lights in the front
- Hot and cold water dispenser buttons in the front
- Dispenser water tray in the front
- A grill and the exterior covering plate in the front
- Storage section door in the front